FILED
2018 Jan-31 PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

Staples v. HWE, RMFS, Simmons

In the United States District Court

Northern District of Alabama

Western Division

Exhibit 1



# STATE OF ALABAMA

FOREIGN LIMITED LIABILITY COMPANY (LLC)
APPLICATION FOR REGISTRATION

```
Alabama
Sec. Of State
390-269          FLI
Date 05/03/2017
Time  16:24:00
File         $150.00
Exp          $100.00
             -------
Total        $250.00
```

1. **NAME OF THE FOREIGN ENTITY AS RECORDED IN THE JURISDICTION IN WHICH IT WAS FORMED/ORGANIZED**

   DSM SALES AND MARKETING, LLC

2. **NAME OF THE FOREIGN ENTITY FOR USE IN ALABAMA ONLY IF DIFFERENT FROM LEGAL NAME***

   *A FICTITIOUS NAME MAY BE USED ONLY IF THE LEGAL NAME IS NOT AVAILABLE FOR USE IN ALABAMA OR THE NAME DOES NOT CONTAIN THE WORDS "LIMITED LIABILITY COMPANY" OR THE ABBREVIATION "L.L.C" OR "LLC" (10A-1-5.06)

3. **IF A FICTITIOUS NAME IS USED THE UNDERSIGNED CERTIFIES THE RESOLUTION OF THE LLC'S GOVERNING AUTHORITY TO ADOPT THE FICTITIOUS NAME FOR USE IN ALABAMA AND AFFIRMS THE AUTHORITY TO MAKE SUCH A CERTIFICATION UNDER 10A-1-7.07**

4. **A COPY OF THE NAME RESERVATION ALREADY SUBMITTED TO THE SECRETARY OF STATE IS ATTACHED AT THE END OF THIS DOCUMENT**

5. **ENTITY'S JURISDICTION OF FORMATION**

   Delaware

6. **DATE OF ENTITY'S FORMATION IN THE STATE/COUNTRY OF JURISDICTION**

   09/23/2016

7. **THE UNDERSIGNED CERTIFIES THAT THE FOREIGN ENTITY EXISTS AS A VALID LIMITED LIABILITY COMPANY UNDER THE LAWS OF THE ENTITY'S JURISDICTION OF FORMATION.**

8. **THE FOREIGN ENTITY WILL BEGIN OR BEGAN TRANSACTING BUSINESS IN ALABAMA**

   09/23/2016

9. **ADDRESS OF PRINCIPAL OFFICE**

   1701 Saint Andrews Drive
   Tuscaloosa, AL 35406-3046

   **MAILING ADDRESS**

   1701 Saint Andrews Drive
   Tuscaloosa, AL 35406-3046

10. **NAME AND ADDRESS OF REGISTERED AGENT FOR SERVICE OF PROCESS**

    National Registered Agents, Inc.
    2 North Jackson Street, Suite 605
    Montgomery, AL 36104

| 05/03/2017 | Kimberly Staples Manager |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

In order to review the sections of the Code of Alabama 1975 referred to in the filing form you may access