FILED
2018 Jan-31 PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

Staples v. HWE, RMFS, Simmons

In the United States District Court

Northern District of Alabama

Western Division

Exhibit 3

# Herschel Walker makes run at meat processing

JUNE 30, 2009 - BY BRYAN SALVAGE

DALLAS — Heisman Trophy winner Herschel Walker, 47, is participating in Southwest Foodservice Expo, a three-day trade show starting July 5 as founder and chief executive of Renaissance Man Food Services Inc. — one of the largest minority-owned meat processors in the nation, according to the *Dallas Morning News*.

Based in Savannah, Ga., Mr. Walker's company has more than 100 employees and achieved (REDACTED) in 2008 sales. His business co-owns a chicken processing plant in Siloam Springs, Ark., and chicken accounts for 70% of the company's sales, he said. Renaissance Man also sells precooked ribs and other items under the Herschel's Famous 34 and H. Walker Foods brands. His products are primarily sold to hotels, as well as to restaurants, hospitals and the military.

**REDACTED**

February 22, 2013
Football Archives

# HERSCHEL WALKER TACKLES THE BUSINESS WORLD



Feb. 22, 2013

By Loran Smith

**WESTLAKE, Tex.** -- The Herschel Walker

REDACTED

Then there is Herschel Walker the businessman. His business umbrella corporation is Herschel Walker Enterprises. His "Renaissance Man Food Services," a subsidiary headquartered in Savannah, owns three processing plants in Siloam Springs, Arkansas, and sales in the U.S. and Canada the last

couple of years make him the largest minority chicken company in the country.

**REDACTED**