FILED
2018 Feb-27 PM 04:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY and JOHN STAPLES,** | ) |
| Plaintiffs, | ) |
| v. | ) **Civil Action No.:** |
| | ) **7:18-cv-00160-TMP** |
| **H. WALKER ENTERPRISES, LLC;** | ) |
| **RENAISSANCE MAN FOOD SERVICES,** | ) |
| **LLC; and SIMMONS FOODS, INC.,** | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant H. Walker Enterprises, LLC has no parent corporation nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted this 27th day of February, 2018.

/s/ Michael J. King
Michael J. King (Pro Hac Vice)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
T:  (678) 553-2100
F:  (678) 553 2212
kingm@gtlaw.com
**Counsel for Defendants**
**H. Walker Enterprises, LLC &**
**Renaissance Man Food Services, LLC**

George Walton Walker, III (WAL097)
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, AL 36830
T:  (334) 209-6371
F:  (334) 209-6373
gwwalker@thefinleyfirm.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY and JOHN STAPLES,** )<br>)<br>   **Plaintiffs,** )<br>)<br>v. )<br>)<br>**H. WALKER ENTERPRISES, LLC;** )<br>**RENAISSANCE MAN FOOD SERVICES,** )<br>**LLC; and SIMMONS FOODS, INC.,** )<br>)<br>   **Defendants.** ) | **Civil Action No.:**<br>**7:18-cv-00160-TMP** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2018, a copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed via CM/ECF and served upon counsel of record by electronic notification:

Keri Donald Simms
WEBSTER HENRY FIRM, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
Ksimms@websterhenry.com

Talley R. Parker
JACKSON LEWIS P.C.
500 N. Akard
Suite 2500
Dallas, TX 75201
talley.parker@jacksonlewis.com

Thomas A. Davis
JACKSON LEWIS P.C.
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
DavisT@jacksonlewis.com

- 3 -

This 27th day of February, 2018.

/s/ Michael J. King
Michael J. King (Pro Hac Vice)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
T:  (678) 553-2100
F:  (678) 553 2212
kingm@gtlaw.com
**Counsel for Defendants**
**H. Walker Enterprises, LLC &**
**Renaissance Man Food Services, LLC**

George Walton Walker, III (WAL097)
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, AL 36830
T:  (334) 209-6371
F:  (334) 209-6373
gwwalker@thefinleyfirm.com

ATL 22663162v1

- 3 -