IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY and JOHN STAPLES, | § § § § | |
| Plaintiffs, | | |
| v. | § § § | Case No. 7:18-cv-160-LSC |
| H. WALKER ENTERPRISES, LLC, RENAISSANCE MAN FOOD SERVICES, LLC, and SIMMONS FOODS, INC., | § § § § § § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendant Simmons Foods, Inc. ("Simmons"), hereby certifies the following:

1. Simmons is privately owned.

2. Simmons has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

3. There is no publicly-held company owning 10% or more of Simmons' stock.

Respectfully submitted this 19th day of March, 2018.

/s/ Talley R. Parker
Thomas A. Davis (ASB-5877-S56T)
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone: 205-332-3101
Facsimile: 205-332-3131
DavisT@jacksonlewis.com

Talley R. Parker
Texas Bar No. 24065872
(Admitted *Pro Hac Vice*)
**JACKSON LEWIS P.C.**
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: 214-520-2400
Facsimile: 214-520-2008
talley.parker@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT SIMMONS FOODS, INC.**

# **CERTIFICATE OF SERVICE**

 I hereby certify that on this 19th day of March, 2018, a true and correct copy of the foregoing Corporate Disclosure Statement has been served via the Court's CM/ECF filing system upon the following counsel of record:

Keri Donald Simms
Webster Henry Firm, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
ksimms@websterhenry.com

*Counsel for Plaintiffs*
*Kimberly Staples and John Staples*

George W. Walker, III
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, Alabama 36830
gwwalker@thefinleyfirm.com

Michael J. King (Admitted *Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
kingm@gtlaw.com

*Counsel for Defendants*
*H. Walker Enterprises, LLC and*
*Renaissance Man Food Services, LLC*

        /s/ Talley R. Parker
        Talley R. Parker