# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY and JOHN STAPLES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| V. | ) Civil Action No.: 7:18-cv-00160-LSC ) |
| H. WALKER ENTERPRISES, LLC; RENAISSANCE MAN FOOD SERVICES, LLC; and SIMMONS | ) ) ) ) ) |
| Defendants. | ) |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 4.3, Kimberly and John Staples, Plaintiffs, make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

These parties are individuals.

Respectfully submitted,

/S/ Keri Donald Simms (ASB-9801-63K)(SIM042)
Attorney for Plaintiffs
Webster Henry Firm, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
Direct Dial: (205) 518-8968
Phone: (205) 380-3480 ext. 351
Facsimile: (205) 380-3485
Email: Ksimms@websterhenry.com

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on the date and time affixed to this document by the Court Electronic Filing System that I have caused to be filed the foregoing document which system will send a copy of and notification of this document to all counsel of record for all parties to these proceedings and that there are no pro se parties for which separate U.S. Mail notification is required.


/S/  Keri Donald Simms (ASB-9801-3K)(SIM042)
OF COUNSEL

2