IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY and JOHN STAPLES, § § | |
| Plaintiffs, § § | |
| v.  § § | Case No. 7:18-cv-160-LSC |
| H. WALKER ENTERPRISES, LLC, § RENAISSANCE MAN FOOD § SERVICES, LLC, and § SIMMONS PREPARED FOODS, INC., § § | |
| Defendants. § | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Defendant Simmons Prepared Foods, Inc. ("Simmons"), hereby certifies the following:

1. Simmons is privately owned.

2. Simmons has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

3. There is no publicly-held company owning 10% or more of Simmons' stock.

Respectfully submitted this 22nd day of March, 2018.

        /s/ Talley R. Parker
        Thomas A. Davis (ASB-5877-S56T)
        **JACKSON LEWIS P.C.**
        800 Shades Creek Parkway, Suite 870
        Birmingham, AL 35209
        Telephone: 205-332-3101
        Facsimile: 205-332-3131
        DavisT@jacksonlewis.com

        Talley R. Parker
        Texas Bar No. 24065872
        (Admitted *Pro Hac Vice*)
        **JACKSON LEWIS P.C.**
        500 N. Akard, Suite 2500
        Dallas, Texas 75201
        Telephone: 214-520-2400
        Facsimile: 214-520-2008
        talley.parker@jacksonlewis.com

        **ATTORNEYS FOR DEFENDANT**
        **SIMMONS PREPARED FOODS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2018, a true and correct copy of the foregoing Corporate Disclosure Statement has been served via the Court's CM/ECF filing system upon the following counsel of record:

Keri Donald Simms
Webster Henry Firm, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
ksimms@websterhenry.com

*Counsel for Plaintiffs*
*Kimberly Staples and John Staples*

George W. Walker, III
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, Alabama 36830
gwwalker@thefinleyfirm.com

Michael J. King (Admitted *Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
kingm@gtlaw.com

*Counsel for Defendants*
*H. Walker Enterprises, LLC and*
*Renaissance Man Food Services, LLC*

/s/ Talley R. Parker
Talley R. Parker

4852-1569-5199, v. 1