FILED
2019 Feb-11 PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY and JOHN STAPLES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 7:18-cv-00160-LSC |
| H. WALKER ENTERPRISES, LLC, RENAISSANCE MAN FOOD SERVICES, LLC, and SIMMONS | § § § § § | |
| Defendants. | § | |

### DEFENDANT SIMMONS PREPARED FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant Simmons Prepared Foods, Inc. ("Simmons") files this Motion For Summary Judgment, seeking judgment as a matter of law on each of Plaintiffs Kimberly and John Staples' (collectively, "Plaintiffs") claims in their Third Amended Complaint (Doc. 38). In support of this Motion, Simmons relies on and incorporates herewith its Brief in Support of its Motion for Summary Judgment and its Evidentiary Submission in Support of its Motion for Summary Judgment.

For all of the reasons set forth in Simmons' accompanying Brief in Support of its Motion for Summary Judgment and Evidentiary Submission in Support of its Motion for Summary Judgment, Simmons respectfully requests that the Court grant this Motion in its entirety, and enter summary judgment in favor of Simmons on each of Plaintiffs' claims.

Respectfully submitted,

/s/ Talley R. Parker
Thomas A. Davis (ASB-5877-S56T)
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone: 205-332-3101
Facsimile: 205-332-3131
DavisT@jacksonlewis.com

Talley R. Parker
Texas Bar No. 24065872
(Admitted *Pro Hac Vice*)
**JACKSON LEWIS P.C.**
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: 214-520-2400
Facsimile: 214-520-2008
talley.parker@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT SIMMONS PREPARED FOODS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2019, a true and correct copy of the foregoing motion has been served via the Court's CM/ECF filing system upon the following counsel of record:

Keri Donald Simms
Webster Henry Firm, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
ksimms@websterhenry.com

*Counsel for Plaintiffs*
*Kimberly Staples and John Staples*

George W. Walker, III
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, Alabama 36830
gwwalker@thefinleyfirm.com

Michael J. King (Admitted *Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
kingm@gtlaw.com

*Counsel for Defendants*
*H. Walker Enterprises, LLC and*
*Renaissance Man Food Services, LLC*

/s/ Talley R. Parker
Talley R. Parker