FILED
2019 Feb-11 PM 05:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| KIMBERLY and JOHN STAPLES, § § | |
| Plaintiffs, § § | |
| v. § § | Case No. 7:18-cv-00160-LSC |
| H. WALKER ENTERPRISES, LLC, § RENAISSANCE MAN FOOD § SERVICES, LLC, and § SIMMONS, § § | |
| Defendants. § | |

### DECLARATION OF TALLEY R. PARKER IN SUPPORT OF DEFENDANT SIMMONS PREPARED FOODS, INC.'S <u>MOTION FOR SUMMARY JUDGMENT</u>

1. My name is Talley R. Parker. I am over 21 years of age and am fully competent to make this declaration. I have personal knowledge of all facts recited herein and state that such facts are true and correct.

2. I am an attorney with the law firm of Jackson Lewis P.C., 500 N. Akard, Suite 2500, Dallas Texas 75201, and I represent Defendant Simmons Prepared Foods, Inc. ("Simmons") in the above-referenced action. I respectfully submit this declaration in support of Simmons' Motion for Summary Judgment.

3. Attached as Exhibit 1 to Simmons' Motion for Summary Judgment is a true and correct copy of the oral deposition of John Staples, sworn to on November 12 and 13, 2018.

**DECLARATION OF TALLEY R. PARKER IN SUPPORT OF DEFENDANT**
<u>**SIMMONS PREPARED FOODS, INC.'S MOTION FOR SUMMARY JUDGMENT**</u>             **PAGE 1**

App. 002

4. Attached as Exhibit 2 to Simmons' Motion for Summary Judgment is a true and correct copy of the oral deposition of Kimberly Staples, sworn to on November 13, 2018.

5. Attached as Exhibit 3 to Simmons' Motion for Summary Judgment is a true and correct copy of the oral deposition of David Jackson, sworn to on January 14, 2019.

6. Attached as Exhibit 4 to Simmons' Motion for Summary Judgment is a true and correct copy of John Staples' March 6, 2009 offer letter, which is Exhibit 59 to the oral deposition of John Staples.

7. Attached as Exhibit 5 to Simmons' Motion for Summary Judgment is a true and correct copy of a check representing a commission payment sent to Direct Sales and Marketing, LLC from Renaissance Man Food Services, LLC's bank account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 11, 2019.

_____
Talley R. Parker