FILED
2019 Feb-11  PM 05:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 5



## Renaissance Man
***Redacted

11/14/2018 8:41 AM

**RENAISSANCE MAN FOOD SERVICES, LLC**
22 East Montgomery Crossroads
Savannah, GA  31406
(912) 961-0002

CHECK DATE          CHECK NUMBER
06-OCT-17          Redacted

SIGNATURE BANK OF ARKANSAS
81-883/829

VOID 60 DAYS FROM DATE

PAY ONLY 78006 55

AMOUNT
*****$78,006.55

PAY TO THE
ORDER OF:          DSM SALES & MARKETING
                  1701 SAINT ANDREWS DR
                  TUSCALOOSA, AL   35406

SPECIAL DISBURSEMENT ACCOUNT

AUTHORIZED SIGNATURE

Redacted

Redacted    0 2017-10-11

West Alabama Bank
>Redacted    <
Northport
2017-10-11   Redacted

DO NOT WRITE / SIGN / STAMP BELOW THIS LINE

ENDORSE CHECK HERE
X DSM Sales & Marketing
For Deposit Only

Deposit to the Account of
The Within Named Payee
In Accordance With P;
Instructions
Absence of Endorsement (
West Alabama Ba

**Amount:** -78006.55
**Description:** PRIORITY 3 CHECK
**Check Number:** Redacted
**Posted Date:** 10/12/2017
**Transaction Type:** History

App. 221

CONFIDENTIAL

Simmons 000224
11/14/2018