FILED
2019 Feb-11 PM 07:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# TAB E

## John Staples' Deposition Exhibits

**These exhibits are being filed with Defendants' Motion to File Under Seal Certain Portions of Their Evidentiary Submission in Support of Motion for Summary Judgment**