IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY and JOHN STAPLES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 7:18-cv-00160-LSC |
| H. WALKER ENTERPRISES, LLC, RENAISSANCE MAN FOOD SERVICES, LLC, and SIMMONS, | § § § § § § | |
| Defendants. | § | |

**DEFENDANT SIMMONS PREPARED FOODS, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF KIMBERLY STAPLES' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY**

Defendant Simmons Prepared Foods, Inc. submits the following evidentiary submission in support of its Opposition to Plaintiff Kimberly Staples' Motion for Summary Judgment as to Liability:

| Exhibit | Description | Page |
|---|---|---|
| A | Declaration of Talley R. Parker | App. 001 - 003 |
| 1 | Deposition of David Jackson | App. 004 - 063 |
| 2 | Deposition of Kimberly Staples | App. 064 - 088 |
| 3 | Deposition of John Staples | App. 089 - 216 |
| 4 | A check representing a commission payment sent to Direct Sales and Marketing, LLC from Renaissance Man Food Services, LLC's bank account | App. 217 - 218 |
| 5 | Transcript of John Staples' termination meeting | App. 219 - 270 |

Respectfully submitted,

/s/ Talley R. Parker
Thomas A. Davis (ASB-5877-S56T)
**JACKSON LEWIS P.C.**
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone: 205-332-3101
Facsimile: 205-332-3131
DavisT@jacksonlewis.com

Talley R. Parker
Texas Bar No. 24065872
(Admitted *Pro Hac Vice*)
**JACKSON LEWIS P.C.**
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: 214-520-2400
Facsimile: 214-520-2008
talley.parker@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT SIMMONS PREPARED FOODS, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 4th day of March, 2019, a true and correct copy of the foregoing evidentiary submission has been served via the Court's CM/ECF filing system upon the following counsel of record:

Keri Donald Simms
Webster Henry Firm, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
ksimms@websterhenry.com

*Counsel for Plaintiffs*
*Kimberly Staples and John Staples*

George W. Walker, III
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, Alabama 36830
gwwalker@thefinleyfirm.com

Michael J. King (Admitted *Pro Hac Vice*)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
kingm@gtlaw.com

*Counsel for Defendants*
*H. Walker Enterprises, LLC and*
*Renaissance Man Food Services, LLC*

                          /s/ Talley R. Parker
                          Talley R. Parker