FILED
2019 Mar-04  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A-4



11/14/2018 8:41 AM

## Renaissance Man

***Redacted



**Amount:** -78006.55
**Description:** PRIORITY 3 CHECK
**Check Number:** Redacted
**Posted Date:** 10/12/2017
**Transaction Type:** History

App. 218
Simmons 000224

CONFIDENTIAL

https://secure9.onlineaccess1.com/SignatureBankofArkansasOnline_41/uux.aspx   11/14/2018