FILED
2019 Mar-04 PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY and JOHN STAPLES, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Case No. 7:18-cv-00160-LSC |
| H. WALKER ENTERPRISES, LLC, RENAISSANCE MAN FOOD SERVICES, LLC, and SIMMONS, | | |
| Defendants. | | |

### DECLARATION OF TALLEY R. PARKER IN SUPPORT OF DEFENDANT SIMMONS PREPARED FOODS, INC.'S OPPOSITION TO PLAINTIFF JOHN STAPLES' MOTION FOR SUMMARY JUDGMENT AS TO LIABILITY

1. My name is Talley R. Parker. I am over 21 years of age and am fully competent to make this declaration. I have personal knowledge of all facts recited herein and state that such facts are true and correct.

2. I am an attorney with the law firm of Jackson Lewis P.C., 500 N. Akard, Suite 2500, Dallas, Texas 75201, and I represent Defendant Simmons Prepared Foods, Inc. ("Simmons") in the above-referenced action. I respectfully submit this declaration in support of Simmons' Opposition to Plaintiff John Staples' ("Mr. Staples") Motion for Summary Judgment as to Liability ("Motion").

3. Attached as Exhibit 1 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of the oral deposition of David Jackson.

4. Attached as Exhibit 2 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of the oral deposition of Mr. Staples.

5. Attached as Exhibit 3 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of Mr. Staples' March 6, 2009 offer letter.

6. Attached as Exhibit 4 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of the April 2009 Resolution authorizing Mr. Staples to act as the General Manager of Walker Foods on an "at-will basis."

7. Attached as Exhibit 5 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of Simmons' Disciplinary Actions policy.

8. Attached as Exhibit 6 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of the oral deposition of Herschel Walker.

9. Attached as Exhibit 7 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of an October 25, 2017 email from David Jackson to Herschel Walker and Ron Eisenman.

10. Attached as Exhibit 8 to Simmons' Opposition to Mr. Staples' Motion is a true and correct copy of the transcript of Mr. Staples' termination meeting.

11. Attached as Exhibit 9 to Simmons' Opposition to Mr. Staples' Motion is a duly executed declaration signed by Todd Simmons, Chief Executive Officer of Simmons Foods, Inc.

12. Attached as Exhibit 10 to Simmons' Opposition to Mr. Staples' Motion is a duly executed declaration signed by Donald (Chip) L. Miller Jr., a Senior Vice President of Sales for Simmons

13. Attached as Exhibit 11 to Simmons' Opposition to Mr. Staples' Motion is a duly executed declaration signed by David Jackson, Simmons' President and Chief Operating Officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2019.

_____
Talley R. Parker