# Exhibit A-3



*Simmons*
*Great chicken since 1949*

March 6, 2009

Mr. John Staples
400 Muirfield
Smithfield, VA 23430

Dear John:

On behalf of Simmons Foods in Siloam Springs, AR., we are pleased to extend the following offer of employment to you:

1. The position of Director of Distribution Sales-Food Service for Simmons Prepared Foods, Home Office, with employment to begin within 2 weeks of giving notice to current employer..

2. Annual base salary/compensation will be $160,000.00 to be paid weekly at the rate of $3,076.93 with applicable taxes and deductions to be withheld.

3. 50% bonus potential as Director of Distribution Sales-Food Service (bonus should be based on 5% of Walker's net income up to 50% of his salary when he moves to Walker Foods).

4. $25,000 Net (Simmons will pay the taxes) Sign on bonus to be paid within 30 days of starting work at Simmons. Sign on bonus to be repaid in full to Simmons should the candidate terminate his employment with the company within one year of the original hire date.

5. 80 hours of vacation the first year and follow Simmons Vacation Policy thereafter.

6. Simmons agrees to pay COBRA expense for 90 days until eligible for Simmons insurance program.

7. Offer is contingent upon passing background investigation, physical and drug screening.

8. I understand that my employment is at-will, and neither I nor Simmons has entered into a contract regarding the duration of my employment. I am free to terminate my employment with Simmons at any time, with or without reason. Likewise, Simmons has the right to terminate my employment at any time, with or without cause.

9. Simmons will pay for packing and relocation of household goods from Smithfield, VA to Northwest Arkansas. Packing and relocation will occur no later than 8/1/10. If the Virginia lease is terminated before 8/1/10 the relocation and packing will occur at termination of the house lease.

Please return the signed original to the Corporate People Services Director.

_____     3/6/09
Signature of New Hire            Date Signed

Sincerely,

S I M M O N S PREPARED FOODS, INC.

**DEFENDANT'S EXHIBIT 59**
J. Staples

App. 194

Mar. 6. 2009  1:00PM   Office Express Plus                       No. 3493   P. 3

Linda F. Ross
Corporate People Services Director

Cc:   Salaried Personnel File