FILED
2019 Mar-04 PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A-4

CONSENT RESOLUTIONS OF
THE BOARD OF MANAGERS
OF WALKER FOODS, LLC

The undersigned, constituting all of the members of the Board of Managers (the "Board") of WALKER FOODS, LLC ("Company"), a Delaware limited liability company, do hereby give their written consent (a) to the dispensation of a meeting of the Board, and (b) to the taking of the following actions, which actions could have been taken by them had said meeting been held, as set forth in the Limited Liability Company Agreement of Walker Foods, LLC (the "LLC Agreement"):

WHEREAS, Michael Rogers ("Mr. Rogers") is an employee of Simmons Prepared Foods, Inc. ("Simmons") designated by Simmons to act as the Chief Operating Officer ("COO") of the Company; and

WHEREAS, Simmons has informed the Board that Simmons has suspended Mr. Rogers and intends to terminate his employment for cause, as defined in the Employment Agreement entered into between Simmons and Mr. Rogers; and

WHEREAS, Simmons, as the holder of a Majority in Interest of the Class B Member Units of the Company, has removed Mr. Rogers as a Class B Manager of the Company and designated David Jackson to succeed Mr. Rogers as a Class B Manager, all pursuant to the LLC Agreement; and

WHEREAS, as a result of his suspension and intended termination, Mr. Rogers may no longer act as the COO of the Company; and

WHEREAS, the Company has used office space leased, directly or indirectly, by Mr. Rogers (for which the Company has paid a monthly rent), in which office various administrative functions of the Company have been performed; and

WHEREAS, computers and other equipment belonging to Simmons or the Company is located at such office and Simmons will secure possession of such computers and equipment.

NOW, THEREFORE, BE IT RESOLVED, that as a result of his suspension and intended termination, the Board hereby (a) acknowledges that Mr. Rogers shall no longer act as the COO of the Company, effective immediately, (b) revokes and terminates all prior authority previously granted by the Company to Mr. Rogers, as COO or otherwise, including, without limitation, all signature authority with respect to the Company's bank accounts, (c) revokes all credit cards and debit cards, if any, previously provided by the Company to Mr. Rogers or Kyle Rogers, and (d) revokes and terminates all prior authority previously granted by the Company to Kyle Rogers including, without limitation, all signature authority with respect to the Company's bank accounts.

RESOLVED, that the Board authorizes John Staples, an employee of Simmons, to act as General Manager of the Company, on an "at-will basis" and subject to the discretion of the

Board and, as General Manager of the Company, he shall report to the Company's Chief Executive Officer and the Board.

RESOLVED, that John Staples is hereby authorized to become a signatory on the Company's bank accounts replacing Mr. Rogers and Kyle Rogers, who shall each be immediately removed as a signatory.

RESOLVED, that the Board hereby authorizes the Company, as soon as practicable and subject to any legal or contractual requirements, to cease using the office space at 124 West Meadow, Fayetteville, Arkansas 72701 and to move the various administrative functions to the Savannah office of Renaissance Man Food Services, LLC ("RMFS") or to the Simmons offices (as agreed upon by John Staples, the Company's Chief Executive Officer and Simmons).

RESOLVED, that the Board should have a meeting on or before April 15, 2009, to include John Staples, to address various business matters, including matters related to the relationship between the Company and Renaissance Man Food Services, LLC ("RMFS") and a restructuring of the Company's business operations (including, without limitation, a restructuring of the Company and RMFS sales force and compensation structures).

RESOLVED, that this Written Consent may be executed by facsimile or otherwise in one or more counterparts, each of which shall be deemed an original, but which shall together constitute one and the same document.

RESOLVED, that the original of this Written Consent, after execution by the undersigned, shall be inserted in appropriate order in the minute book of the Company.

Signatures on Following Page

CONFIDENTIAL

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have duly executed these Consent Resolutions, effective as of April __, 2009, thereby agreeing that the foregoing resolutions shall be of the same force and effect as if regularly adopted at a meeting of the Board of Managers held upon due notice

_____
Herschel Walker

_____
David Jackson

_____
Michael Jones

3

17109331v2

CONFIDENTIAL

App. 199
Simmons 000557