FILED
2019 Mar-04 PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A-5

| Disciplinary Actions | Section: | VII. Rules of Conduct |
|---|---|---|
| | Revision Date: | 01-01-15 |
| | Supersedes Policy Dates: | 01-01-08 |
| | Approved By: | |
| | Title | CEO |
| **Applies to all employees of Simmons Foods, Inc., its Affiliates and Subsidiaries** | | |

**PURPOSE:**

To establish a fair, consistent and equitable means of communicating unsatisfactory job performance, behavior, or violation of Company policy.

**Policy:**

Unsatisfactory job performance, behavior, or violation of Company policy can be addressed through a variety of disciplinary actions. These actions include: verbal warnings, written warnings, suspension, or termination of employment. The proper disciplinary action to use is dependent on the seriousness, cost, potential cost, safety factor, and the number of times of the infraction. The goal is to change unacceptable behavior or performance to positive results.

**Procedure:**

**Verbal Warning:** The employee will be given a reason for discipline and expectations for future performance. A record of the verbal warning will be maintained in the employee's personnel file.

**Written Warning:** The supervisor will give the employee a detailed explanation of the reason(s) for the warning and expectations for future performance. A signed copy will be given to the employee upon request and the original placed in the employee's personnel file.

**Final Written Warning (May Include Suspension):** Final Written Warnings are used for more serious infractions and may include suspension. . The counseling statement must include the reason, and length of suspension. A Human Resources Representative must be present and/or involved in all suspensions.

**Dismissal:** Prior to termination, Human Resources will review the situation and approve the decision to terminate.

The following examples could lead to immediate termination.

a. Insubordination or refusal to perform or attempt to perform a job.
b. Fighting on company property.
c. Unauthorized removal of company property or stealing.
d. Illegal drugs on company premises.
e. Weapons on premises.
f. Possession of alcohol or use of illegal drugs on the job, or being under the influence on company property.

| | Section: | VII.  Rules of Conduct |
|---|---|---|
| **Disciplinary Actions** | Revision Date: | 01-01-15 |
| | Supersedes  Policy Dates: | 01-01-08 |
| | Approved By: | |
| | Title | CEO |
| **Applies to all employees of Simmons Foods, Inc., its Affiliates and Subsidiaries** | | |

g. Excessive tardiness and/or absenteeism.
h. Walking off the job.
i. Three consecutive days no call-no show.
j. Willful destruction of company property.
k. Unauthorized removal of USDA (hold) tags.
l. Falsifying payroll, personnel, or company records, including employment application.
m. Releasing confidential information to unauthorized persons.
n. Disregard for known safety policies and safe behavior.
o. Sexual harassment or creating a hostile working environment.
p. Sleeping on the job.

| | Section: | VII. Rules of Conduct |
|---|---|---|
| **Disciplinary Actions** | Revision Date: | 01-01-15 |
| | Supersedes Policy Dates: | 01-01-08 |
| | Approved By: | |
| | Title | CEO |

**Applies to all employees of Simmons Foods, Inc., its Affiliates and Subsidiaries**

**Propósito:**

Establecer un medio justo, consistente y equitativo para comunicar un insatisfactorio desempeño, comportamiento o violación de una política de la Compañía.

**Política:**

El desempeño en el trabajo, el comportamiento o una violación de una política de la Compañía pueden ser resueltos a través de una variedad de acciones disciplinarias. Estas acciones incluyen: advertencias verbales, advertencias por escrito, suspensión o terminación del empleo. La acción disciplinaria apropiada para usar depende de la gravedad, costo, costo potencial, factor de seguridad y el número de veces de la infracción. El objetivo es cambiar el comportamiento o rendimiento inaceptable a resultados positivos.

**Procedimiento:**

**Advertencia verbal:** Se le dará al empleado una razón para la disciplina y las expectativas del desempeño futuro. Un registro de la advertencia verbal se mantendrá en el archivo personal del empleado.

**Advertencia por Escrito:** El supervisor le dará al empleado una explicación detallada de los motivos de la advertencia y las expectativas de rendimiento futuro. Una copia firmada será entregada al empleado a petición y el original se colocará en el archivo personal del empleado.

**Advertencia Escrita Final (Puede Incluir Suspensión):** Las advertencias escritas finales se usan para infracciones más graves y pueden incluir la suspensión. La declaración de consejería debe incluir la razón y la duración de la suspensión. Un Representante de Recursos Humanos debe estar presente y / o involucrado en todas las suspensiones.

**Despido:** Antes de la terminación, Recursos Humanos revisará la situación y aprobará la decisión de terminar.

Los siguientes ejemplos podrían conducir a la terminación inmediata.

a. Insubordinación o negarse a realizar o intentar realizar un trabajo.
b. Pelearse en propiedad de la compañía.
c. Remoción no autorizada de propiedad de la empresa o robo.
d. Drogas ilegales en las instalaciones de la empresa.
e. Armas en las instalaciones.
f. Posesión de alcohol o el uso de drogas ilegales en el trabajo, o estar bajo la influencia en la propiedad de la empresa.

| | Section: | VII.  Rules of Conduct |
|---|---|---|
| | Revision Date: | 01-01-15 |
| Disciplinary Actions | Supersedes  Policy Dates: | 01-01-08 |
| | Approved By: | |
| | Title | CEO |
| **Applies to all employees of Simmons Foods, Inc., its Affiliates and Subsidiaries** | | |

g.   Retraso excesivo y / o ausentismo
h.   Salirse del trabajo.
i.   Tres días consecutivos sin llamar y sin presentarse.
j.   Destrucción intencional de la propiedad de la impresa.
k.   Eliminación no autorizada de etiquetas de USDA que dicen (detener).
l.   Falsificación de nómina, personal o registros de la empresa, incluyendo solicitud de empleo.
m.   Liberar información confidencial a personas no autorizadas.
n.   Despreciar las políticas de seguridad conocidas y el comportamiento seguro.
o.   Acoso sexual o crear un ambiente de trabajo hostil.
p.   Dormir en el trabajo.

Electronic version of policy is the only official version of this policy.
App. 204
Simmons 000204