FILED
2019 Mar-04  PM 07:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **TAB L**

## **Exhibits to Deposition of Kimberly Staples taken November 13, 2018**

<u>TRANSCRIPT OF AUDIO RECORDING</u>

Transcript of audio recorded meeting with Mr. Herschel Walker,

Mr. Ron Eisenman and Mr. John Staples on December 27th, 2018.

LaTasha D. Bethel CCR# 2660
Certified Court Reporter
State of Georgia
bethelreporting@live.com
(770) 771-8454



1

1          MR. WALKER:  One of the things I want to talk about,

2     John, more than anything is I spoke to Robert a couple of

3     times, and I have agonized over this for a long time for the

4     last couple of weeks is how we get ourselves back on track.

5     Then I came to the point that if we could or if we ever

6     could get back on track because I'm not sure just where we

7     come in.  I think now we have come to the point that I think

8     it may be time for us to change.  It may be time for us to

9     part ways.  I'm not sure if Renaissance Man is still what

10    you like, which is sad to me because I thought we had such a

11    great run.  We had a great, great run.  I think we had so

12    much potential.  I think with this broker thing and

13    everything that has come up, and now I'm not sure if

14    Renaissance Man is still the focus point that I think it

15    should be.  Now, I just think we have come to the point that

16    it is time for Renaissance Man to keep going on, and we

17    figure out a way we can still coexist and get things done.

18    One of the things I thought about is -- you've done so many

19    great things for Renaissance Man that I would love to do

20    like a year's pay.  Like a consultant year's pay for you so

21    that you can focus on all that stuff Robert was talking

22    about with you with the brokerage and -- I forgot some of

23    the names.  Bud Taylor, and I think the other guy, and you

24    can put those things together that you-all were talking

25    about doing, and you can come back to me then, but I think

1    it may be time to part because I think trust is so important

2    and I think that is where -- you know, I keep hearing that

3    word, and it is sad to me because you've done a lot of good

4    things for Renaissance Man.

5         MR. STAPLES:  Okay.  I guess I need further -- I don't

6    know what was said.  Well, I don't know if, to be honest

7    with you, Herschel, if what I say today matters to you.  I

8    would hope that it would.  Robert doesn't speak for me.

9    David Jackson doesn't speak for me.  The last several months

10   have been very stressful, and it seems to be, like we

11   mentioned when Kim and I came here a couple of weeks ago --

12   and a few weeks ago, there seems to be a lack of trust on

13   us.  I guess I could understand it, but it shouldn't-- we

14   have never done anything distrustful.  I have never taken a

15   dime.  We have never hidden anything from anyone.  Others

16   have been distrustful.  I mean, we have had conversations,

17   Ron.  But then it really started, Herschel, when you started

18   texting me about having the financial records from Hearty

19   Bake (phonetic) and that they had been paying someone at

20   DSM.  I knew that never happened.  I wish instead of texting

21   back and forth we just could have -- that never happened.

22   Whoever told you those things, they're lying.  Blair, and of

23   course that -- I made a mistake with DSM from day one by

24   trusting others, and you've always been a good partner with

25   me, Herschel.  You have always been good to me.  You know,

1     Robert talks to me every day, and some things I agree with
2     and some things I don't.  He gives me good advice.  The
3     bottom line Herschel is if I've asked for something you, for
4     the most part, have gone along with it.  It's when I started
5     asking for things for other people that this got out of
6     hand.  The DSM thing, I think, Ron, you may have even said
7     it.  It's a cancer.  I agree with that.
8          MR. EISENMAN:  Well, it's a collection of things and
9     Herschel wanted to handle this, but I think some of it is
10    also I think you lost focus on Renaissance Man.  It became
11    very important for you to have a place for Kim and a place
12    for Blair.
13         MR. STAPLES:  I disagree with that wholeheartedly.  I
14    never lost focus of Renaissance Man.
15         MR. EISENMAN:  But if the guy who owns the company --
16         MR. STAPLES:  That never happened.
17         MR. EISENMAN:  The guy that owns the company thinks
18    that it became more important to -- and again, this is just
19    one of the things, but to Herschel, it felt -- and if I am
20    wrong, Herschel, tell me but -- felt that it became more
21    about DSM and having something for Kim -- because it's not
22    the money.  I mean, I told you many times.  Herschel has
23    told you.  We viewed the money that Kim made as being part
24    of your salary --
25         MR. STAPLES:  It should be.  It should be.

4

1          MR. EISENMAN:  But having Kim and Blair in the company

2     became -- there was just a --

3          MR. STAPLES:  It's Herschel's company.  You know, it's

4     disappointing.  It's disappointing to me, Herschel, because

5     I always felt like, first of all, the focus has always been

6     on Renaissance Man.  Something that concerns me is you do

7     not have an advocate like me.  I'd certainly be willing -- I

8     came in here with a suggestion to take a different role.

9     There is nothing in the works with Bud Taylor.  There is

10    nothing in the works with Robert, and I can look you in the

11    eye man-to-man.  There is nothing in the works.  You know,

12    Robert talks a lot about this could happen and that could

13    happen.  I would like this, Christopher.  Okay, that's fine,

14    but nothing is in the works.  I don't even see that

15    happening to be honest with you.  To me, the best scenario

16    is the one, the showing up at 2 o'clock unless they are not

17    coming.

18         MR. WALKER:  No, they're coming.

19         MR. STAPLES:  I mean, it is your company.  I never lost

20    focus of Renaissance Man.  That's been my focus.  You know,

21    I think that sometimes I get put in a position like the

22    other day when David Jackson asked to speak to me and the

23    truth always sets you free and I know what the truth is.  I

24    was going into Simmons for a (indiscernible).  He's there.

25    I thought maybe I could learn something to give you a

1    heads-up because you were meeting the next day.   The fact of

2    the matter is I learned nothing.   I wanted to try to put

3    Renaissance Man in a better position.   I did not understand

4    -- he is asking you all these questions about me, and they

5    range from asking you about Kathy's Korner (phonetic)

6    (indiscernible) to expense reports.   I just never understood

7    that.   I've never stolen a dime on expense reports.   Never

8    would think about it.   I guess what pains me is that I

9    believe with a hundred percent certainty that I'm the best

10   thing -- I'm not talking about you.   It's your company, but

11   I'm the best thing going for Renaissance Man, and I wanted

12   to continue the track -- the role I take, the position I

13   take, that is all irrelevant.   I mean, I had a

14   recommendation as to how to handle that.

15        MR. WALKER:   You have and this is what I told -- I'm

16   not sure I told.   I said I have learned so much from John

17   when we first started like with the brokers and how the

18   brokers work and how you do the brokers, and I said when we

19   got into the broker thing, everything that you were teaching

20   me went away from what I thought we were supposed to be

21   doing.   That's why I said I'm not sure what was happening

22   and maybe it put a lot of pressure on you to try to do both

23   things.   I can understand that.   It put a lot of pressure on

24   you to try to do DSM and Renaissance Man because then you

25   are trying to make sure this one is done right and this over

1    here is done right, and it may have put a lot of pressure on

2    you.  That's where I may have saw and felt that Renaissance

3    Man is losing its general manager now because the focus now

4    is going somewhere else.  That's not from David Jackson or

5    Randy or any of these people, but it was just from what --

6    and, you know, whenever we had meetings, I would say let's

7    do this here, let's do this, and I think that's it.  So that

8    is the reason I say I wanted to give you time with, like,

9    being a consultant to me in a sense.  Then thinking clearly,

10   just what you want to do.  That's the reason I said not to

11   let you lose yourself.  Just be a consultant and figure out

12   and see what you want to do because I said you've done --

13   we've grown Renaissance Man.  You have been a big part in

14   growing Renaissance Man.  I think Renaissance Man has so

15   much potential out there, and that's why I'm like, guys, we

16   almost have to strike when the iron is hot and it is hot

17   right now because we have another bid coming up in another

18   year.  There is another bid coming up in another year.  So

19   that is what is so crazy about this whole thing.

20        MR. STAPLES:  Yeah, I know you have been searching

21   Herschel, and you know it is what it is.  I can tell you

22   with a hundred percent certainty my focus has never left

23   Renaissance Man.  We talked a lot, Ron, every meeting we

24   had, and he said you have this stuff in your head but you

25   don't share it with others.  Well, you know, I think I have

1    shared it with others.  It was very strategic what I do with

2    Renaissance Man.  So Herschel, it's like I keep trying and

3    maybe I don't communicate as well, but you're exactly right,

4    when I came on board with Renaissance Man, I saw no value in

5    a program.  I saw no value, and I got rid of all of them

6    because they weren't doing anything, and part of that was

7    because they were not being paid anything.  So I get rid of

8    all of them without even notifying Cisco.  Kristy and Kathy

9    found out about it because Seattle was complaining, and I

10   sold her on it.  She was in a position of authority.  I

11   said, look Kristin, I hired somebody here to do what the

12   brokers are supposed to do, which that was not true.  We

13   already had Clint on board, but then when we got the award.

14   It wasn't any preplanning on my part.  I had no idea they

15   were going to align us with a national broker.  I said, I'm

16   not sure I want that model.  I'm not sure I want that.  I'm

17   not sure we need that.  I had no idea it would become what

18   it became, and in fairness to you, I came to you, and I

19   said, look, I would like an opportunity (brief skip in

20   audio) wanting to go out and learn just the best potential

21   of anybody on your team.  She really does.  Kim never wanted

22   the role that I put her in.  She does not want that role.

23   Kim wants to be creative.  Kim could be very good at

24   marketing.

25        Kim could be very good -- Kim looks good.  She does



well with the books.  She is paying bills.  She is doing those things, but I too, Ron, felt like, collectively, Kim and I are receiving $325,000 a year.  That is what we are receiving collectively, and I think, collectively, we have more than earned that amount of compensation.  I never asked for more, but I think, collectively, that's a hell of a deal.  I do think that.  But Kim's part of that is $85,000, but the role that Kim plays, the role that Kim wants to play, it is not an $85,000 role.  Barbara Humphry, I found her.  I said, you know, for a larger company, if we get to the point that somebody can develop her and somebody can -- there is something there especially for a minority business enterprise.  There is something there.  But is she -- I don't know if I am making any sense.

I want to remain as a consultant.  I don't need another year to decide what I want to do.  What I want to do, Herschel, is -- I thought about this a lot coming up here.  Several years ago, Herschel, you gave me the biggest compliment that I have received in business in my career.  You said something to the effect of you trust me like a brother.  At the end of the day that was a heck of a compliment coming from Herschel Walker and the amount of respect I have for you.  I will own my mistakes, okay.  I will own my mistakes.  My mistake started because when I first asked you about DSM I said I would like an opportunity

1    for Kim.  I would like an opportunity for Blair.  You said

2    fine.  You didn't even tell me -- and I go and I find a

3    retail broker Bit and Bill (phonetic), and I knew a little

4    bit about, and then they got this Gary Brown thing who used

5    to work for OK Foods, and he is now available because Brooks

6    Food Group is out of business.  So there's four of them and

7    one for me.  I remember when we would go to the meeting, and

8    I did not want to be involved in it, Herschel, because I

9    felt like they would be a conflict of interest.  So we go to

10   the meeting and there is five people sitting at the table,

11   and they hand me the initial documents, and they said we

12   would like 5 percent each, which would then leave you with 8

13   percent.  Four times five.  It's 24 of them.  I said,

14   huh-uh.  There is five of us.  Everybody gets a 20 percent

15   because 20 percent of something is better than a hundred

16   percent of nothing, and there was nothing.  From day one I

17   said, guys, you have to grow this.  It's got to be

18   legitimate.  It's got to be more than Renaissance Man.

19   That's what I promised Herschel.  That's what we owe it to,

20   but I'm going to stay away from it.  Of course, they did

21   nothing.  That all ended when Gary Brown dog-curses [sic] my

22   daughter with my wife in the next office.  He had done

23   nothing.  So I am like I got to get out of this.  This is

24   ridiculous.

25        Randy Sanders, he was my broker at Tyson.  He had been

retired.  He said his noncompete had ended.  Hey, Randy, you
want to take this?  He took it.  My mistake there.  I own
it.  We weren't involved.  We did not keep the books.  We
did not see how the money was being spent because again,
Herschel, I thought it would be a conflict of interest.  I
don't want to look at it -- I don't want to be involved.
Randy, you need to run this thing and Herschel.  It's when I
finally put the foot down with Randy, he quit.  I put the
foot down.  I said this new award is for the process base.
Your plan is not going to work.  The intent of this was not
to create a bunch of extra money for me or for you or for
Ren.  Man.  You've got to hire more people.  Randy says,
huh-uh.  I think Christopher can handle the new CatMan
(phonetic) board.  I would like Marvin (phonetic) and all
these other people to do these other things.  I'm telling
you the facts, Herschel.  Well, I'm not going to do that.
Yes, you are.  Yes, you are.  Well, you don't own the
company.  I said, no, I don't, but Kim does.  Well, she's
not here.  Okay, then she'll send you an email, which she
did.  It was the Friday before Labor Day weekend.  The
Monday after Labor Day she does not call or whatever.  He
sends me an email:  I resign.  Now, what he was resigning
from was his salary, but he still felt he owned 40 percent
of something.  He owns 40 percent of nothing.  Robert had
talked to him in the past because Robert thought he could

1    trust him about purchasing his 40 percent to create

2    something for Kristin.  I said, Robert -- when this all came

3    to light, I said, Robert, you are not purchasing anything

4    from Randy Sanders (phonetic).  Oh, I'll do it.  I'll do it.

5    I said, no, you're not.  So then Randy Sanders gets mad at

6    me.  Sends a lawyer.  I'm not a lawyer.  He sends me this

7    stuff like they're going to do this, that, and the other.  I

8    had no right.  Okay, whatever.  Then Randy Sanders gets mad.

9    I'm not making excuses.  Hell, I own this stuff.  I made

10   mistakes.  It's been a cancer from day one.  I appreciate

11   that.  But my focus has been Ren.  Man, from day one.  It's

12   been stressful, Herschel, because I can't rely on anybody

13   other than myself.  That's the bottom line.  You said that

14   to me a number of times.  I don't have a second-in-command.

15   I never have had one.  As much as I've tried to be

16   optimistic and develop and to get that second-in-command, to

17   get that somebody that I do not have to tell every single

18   day -- I talk to our people every single day, and most days

19   it's repetitive.  It's the same daggum thing.  So whether

20   I'm a consultant, whether I'm -- I don't care what the title

21   is.  I think you do need -- and if it's Julie, whoever it

22   is, somebody -- our people need, maybe, a little harder

23   hand.  I don't know if any of this is making any sense, but

24   I don't need to think about what I want to do.  I appreciate

25   that opportunity.  What I would like to do is what I am

1    doing.  If that is in a different role, that's fine if you

2    are wanting a divorce.  I'm not wanting a divorce, but you

3    know, it's your company.

4         MR. WALKER:  Well, that's the reason I said do a

5    consultant.  You help us to determine just what direction we

6    are going in, and maybe it could give us time to think about

7    it and give you time to think about all this because I said

8    -- and one of the things I think I told someone -- I said,

9    guys, no matter what, Renaissance Man is still going.  This

10   is a company that is running, and we are waiting to hear

11   from this person and waiting to hear from that person.  I'm

12   like, well, what are we doing with Renaissance Man.  It's

13   still running.

14        MR. STAPLES:  I understand that, but the other thing,

15   Herschel, is I don't take vacations.  I haven't been waiting

16   to hear from nobody.

17        MR. WALKER:  All right.

18        MR. STAPLES:  Now, I have people that they are still

19   waiting today doing nothing.

20        MR. WALKER:  Right.

21        MR. STAPLES:  Okay, but Blair ain't one of them.  She's

22   working.  I haven't been waiting on anybody to do anything.

23   I can promise you that.  I wake up every day thinking about

24   Renaissance Man.  I wake up every day, that is my soul and

25   the idea -- I would still do this in a consulting role,

1     Herschel.  I don't care what my title is.

2          MR. WALKER:  Yes.

3          MR. STAPLES:  I think I know what Renaissance Man

4     needs.  If you can forget about what I did, we are in a

5     different place with respect to brokers.  We are in a

6     different place.  If you would just trust me.  We are in a

7     different place than we were when we got the first CatMan

8     award, which I never expected the brokerage to become what

9     it's become.  I never intended for the brokerage to be a

10    profit center for me or for anybody else.  If you look back

11    at history, that's why I put the brakes on Randy Sanders.

12    That's why, Ron, I mentioned it to you several times this

13    year, there is too much brokerage coming in, and we need to

14    make changes.  We've done the things, Herschel, that I hoped

15    we would do.  The strategy for this year was to become a

16    UniPro corporate-approved supplier.  We are that.  Remember

17    Mark Hayes (phonetic)?  That was one of their big things

18    they were going to do for us, but they wanted more to help

19    us do that.  They didn't know enough about us.  They weren't

20    willing to make that call on our behalf.  Well, we did that

21    without them.  We are a UniPro corporate-approved supplier.

22    We are going to the UniPro conference in a few months.

23    They've got members all across this country.  We are a U.S.

24    Foods corporate-approved supplier.  One of the issues they

25    have with us, one of the issues they said to us why they

1    weren't going to include us in the bid upcoming is that you

2    do not have coverage.  You do not have representation.  So

3    in other words, they are not buying into our model.  They

4    are not buying into the model, but we are a U.S. Foods

5    corporate-approved supplier.  We are a PFG

6    corporate-approved supplier.  They have members all across

7    the country.  What I've learned about that is getting slots,

8    Herschel.  Getting slots is not difficult.  It's difficult

9    for our people because I can assure you there has not been

10   one negotiation whether it's PFG, Hale, whether it's PFG,

11   Lester, whether it's PFG, Jackson, Mississippi.  There is

12   not one piece of new business that anybody other than me has

13   negotiated, and you don't want nobody other than me

14   negotiating it.  They miss things.  I look at every bill

15   from a vendor.  I look at every bill from Foodbuy.  I look

16   at every -- I have other people that is supposed to be doing

17   that, and it is not because they are not hard workers.  They

18   miss things.  It's a complicated business, but back to what

19   the strategy was.  We now should be selling our products

20   across the country.  Getting the products into distribution,

21   that's not a big deal.  Our issue from day one has been,

22   what do you with it after they are in distribution.  We

23   don't have any assistance from PFG, Lester.  We had a little

24   bit with Christopher.  We had a little bit with Barbara, but

25   they do not know end users.  They don't have anybody to pull

1    the product through.  That's what a big broker does.  That's
2    what a big broker does.  In other words, big broker, I could
3    hand them all these lists we get now from Sysco and all
4    these operators.  Big broker -- you know, here you go big
5    broker.  You need to reach out to these operators.  Oh, by
6    the way, they are already calling all these operators.  Oh,
7    by the way -- because they are selling 15 other items.  Oh,
8    by the way, they are already there.  They are already aware
9    of them.  So, now I take my chicken.  If you believe what
10   I'm saying, which I'm telling you whether it's right or
11   wrong or indifferent, the idea for DSM is no different than
12   what I was going to recommend today, if you want to take a
13   few more -- the idea was, provide the support necessary for
14   CatMan, which we've done that.  I still say that we've done
15   that, but now CatMan has evolved.  You've got one more year.
16   We have to grow it.  We have to get a base of business with
17   all these other distributors.  You have to have that.  It
18   feels like I've been chasing -- I don't know what I've been
19   chasing.  It's just been this cloud for months, and to be
20   honest with you, I didn't know where it was coming from
21   because I know I had not done anything.  The mistake I made,
22   Kim is my rock, okay.  Kim aggravates me sometimes when it
23   comes to DSM.  She won't let me look in the daggum books.
24   She doesn't let me get involved.  It frustrates the heck out
25   of me.  I can understand how it may frustrate Julie.  I

16

1    understand that.  So putting the two of them together, that

2    did not work out.  I love Kim and you love Julie.  I think

3    they're both fine women, okay.  But putting the two of them

4    together, that did not work out, and it caused me a bunch of

5    crap.  It caused me a bunch of stress.  I mean, I don't

6    know.  It hasn't distracted me.  My focus has remained on

7    Renaissance Man.  The issue has been, Herschel, and not

8    against our people, but having a team to run the play.

9         MR. WALKER:  I think that's one of the things, and I

10   think I mentioned this a long time ago, and maybe I didn't

11   ask the question right when I said, let's put the people

12   where they are being (indiscernible), and I said let's keep

13   everybody but let's go get people to do the fieldwork, but

14   maybe we have our people to overlook them and teach them how

15   to look at numbers or teach them how to work with the

16   (indiscernible), and it is sort of like what I was saying

17   wasn't being heard.  I said, you taught me, and I remember

18   when Bill (phonetic) and Jeryl (phonetic) when I wasn't

19   there, you said, the reason you guys can't do this over here

20   is you don't have bodies over there.  You don't have bodies

21   there, so you are not going to get that account.  Well,

22   that's what I was saying.  I'm not going to get that account

23   because I do not have people there or I said that list, and

24   I was looking at it yesterday.  All the customers we lost

25   and the people, and it had all the numbers right there why

1    we lost, and I am, like, guys, why don't we call those

2    people and just see what do we do because I always wondered

3    we had lost almost 1,500 cases.  I said, we never even

4    called and said are we doing something wrong.  What do we

5    do.  Why are we not here, and I think we lost to Purdue.

6    That's why I was totally just lost.  I said, John taught me

7    that is what we are supposed to do.  Have a buyer there.

8    Have someone going to see that person.  Right now, food

9    shows are not what they used to be because they do not do

10   food shows that much anymore.  Everything is totally changed

11   from what they used to do, but having people in the face of

12   the people, I always thought was the way we used to do it.

13        MR. STAPLES:  I think that's right.

14        MR. WALKER:  So let me ask you something because, like

15   I said, I thought about, and Ron said it too -- because like

16   I said, you have done a lot for this company.  I told you

17   this is very difficult when I was thinking of this, and I

18   told you I will fire my (indiscernible) because they are

19   material.  They are not food people.  They don't know

20   anything about food, but I said you are.  You've been there.

21   We have worked this here, and that's the reason I said, I'm

22   not going to take any of your salary away.  I am going to

23   give you your salary and you be consultant and then you

24   figure out -- like with DSM, we give up DSM.  We have to

25   turn DSM over.  Like I said, we started DSM, but we keep

1    people -- almost what I am talking about -- where people are

2    overlooking brokers.  Like this company, they are coming

3    today because I talked to them for a little bit, and I have

4    talked to some other people for a little bit and stuff and

5    trying to figure out who could do the selling.  I told

6    someone, I said, guys, for me getting a national brokerage

7    may still not be a way for me because national program

8    already has a food chain company.  So they still are not

9    going to look at Renaissance Man.  They never looked at me

10   before, but these little jokers here will look at me because

11   they are a little hungrier and today --

12        MR. STAPLES:  But Core (phonetic) might.  Now, who is

13   John Goodman (phonetic)?

14        MR. WALKER:  John Goodman.  Now, doesn't he have a

15   chicken company?

16        MR. STAPLES:  (Inaudible response)

17        MR. WALKER:  See, that is somebody who may look at me,

18   but see, this is what got me with Core because Robert said

19   -- and this is Robert.  I can tell you what Robert said.

20   Robert said, John Goodman said come see me at the beginning

21   of the year.  I'm like, dude, I'm a business.  I remember

22   telling someone else you may be a big elephant there, but

23   I'm the big elephant for me.  So if you do not want me, I do

24   not need you.  That's what I'm saying.  If you don't have

25   time to see me --

1          MR. STAPLES:  I feel that same way.

2          MR. WALKER:  And that is what I'm saying.  I'm trying

3    to do business with you, and if you are just saying, put me

4    over here, I don't need you either.  That's why I said I'm

5    going to people that want to go out and do it because

6    sometimes people get fat and happy and they do not want to

7    work.  Well, I want people that's hungry.  That's what I

8    tell people.  You have to be hungry, then you have to go out

9    and do it.  That's what I said I am looking for now.  People

10   that are hungry that want to go and do it.  I talked to Gary

11   Collins (phonetic) out in California.  The funniest thing

12   about Gary Collins is every time I've called somebody at

13   Sysco about Gary Collins, if I mention Gary Collins, they

14   go, oh, God.  It's like what is he doing up there to make

15   everybody mad.  I don't know what he is doing up there, but

16   then the homeboy went and brought, and I even mentioned it

17   to you.  I said, let's not get him pissed off.  He brought a

18   10 million --

19         MR. STAPLES:  But understand, he's done that before and

20   nothing ever came of it.

21         MR. WALKER:  Now see, that's something I never knew.  I

22   have never known that.

23         MR. STAPLES:  He's a nice guy, but he's done nothing.

24         MR. WALKER:  But see, that's what I'm saying.  I never

25   knew it, but I just said if something comes of that and it

1    simply may not, but see, still, I'm not saying we keep Gary

2    Collins because no one out there really likes Gary Collins.

3    So I've been talking to people up there, but every time I

4    mention CPR or whatever is his company, they go, oh, God.

5    That's the first thing they say, oh, God, and I am like,

6    what is he doing that pisses everybody off.  Then my next

7    thing was Gary Collins has Soel (phonetic).  Soel is in

8    direct competition to what I do.  They are in direct

9    competition of selling that -- my thing is I don't know what

10   they pay Gary Collins.  That's beside the point, but that's

11   the reason I came to this decision.  I'm like, guys,

12   Renaissance Man has got to go.  We can't stay where we have

13   been at because we have to go.  It has nothing to do with

14   David Jackson.  My meeting with David Jackson -- this is the

15   honest truth, I'm going to tell you -- it came down to what

16   does he want.  He really did not want anything.

17        MR. EISENMAN:  He didn't want anything.

18        MR. WALKER:  He really did not want anything.

19        MR. EISENMAN:  The same message that Gary Murphy had

20   said.

21        MR. WALKER:  What's weird about him.  I've called him

22   more, but I have called him since he is left here, and I

23   have not talked to him yet.  I've called David Jackson five

24   times.  He texted me back once and said that they were busy

25   doing something --

1        MR. STAPLES:  Do you see how that causes -- I can deal

2    with the stress, but don't you see how -- I mean, he's

3    talking to me like -- he's putting me in some situations

4    that he wants this, this, this, and this done, and then he

5    won't look you in the eye and tell you those things.  That's

6    kind of the gist of the deal.  You know, well, how is this

7    and how is that.  I'm like, why are you asking me.  This

8    happens throughout the course of the year.  The only thing I

9    try to tell Gary Collins or David Jackson, you are putting

10   your people -- because I get asked a lot of questions by

11   Carmen Seal (phonetic) about the people.  That's why you put

12   your people in this position.  Why don't you meet with your

13   people.  If you have these issues, why don't you direct them

14   to Herschel face to face.  That was that whole deal and I

15   get it.  I did not go in and blow up a meeting with David

16   Jackson.  Whether anybody wants to believe it or not, the

17   truth of the matter is Herschel, as I'm walking out of his

18   office on Monday -- first of all, I did not learn anything.

19   So there was no earth-shattering news to get to you.  I did

20   not even learn what my options were with respect to the

21   insurance other than (skip in audio).

22       MR. WALKER:  -- start at the low end.

23       MR. STAPLES:  If you wanted me to negotiate -- I don't

24   know what you wanted me to do.

25       MR. WALKER:  To be honest, I don't even know what I

1    want you to do.  I think this is new for all of us right

2    now.  I think one of the things that --

3         MR. STAPLES:  If you want me to do something for 15

4    hours a week, what am I going to do the other 45 hours a

5    week or whatever?

6         MR. WALKER:  I think being a consultant, and what I was

7    looking at 100 percent being a consultant, is right now, I'm

8    not sure what I want you to do, but I know one of the things

9    is when it comes to certain things, I may have to call you

10   and ask you about something.  How do you do this or who are

11   you talking to here and what are you doing right here.  To

12   be honest, this is a new territory for me as well.  It's a

13   totally new territory for me, but I know that as much as you

14   have done for Renaissance Man, I don't want to do that

15   severance thing that somebody was telling me about.  That's

16   not even fair to do severance.  I don't know how they told

17   me that.  I said I'm willing for it to be like this here

18   because I said, I don't want to do a two months' severance

19   and all of that.  I want to do this, and if I need him for

20   something, I know John will help me with it, and then at the

21   turn of the year, we may go back and do another year.

22        It's a new order.  We may even just do the business all

23   over.  This was a chance for me to feel, like I said, we can

24   get back on page like we were before, and I thought, if you

25   wanted to do something over there, do it.  I'm all for you.

1    If you want something better, I want you to do it because

2    that's what you do with a company.  I don't want to hold

3    anyone to a company.  If you have something better, do that.

4    I want you to do that.

5         MR. STAPLES:  I feel like I've done a hell of a job

6    this year.

7         MR. WALKER:  You've done a great job every year.

8    You've done a good job.  I think this year has been a tough

9    year.  I think that DSM -- Gary Collins.  Whatever that Gary

10   guy's name is.  Gary Brown and Randy Sanders and DSM, I

11   think it tainted our relationship and what we were focusing

12   on.

13        MR. STAPLES:  It definitely did.

14        MR. WALKER:  I think that tainted our relationship.

15        MR. STAPLES:  Whatever that is.  I don't know.  If

16   that's my decision, Herschel, then I own that.  I do

17   consider you to be a friend and a good man, and what you

18   stand for and all that is legitimate.  That's not made up.

19        MR. EISENMAN:  And you have a lot of institutional

20   knowledge.  You're the one who knows everything about what's

21   been going on.  There is no one else in the company that

22   knows --

23        MR. STAPLES:  This year was a good year, and I was

24   going to ask for a 5 percent.  So it is not even halfway

25   between my ask and your ask, but a 5 percent over what I

1    made this past year is two fifty-two.  Would you consider

2    that one-year deal to do my job and make it a hell of a year

3    for you?  You pay half of my --

4         MR. EISENMAN:  In essence, the last was two forty plus

5    half of the Cobra up to $1,000.

6         MR. STAPLES:  Right.

7         MR. EISENMAN:  That's --

8         MR. STAPLES:  What I am asking him for is 5 percent.

9    This is taking Kim out.  Last year, I made two forty.  You

10    paid all of my benefits.  There's a 5-percent match on the

11    Simmons benefit program that I'm losing on the 401(k).  Do

12    you want to put some more teeth in the deal?  Will you

13    consider that, Herschel?

14         MR. WALKER:  2018?  What is this?  2018?

15         MR. STAPLES:  2018.

16         MR. WALKER:  Wait.  Two thousand who?

17         MR. EISENMAN:  This is 2018.  So, 2017.

18         MR. WALKER:  So you're talking about during the

19    consultant time. it would become a good year?

20         MR. STAPLES:  I'm talking about I felt like we finished

21    a good year.

22         MR. WALKER:  Oh, this year.

23         MR. STAPLES:  I feel like not knowing this was going

24    on, I was going to ask -- I was ready to talk to you about

25    DSM, but I was not ready to take that much of a hit.  I'd

1    rather a two-year deal, but would you meet me between my

2    asking of two seventy-five and two forty?  Would you meet me

3    at two fifty-two?  That's 5 percent above what I earned in

4    2017.

5         MR. EISENMAN:  But when you throw in Cobra, you're

6    probably going to be close to two fifty-two.

7         MR. STAPLES:  Ron, I had my insurance pay for me

8    wholeheartedly this year.

9         MR. EISENMAN:  I understand.

10         MR. STAPLES:  I have benefits.  So if this is about me,

11    I performed well in 2017.

12         MR. WALKER:  Now, what are we going to close in at the

13    end of the year?

14         MR. STAPLES:  About 2.75 million in profit is my

15    estimation.

16         MR. WALKER:  Well, not profit.  See, I think, that may

17    have slurred a lot of the things is profit.  It's pounds.

18    What are we closing in at pounds this year?

19         MR. STAPLES:  Pounds are --

20         MR. WALKER:  And CatMan is closing in at what?  14

21    million pounds?

22         MR. STAPLES:  In 11 months, the pounds are 17.3

23    million.

24         MR. WALKER:  That's overall?

25         MR. STAPLES:  That's a total.

1          MR. WALKER:  What is the CatMan?

2          MR. STAPLES:  CatMan is going to be around 14 in total.

3     So at the end of the year, you are going to be around 19 and

4     a half.  Depending on what December is.  CatMan is going to

5     be 14 of that.  If you want to put a few more teeth in it

6     and if you would consider that, Herschel, I would appreciate

7     it.

8          MR. WALKER:  Two fifty?

9          MR. STAPLES:  Two fifty-two.  That's a 5-percent

10    increase over two, four.

11         MR. WALKER:  And you paid the whole Cobra?

12         MR. STAPLES:  Well, that takes away -- right now, I'm

13    not paying anything for Cobra.  I'm not paying anything.  I

14    guess what I'm asking for -- I don't feel like I should take

15    a haircut.  I don't feel like I should --

16         MR. EISENMAN:  At the end of the day, we don't even

17    know how much the work is going to require, if it's going to

18    be a full-time basis or part-time basis.  We have no way of

19    saying.  Maybe almost full-time at the beginning and then

20    dwindle down.  We don't know.  We don't know.  I know you

21    want a lot down, but Herschel doesn't know what is going to

22    be involved.

23         MR. WALKER:  What it entails.  What are you entailing

24    to do?

25         MR. STAPLES:  I will do whatever.

1          MR. EISENMAN:  If you get another job, I mean, then

2     Herschel is paying you --

3          MR. STAPLES:  What other type of job am I getting?

4          MR. EISENMAN:  I have no idea.  I have no idea.

5          MR. WALKER:  That's a football contract you just wrote

6     up.

7          MR. STAPLES:  How about this, Herschel, how about I ask

8     for two seventy-five.  You came back with two forty and half

9     of Cobra.  Why don't you meet me halfway and that's all in.

10    I pay for Cobra.

11         MR. STAPLES:  At two fifty?

12         MR. STAPLES:  Whatever halfway between -- that would be

13    two fifty-seven five.  I'm all in.

14         MR. WALKER:  Two fifty-seven five?

15         MR. EISENMAN:  Well, we started at two and now we are

16    at two seventy-five.  So two forty --

17         MR. STAPLES:  You were willing to pay me a thousand

18    dollars plus two forty.  That is two fifty-two.  I'm asking

19    for another three, four, five hundred dollars.

20         MR. EISENMAN:  We started at two.  You had two

21    seventy-five.  So half of that would be two thirty-seven.

22    We've already gone above that because it is two forty plus

23    --

24         MR. STAPLES:  Ron, I started at what I was earning.

25    I'm earning two forty.  That's what I'm earning.  You don't

28

1    want to add the two together.  That's what I'm earning.  If

2    you want to throw the Cobra thing out, that's two fifty-two

3    up to a thousand dollars, right?  Would you agree with that?

4    How about two fifty-five, and we're all in, and I have no

5    idea what Cobra costs.  What insurance costs.  We don't have

6    any other insurance, but if you are willing to go two

7    fifty-five all in --

8         MR. WALKER:  I will tell you what, be a consultant and

9    whatever we need you to do, and we will do it -- I don't

10   know how we will pay it, but you can't say anything bad

11   about Renaissance Man.

12        MR. STAPLES:  I'm not going to say anything bad about

13   it.

14        MR. WALKER:  Help us within whatever we are going to

15   ask.  I will go for two fifty-five, Ron.  What do you think?

16   We will go with two fifty-five, and he is going to help us

17   with whatever we are going to need for the year.  So it will

18   be -- what is the date?  December 27th until December 2018

19   -- December 27th, 2018.  I don't know what that entails, and

20   I have not even thought about this here.  I have not even

21   put that in my head yet about all of what it is going to

22   entail.

23        MR. EISENMAN:  He's probably already getting paid from

24   Simmons.  I don't know how they would work that so I don't

25   know if you are willing to --

1          MR. STAPLES:  They pay you after you earn the money.

2     So you tell them my last day is January 31st and then --

3          MR. WALKER:  And then we will give you the two

4     fifty-five at the end --

5          MR. EISENMAN:  There will probably be 1/2 until 12/31,

6     I would think.

7          MR. WALKER:  1/1 until 12/31.  That's fine.  However

8     you want to do the date.

9          MR. EISENMAN:  Or we can do 12/27 until 12/27.

10          MR. WALKER:  That's fine.  However you want to do it.

11     How will you pay?  Bi-weekly?  How will you pay that?  How

12     does he get paid?

13          MR. EISENMAN:  This would come from Renaissance Man.

14     So it would be monthly.

15          MR. WALKER:  Monthly.

16          MR. EISENMAN:  It would be a monthly thing.  So you

17     would get a check from Simmons for December and then the end

18     of January --

19          MR. WALKER:  Why can't you do it like we do, two week?

20     You get paid every two weeks, don't you?  Why can't we do it

21     like that?  I'm asking you.  I don't know.

22          MR. EISENMAN:  You can do whatever you want.

23          MR. STAPLES:  I currently get paid every two weeks --

24     no, I get paid every week.

25          MR. EISENMAN:  Through Simmons.

1        MR. WALKER:  You can do every two weeks, quarterly, or
2   every month or however.
3        MR. EISENMAN:  You can't do quarterly.
4        MR. WALKER:  Okay.  We can't do quarterly, okay.
5   However you would like to get paid.  Every two weeks?
6        MR. STAPLES:  I would like to ask my accountant because
7   I don't know what the answer to that is.
8        MR. WALKER:  You might want to talk to us about that.
9        MR. EISENMAN:  If we do every week, that becomes very
10  burdensome.  You probably want to do, like I get it, the
11  15th and the 30th or something.
12       MR. STAPLES:  Typically, you do it after the work.  So
13  it's either every two weeks or every month.  I made one at
14  the end of every month.  They'll get it to me by the end of
15  the month, if that's okay?
16       MR. WALKER:  We can do that.
17       MR. STAPLES:  So, Blair keeps her role.
18       MR. WALKER:  Now, one of the things --
19       MR. STAPLES:  She has to perform.  I understand that,
20  but if she's not performing then this --
21       MR. WALKER:  And you can sign DSM over to Julie?
22       MR. EISENMAN:  You're going to have brokers on there.
23  It's just going to be the name on the Sysco because Julie
24  will own.  It's just the Sysco brokers.  I assume most of
25  the money is going to go to the brokers.

1      MR. WALKER:  The broker.  The brokerage account.

2      MR. EISENMAN:  Right.

3      MR. WALKER:  And we pay the employees.

4      MR. EISENMAN:  Instead of telling Sysco and Simmons

5  that they get five different brokers.  There is one broker

6  which I'm assuming isn't anything other than DSM.  I assume

7  you're going to want John's participation in that.

8      MR. WALKER:  Yes.  You know, I was talking about

9  setting that up.  We need to talk about that.  So what about

10  that?  What did we just agree on?  Two fifty-two?

11      MR. STAPLES:  Two fifty-five.  Two fifty-five.  All in.

12      MR. WALKER:  All in.  Two fifty-five.  All right.  All

13  in two fifty-five.

14      John, this is hard.  This has been so hard because you

15  know this business way better that I do and stuff and that's

16  what's so difficult for me.

17      MR. STAPLES:  I mean, I understand what you're saying,

18  but it does not have to be difficult.  We can move forward,

19  and we can get back to -- it has been a stressful year.  I

20  made some mistakes.

21      MR. WALKER:  Yeah, I made a bunch.

22      MR. STAPLES:  I suspect if we have success this year,

23  you will want me next year, and quite frankly, part of the

24  relief for me is that everybody on both payrolls is either a

25  friend of mine or family.  They have kind of grown

32

accustomed -- they need new leadership.  When I sent you the
strengths and weaknesses of everybody, I mean, I do not have
the patience to train.  I need you to see for yourself what
everybody's strengths and weaknesses are.  I certainly, once
we get beyond that, have some ideas as to what I would do.

MR. WALKER:  And that is one of the things because like
I said, I am thinking about hiring a business guy that is
going to do that.  That can overlook everybody and see what
they are wanting to do, but I do not want to give them jobs
that they are not accustomed to doing.  That's why I say
what are their strengths and weaknesses and put them where
they can succeed at.  That is where I want to put them, is
where they can succeed.

MR. STAPLES:  Part of the problem is that they are
accustomed to working for big corporations and it's hard,
and for me, it took me a couple of years to realize that I'm
not working for a big corporation.  With big corporations,
there is always somebody to do the little things.  You don't
have to worry about the little things.  In this company,
just like I tell Blaine, and I am repetitive, you know, if
you are not looking at it, it's not being looked at.  If
you're not auditing the billback, they are going to be
inspecting, and part of my frustration is I find mistakes
month after month after month, and it's obvious that people
aren't --

1          MR. WALKER:  As concerned.

2          MR. STAPLES:  Well, I don't know if they're not

3     concerned.  It's just that in Clint's case I don't know that

4     after all this year -- I mean, Clint is an HR guy.  Clint is

5     a Clients HR guy.  He's a great relationship.  Everybody

6     likes him.  He's good to have out in front.  You know,

7     customers like him, but in terms of analyzing the billbacks,

8     that is not Clint.

9          MR. WALKER:  Right.

10         MR. STAPLES:  Blaine should be able to -- Blaine

11    understands the industry to a certain extent.  He is not a

12    numbers guy.  He does not understand how to make money.  He

13    doesn't understand all the different hands in the pot.

14    Blaine is good with products.  He is good at understanding

15    especially pork.  He spent a lot of time in the pork

16    business, but Blaine needs daily motivation.  Blaine does

17    not want to travel.  When he does travel, he likes to travel

18    the morning of and fly home the night of.  You know, his

19    wife has health issues.  Blaine has health issues.  I

20    understand that, but to your point -- you know, I've been

21    struggling with that for two years, that Blaine is not, in

22    fairness to you, you need a go-getter as your

23    (indiscernible).  You need somebody that's willing to and

24    able to travel all week if necessary.  You need somebody

25    looking for different avenues.  I have always felt like my

 1      job was to set it up, which I've set up a number of things

 2      for a number of people whether it's because they are not

 3      motivated to do it or they do not know how to do it.  We

 4      haven't hit a lot of -- we don't have a lot of hits unless I

 5      hit.  I don't mean that -- it's like it's hard for me to

 6      talk about people, but I think we have good people.  I think

 7      I just sent an email to you, Herschel.  We all have good

 8      character.  We all have good people.  They are all good

 9      people.

10          MR. WALKER:  Right.

11          MR. STAPLES:  But for various reasons, you do not have

12      a lot to show for it other than what I've negotiated.  Can

13      somebody else manage them better, lead them better?  I don't

14      know.  I guess we will see.

15          MR. WALKER:  Who would be the most difficult person to

16      manage, you feel?

17          MR. STAPLES:  It will probably be Blaine because he so

18      set in his ways.  Blaine is a lot like Peyton (phonetic) in

19      that they both know the industry a lot.  They know the

20      industry a lot.  They know people and people like them.  The

21      difference between Blaine and Peyton is, Peyton is willing

22      to drive every day of the week.  He likes traveling.  He

23      doesn't have children.  He's able to get out and hobnob and

24      do all of that.  Blaine is not that way.  He does not like

25      to hobnob.  He's not as good with the customers, but Blaine

1   understands the industry, but it's been difficult to

2   motivate Blaine to go out and create something.

3       Herschel, I believe I was told a long time ago, you

4   make yourself indispensable, and I appreciate that we have a

5   friendship-thing of that nature, but I also think I've made

6   myself somewhat indispensable.  I think Ren Man needs me in

7   some role moving forward.  Regardless of who you have at Ren

8   Man.  I don't know if anybody else has made themselves

9   indispensable.

10      Christopher is hard to manage.  I like Christopher.  He

11  is responsive.  I have not been able to train Christopher,

12  but it's like the sales meeting we had in Florida that year,

13  Christopher was late every day.  It's not that I did not

14  speak to him.  I spoke to him every night.  Chris, you can't

15  be late tomorrow.  The next day he was late.  He skipped the

16  first dinner.  I didn't think he was asleep anymore.  I woke

17  him up.  Christopher, it's a team event.  You need to be

18  here.  So he came late.  I will be glad to share that with

19  about any of our people.  You definitely need -- Blaine is

20  comfortable.  He doesn't like managing others.  He doesn't

21  like having difficult conversations with others.  Okay,

22  well, in that role you have to have difficult conversations.

23  I appreciate the fact that, you know, you said this is

24  difficult for you.  Whatever this is.  It's a different

25  arrangement, and I appreciate the opportunity.  I think we

1   can make this work.  I suspect if we have a successful year

2   we will make something work next year.

3        MR. EISENMAN:  It also depends on -- we have no way of

4   knowing what's going to happen with Robert or if someone

5   else is going to approach you, and you will want to deal

6   with them.  We just have no way of knowing.  We have no way

7   of knowing that this could start, and you could be working

8   essentially full time at the start.  I guess I'll have to

9   pick some kind of something to put in as guidelines for

10  hours, but that doesn't mean that --

11       MR. WALKER:  No, you don't because then we have John

12  Chico (phonetic) right now.

13       MR. STAPLES:  I don't care how you do it.  It's still a

14  trusting thing.

15       MR. WALKER:  No, it is.

16       MR. STAPLES:  You have to trust me, guys.  It's a

17  different arrangement, but if I look you in the eye and say,

18  you know, I'm committed, and the other side of that is, if

19  I'm not, then you have me for a year, and I'm not real

20  smart, but it is not in my DNA that if we have an

21  arrangement, even if I have something else, it's not in my

22  DNA not to give you what you need.

23       MR. EISENMAN:  So, basically, it's a one-year, two

24  fifty-five all in.  We will have the usual nondisparagement.

25  No "this is your exclusive protein."  Kim will turn over DSM

37

1    to Julie.

2         MR. STAPLES:  You have to put some teeth in the

3    protein, in that, if it's not something that you currently

4    carry, I would like there to be some kind of consideration.

5    We can talk about that, if somebody is selling entrée

6    noodles, ground beef or something I don't know.  I don't

7    even know who that would be.

8         MR. EISENMAN:  So you can't sell any or no product that

9    competes with Renaissance Man.  No creating anything from

10   DSM or Renaissance Man.  Kim and Julie will settle out 2017

11   on DSM.  Whatever the final profit is, they'll split per the

12   agreement, and again, Kim will not work for DSM after that.

13   Blair will continue but obviously has to do the work with

14   full commitment.  Whoever is running DSM has to -- if she

15   does her job fine.  No reason to make a change.

16        MR. WALKER:  But DSM wants to send Gary Collins that

17   30-day thing.  It is a Gary Collins?

18        MR. EISENMAN:  Gary Collins is in California.

19        MR. WALKER:  CPR.  So, I want to send in his

20   (indiscernible).  So we will figure out when we want to do

21   that.  But DSM has sent -- I don't send it through.

22        MR. EISENMAN:  Gary Collins deals with the DSM, I

23   assume, or is it Renaissance Man?

24        MR. STAPLES:  No, it's with DSM.  I mean, I would

25   recommend to Julie that she send him his 30-day termination

1      notification.

2           MR. EISENMAN:  And the others just stay as-is.

3           MR. WALKER:  Just move to another position.

4           MR. EISENMAN:  Blaine is Renaissance Man.  Clinton is,

5      technically, Simmons.  So there is no change there.  Blaine

6      is Renaissance Man.  I guess that's no change.  Robert is

7      trying DSM, so that's a change, and Christopher is DSM.  So

8      that's a no change.  At this point I don't know --

9           MR. WALKER:  Everything stays as it is right now.

10          MR. EISENMAN:  Obviously, you know that if Robert ever

11     does setup anything, Christopher will leave.  Who knows what

12     Christopher's story is.  Who knows if he's any good.

13          MR. WALKER:  I mentioned to you I offered Robert, and I

14     don't think he heard it and stuff, but he if you were

15     (indiscernible), that's when I felt that Robert may not be

16     serious and stuff.

17          MR. EISENMAN:  What?

18          MR. WALKER:  I said, Robert and he was talking so fast.

19     You keep saying you prefer to have something, if you go to

20     Tyson because Tyson lost that Hispanic minority arm and let

21     Renaissance Man become that minority arm for Tyson, I will

22     offer Christopher a small percentage of Renaissance Man.  He

23     blew right by it.  So I said he couldn't be too serious

24     about Christopher because if Christopher wanted to make any

25     money, he can make it right there quick as anything.  I

1    said, well, he blew right by it and went back to the

2    brokerage thing, and I was like, well, that's kind of funny

3    there now because all you have to do since he is on the

4    board at Tyson is talk to Tyson about Renaissance Man being

5    their minority arm.

6         MR. EISENMAN:  So, if you want to do today, you have to

7    let Simmons know when the final day is so they can do it.

8         MR. WALKER:  Let Simmons know what?

9         MR. STAPLES:  (Indiscernible) you can do it December

10    31st.

11         MR. WALKER:  Okay.  So, December 31st.  I'll call David

12    Jackson, and he doesn't answer the phone because he don't

13    want to be told a lot of the stuff.

14         MR. STAPLES:  Can we say five months?  So twenty-four

15    by the 15th and whatever the last day of the month is.  So

16    that's ten, two, six, two, five, every two weeks.  Not every

17    two weeks --

18         MR. EISENMAN:  Twice a month.  Would it be 24?  Who is

19    going to be doing it?  Who's going to write checks?

20         MR. WALKER:  We can get Carol to write it if you can

21    just put it in --

22         MR. EISENMAN:  Taxes don't come out because he will be

23    a consultant.  He'll just be a flat amount.

24         MR. WALKER:  Flat amount.

25         MR. EISENMAN:  John will pay his own -- because it will

1    be a 1099.

2         MR. STAPLES:  Would that come from Simmons?

3         MR. WALKER:  It will probably come from Carol.

4         MR. EISENMAN:  Renaissance Man.

5         MR. WALKER:  Come from Renaissance Man.

6         MR. STAPLES:  Does she do direct deposit?

7         MR. WALKER:  She could do direct deposit if you get her

8    all the info.  But then if she is going to do direct

9    deposit, why don't we get Carmen to do direct deposit.

10        MR. STAPLES:  Yes, Carmen can do it easy.

11        MR. WALKER:  Yes, we can get Carmen to do it, and then

12   you won't have to send it to -- it may have to come from

13   Carol.  It has to come from Carol.  So Carol has to do

14   direct deposit.

15        MR. EISENMAN:  It's coming out of Renaissance Man, so.

16        MR. WALKER:  Yes.  So, Carol has to do it.

17        MR. EISENMAN:  It is not coming out of Simmons.

18        MR. WALKER:  It's not coming out of Simmons.  It's

19   coming out of Renaissance Man, so Carol will have to do it.

20   Okay.

21        MR. EISENMAN:  You can treat it as an expense of

22   Renaissance Man.

23        MR. WALKER:  Right.

24        MR. STAPLES:  Yeah, we can do that.  Just set it up

25   with Katie and direct deposit it every two weeks or twice a

1    month?

2         MR. WALKER:  Yes.  What we could do is --

3         MR. STAPLES:  She will bill it back to Renaissance Man.

4         MR. EISENMAN:  The first thing we have to make sure

5    that Simmons understands that this is a shared expense and

6    not coming out of your pocket.

7         MR. WALKER:  Yes.

8         MR. EISENMAN:  If we are going to have a fight with

9    them, then that would mean back here redoing this.

10        MR. STAPLES:  That's why we might want to -- I mean, I

11   would prefer we just direct deposit it because Simmons is

12   doing that now.  So they have the bank and it's just a lot

13   easier.

14        MR. EISENMAN:  We could be back discussing this if

15   Simmons puts up an issue of this being a shared expense of

16   Renaissance Man and trying to take this to Herschel, then we

17   are going to be back and this is going to be a problem.  So

18   I just want you to know that.

19        MR. WALKER:  I have to call Brooke (phonetic).

20        MR. EISENMAN:  And I will see whatever forms they need.

21   They may need a W9.

22        MR. WALKER:  Okay.  We can do that.

23        MR. EISENMAN:  So we just need to make sure that they

24   understand that this is a Renaissance Man expense and not a

25   Herschel expense.

1        MR. WALKER:  No, I can tell David Jackson.  He will

2   know that (indiscernible) normally don't know.

3        MR. STAPLES:  So, you will send me something, Ron?

4        MR. EISENMAN:  I will.  I will send you something in

5   the next day or so.

6        MR. WALKER:  All right.  John, thank you so much and

7   sorry about all this, but it may be better than you think.

8        MR. STAPLES:  It's a change.  I appreciate the

9   opportunity.  Let's move forward.  I appreciate Blair -- I

10  think Blair, under the right direction, I think she will be

11  an outstanding salesperson.  Blair needs to learn to go on

12  her own.  She's got to get her an opportunity.  I appreciate

13  that.

14       MR. WALKER:  Wait a minute.  How do you sign that DSM

15  thing over?

16       MR. EISENMAN:  I'll just have to assign Kim's units to

17  Julie, and it will be effective January 1st on that or

18  displaying that.  Whatever is still in there as of 12/31

19  will get displayed.

20       MR. WALKER:  Okay.

21       MR. STAPLES:  I know I get paid one more December

22  commission.  And they will write the books up?  Do you want

23  the CPA who did the books last year to do the books this

24  year?  Kim is going to need their information.

25       MR. EISENMAN:  That might make the most sense.

44

1          MR. STAPLES:  And we might want to use the same payroll

2     company, but that's up to you.

3          MR. EISENMAN:  They'll just have to get that

4     information to Julie, and she will reach out to them.

5          MR. WALKER:  Yeah.

6          MR. STAPLES:  You want to know anything about these

7     guys before they show up?

8          MR. WALKER:  No.  What I'm going to ask --

9          MR. EISENMAN:  It's almost 3 o'clock.  Are they coming

10    today?

11         MR. WALKER:  Yeah.  They are supposed to be here.  Are

12    they here?  They are supposed to be here.

13         MR. STAPLES:  You told me to text at 3:30.

14         MR. WALKER:  I said 3:30?  So they ought to be here at

15    3:30 then.

16         MR. EISENMAN:  Okay.

17         MR. WALKER:  Because what I'm thinking about doing with

18    the brokers is not just doing CatMan.  I am going to do

19    everything, but then they have to do everything.  Now, they

20    have to go out and sell, and normally, a broker for existing

21    businesses get anywhere from 3.5 to 4 percent.  Is that

22    right?

23         MR. STAPLES:  No.

24         MR. WALKER:  What do they get for existing business?

25         MR. STAPLES:  For cent or cents.

1        MR. WALKER:  No.  For existing business, what do you

2   give them per --

3        MR. STAPLES:  Total brokerage is anywhere from -- like,

4   Tyson pays 2 percent.

5        MR. WALKER:  2 percent on total brokerage.  But I'm

6   saying on existing business -- if you bring in a new broker?

7        MR. STAPLES:  The average for the process chicken is

8   right around $3 a pound.  So basically, Tyson would pay $.06

9   a pound.

10       MR. WALKER:  Right.  $.06 a pound.  Now, I am saying 2

11  percent.  I don't mean 2 percent.

12       MR. STAPLES:  You mean cents.

13       MR. WALKER:  Cents, right.  I'm saying cents per pound

14  for existing business.  Does Tyson not pay if you have an

15  existing business on a broker?

16       MR. STAPLES:  Tyson doesn't separate it, but that does

17  not mean that's what you have to do.

18       MR. WALKER:  Yeah, because that's what I was thinking

19  about is separating it --

20       MR. STAPLES:  So, I would give them a base.  You get

21  paid $.03 a pound on the first 15 million pounds at

22  year-end.  If the business has grown, we will pay you $.05 a

23  pound on the gross pound.

24       MR. WALKER:  On the gross?

25       MR. STAPLES:  Right.

46

1          MR. WALKER:  That's what I was thinking.

2          MR. STAPLES:  Then we will pay you $.05 a pound on

3     everything else.

4          MR. WALKER:  Right.  On the gross pound and everything

5     else you --

6          MR. STAPLES:  So, you have to exclude the food by --

7          MR. WALKER:  Right.  Management.

8          MR. STAPLES:  You have to exclude that because you did

9     not do anything for that.

10         MR. WALKER:  For the contract management business.

11         MR. STAPLES:  That's right.

12         MR. WALKER:  And Ron said 2 percent.  It's 2 percent.

13         MR. STAPLES:  There's a lot of math that goes into

14    that, you know, after the fact because you don't know what

15    your contract management business is until the contract

16    management sends you the bill.  So they don't get the

17    contract.  You see what I'm saying?

18         MR. WALKER:  Right.

19         MR. STAPLES:  There is math in that.  In other words,

20    we will pay you $.03 a pound on the 15 million pounds from

21    pound one, and that's pretty much the standard because the

22    other business you have is significantly contract

23    management.  So we'll pay you $.15 a pound or we will pay

24    you $.03 a pound on the Con (indiscernible) business.  So

25    how much is that?  Well, that's $450,000 because it's about

47

1    15 hundred pounds.  That is what you get from us, and

2    because what I was going to recommend, Herschel, is for

3    $450,000, you might want to consider Christopher, Barbara,

4    Blair, because collectively they do not pay $450,000.  This

5    happens all the time in business.  You tell a broker you

6    have to employ those three people.  Okay, to employ those

7    three people, you have Blair that is making $48,000.  You

8    have Christopher who is making 65.  So that's 50.  That's

9    150. That's 115 if Blair is making 55.  That's 170 and their

10   benefits are not going to be 25 percent because Barbara does

11   not need benefits, so.  You know, you are talking about

12   $225,000.  You take these three people.  I am going to pay

13   you 450 for doing nothing.  You're only going to have an

14   expense of 225.  That is what I was going to recommend

15   because that not only helps you, Herschel, it helps those

16   three individuals.  Barbara needs to be working representing

17   more than Ren Man.  Christopher needs to be developed.

18   Blair needs to be developed.

19       If my consulting started today, I would strongly

20   consider, and I know that they would be willing to consider

21   that.  John Goodman's group would be willing to consider

22   that.  Look, I'm going to give you $450,000.  It's actually

23   going to be much more than that because they will grow the

24   business.  So you're probably talking about 600-, $700,000.

25   So y'all would be willing to take these three people, that



1    washes your hands of those people.

2         MR. EISENMAN:  Are those folks national?

3         MR. WALKER:  No.

4         MR. STAPLES:  John Goodman's group is -- now, they have

5    a national arm through a third party.  In other words, this

6    is a regional broker.  They call it "sales one."  These

7    regional brokers recognize that I have to have national

8    coverage so they form alliances.  So this alliance is a

9    sales one alliance.

10        The other consulting I would give you, Herschel, is

11   that I understand what you mean about feet on the ground,

12   but feet on the ground gets very expensive.  You don't need

13   feet on the ground to be doing anything other than attending

14   food shows of which they all attend every month because they

15   represent 25 other manufacturers.  So they are going to have

16   a booth.  John Goodman's company is.  This company most

17   likely will be.  You also don't need employees in all these

18   markets, and I talked to Jeff Pierce (phonetic) about this

19   on Friday.  He called me on Friday.  He says he doesn't get

20   any complaints about DSM and their responsiveness.  They are

21   very responsive.  The concern is, okay, I need somebody to

22   take this sample to this operator in Seattle, Washington.

23   Well, the dilemma we have with DSM is we don't want to fly

24   somebody up there to deliver but either of these brokers.

25   If you want a sample taken to that restaurant, they take the

1     sample because they are going into the restaurant already

2     because they represent 20 other manufacturers.

3         I would strongly -- I get it about when Robert kept

4     talking about John Goodman and all this stuff, and I'm like,

5     well, if he don't want to be with us, I can't -- you know,

6     this is just.  He can't meet with us until January.  So it

7     really is not at the top of his list.  But he could do it

8     and there are other brokers that could do it.  What these

9     guys are going to have to convince you of is, okay, I get it

10    that you got it covered in the sound booth.  They got it

11    covered in the southeast, but what I will ask them a lot of

12    questions about -- and I will do it if you want me to -- is

13    tell me how this sales one thing works because I would

14    strongly consider whoever you hire, they need to take

15    Barbara and Blair and Christopher.  Barbara needs to be

16    working for a bigger organization.  One that represents --

17    because Barbara is fantastic in front of customers, but

18    Barbara needs to be developed.  Renaissance Man may want to

19    Barbara.  I'm not saying that.  Barbara does not need to be

20    at DSM.  She either needs to go to big broker or Renaissance

21    Man needs to figure out a way to put her in front of your

22    big-time customers.  Barbara could help you and Sysco and

23    (indiscernible).  She could help you in contract, but

24    Barbara needs to be developed and led.  Blair is a

25    salesperson.  Blair wants to travel.  Blair likes making

50

1    cold calls.  Blair likes talking.  Blair knows people at

2    Walmart that could help.  Again, Christopher is used to

3    setting up the food shows, attending the food shows.  He's a

4    hard-worker in that he'll do the dirty work.  He was a

5    trained -- he's not lazy but he is not -- like I mentioned

6    to you, if you want to become a leader, Christopher, you

7    have to set an example.  He currently does not set an

8    example.  I don't know what else you guys want.

9          MR. WALKER:  Thank you.

10          MR. STAPLES:  So you will try to reach out to Simmons

11    and see if they can make the direct deposit in the same

12    account that they've been making.  Because it's an Arkansas

13    account that I will keep if they would just pay me and not

14    withhold anything.  It's all in, and Herschel, I will shake

15    your hand and let the rest go.

16          MR. WALKER:  You are still family to me.  You are still

17    family to me.

18          MR. STAPLES:  I will get two more autographs off of

19    you.  I do appreciate it.  I'm not selling them.

20              (Whereupon the audio concluded)

21

22

23

24

25

1                         C E R T I F I C A T E

2
       STATE OF GEORGIA
3
       COUNTY OF DEKALB
4

5

6      I, LATASHA BETHEL, HEREBY CERTIFY THAT THE FOREGOING

7  TRANSCRIPT WAS TRANSCRIBED BY ME AS STATED IN THE CAPTION, AND

8  THE COLLOQUIES, QUESTIONS AND ANSWERS WERE REDUCED TO PRINT BY

9  ME; THAT THE FOREGOING PAGES REPRESENT A TRUE, COMPLETE RECORD OF

10 THE AUDIO GIVEN TO ME BY MR. WALKER; THAT IN ACCORDANCE WITH

11 O.C.G.A 9-11-28(a), I AM NOT A RELATIVE, EMPLOYEE, ATTORNEY, OR

12 COUNSEL OF ANY PARTY, I WAS NOT PRESENT WHEN SAID ACTION OCCURED;

13 NOR AM I FINANCIALLY INTERESTED IN THE ACTION AND HAVE

14 TRANSCRIBED THE AUDIO TO THE BEST OF MY SKILL AND ABILITY.

15     THE ABOVE CERTIFICATION IS EXPRESSLY WITHDRAWN AND DENIED

16 UPON THE DISASSEMBLY AND/OR PHOTOCOPYING OF THE FOREGOING

17 TRANSCRIPT OR ANY PART THEREOF, UNLESS SAID DISASSEMBLY AND/OR

18 PHOTOCOPYING IS DONE UNDER THE AUSPICES OF THE UNDERSIGNED AND

19 THE SIGNATURE AND ORIGINAL SEAL ATTACHED

20 THERETO.

21     THIS, THE 16TH DAY OF FEBRUARY, 2018

22

23

24                          LaTasha D. Bethel
                            Certified Court Reporter, 2660

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

TRANSCRIPT OF AUDIO RECORDING

Transcript of audio recorded meeting with Mr. Herschel Walker,

Mr. Ron Eisenman and Mr. John Staples on December 27th, 2018.

LaTasha D. Bethel CCR# 2660
Certified Court Reporter
State of Georgia
bethelreporting@live.com
(770) 771-8454

---

MR. WALKER:  One of the things I want to talk about, John, more than anything is I spoke to Robert a couple of times, and I have agonized over this for a long time for the last couple of weeks is how we get ourselves back on track. Then I came to the point that if we could or if we ever could get back on track because I'm not sure just where we come in. I think now we have come to the point that I think it may be time for us to change.  It may be time for us to part ways.  I'm not sure if Renaissance Man is still what you like, which is sad to me because I thought we had such a great run.  We had a great, great run.  I think we had so much potential.  I think with this broker thing and everything that has come up, and now I'm not sure if Renaissance Man is still the focus point that I think it should be.  Now, I just think we have come to the point that it is time for Renaissance Man to keep going on, and we figure out a way we can still coexist and get things done. One of the things I thought about is -- you've done so many great things for Renaissance Man that I would love to do like a year's pay.  Like a consultant year's pay for you so that you can focus on all that stuff Robert was talking about with you with the brokerage and -- I forgot some of the names.  Bud Taylor, and I think the other guy, and you can put those things together that you-all were talking about doing, and you can come back to me then, but I think

---

it may be time to part because I think trust is so important and I think that is where -- you know, I keep hearing that word, and it is sad to me because you've done a lot of good things for Renaissance Man.

MR. STAPLES:  Okay.  I guess I need further -- I don't know what was said.  Well, I don't know if, to be honest with you, Herschel, if what I say today matters to you.  I would hope that it would.  Robert doesn't speak for me. David Jackson doesn't speak for me.  The last several months have been very stressful, and it seems to be, like we mentioned when Kim and I came here a couple of weeks ago -- and a few weeks ago, there seems to be a lack of trust on us.  I guess I could understand it, but it shouldn't-- we have never done anything distrustful.  I have never taken a dime.  We have never hidden anything from anyone.  Others have been distrustful.  I mean, we have had conversations, Ron.  But then it really started, Herschel, when you started texting me about having the financial records from Hearty Bake (phonetic) and that they had been paying someone at DSM.  I knew that never happened.  I wish instead of texting back and forth we just could have -- that never happened. Whoever told you those things, they're lying.  Blair, and of course that -- I made a mistake with DSM from day one by trusting others, and you've always been a good partner with me, Herschel.  You have always been good to me.  You know,

---

Robert talks to me every day, and some things I agree with and some things I don't.  He gives me good advice.  The bottom line Herschel is if I've asked for something you, for the most part, have gone along with it.  It's when I started asking for things for other people that this got out of hand.  The DSM thing, I think, Ron, you may have even said it.  It's a cancer.  I agree with that.

MR. EISENMAN:  Well, it's a collection of things and Herschel wanted to handle this, but I think some of it is also I think you lost focus on Renaissance Man.  It became very important for you to have a place for Kim and a place for Blair.

MR. STAPLES:  I disagree with that wholeheartedly.  I never lost focus of Renaissance Man.

MR. EISENMAN:  But if the guy who owns the company --

MR. STAPLES:  That never happened.

MR. EISENMAN:  The guy that owns the company thinks that it became more important to -- and again, this is just one of the things, but to Herschel, it felt -- and if I am wrong, Herschel, tell me but -- felt that it became more about DSM and having something for Kim -- because it's not the money.  I mean, I told you many times.  Herschel has told you.  We viewed the money that Kim made as being part of your salary --

MR. STAPLES:  It should be.  It should be.

1  MR. EISENMAN:  But having Kim and Blair in the company
2  became -- there was just a --
3      MR. STAPLES:  It's Herschel's company.  You know, it's
4  disappointing.  It's disappointing to me, Herschel, because
5  I always felt like, first of all, the focus has always been
6  on Renaissance Man.  Something that concerns me is you do
7  not have an advocate like me.  I'd certainly be willing -- I
8  came in here with a suggestion to take a different role.
9  There is nothing in the works with Bud Taylor.  There is
10 nothing in the works with Robert, and I can look you in the
11 eye man-to-man.  There is nothing in the works.  You know,
12 Robert talks a lot about this could happen and that could
13 happen.  I would like this, Christopher.  Okay, that's fine,
14 but nothing is in the works.  I don't even see that
15 happening to be honest with you.  To me, the best scenario
16 is the one, the showing up at 2 o'clock unless they are not
17 coming.
18     MR. WALKER:  No, they're coming.
19     MR. STAPLES:  I mean, it is your company.  I never lost
20 focus of Renaissance Man.  That's been my focus.  You know,
21 I think that sometimes I get put in a position like the
22 other day when David Jackson asked to speak to me and the
23 truth always sets you free and I know what the truth is.  I
24 was going into Simmons for a (indiscernible).  He's there.
25 I thought maybe I could learn something to give you a

1  heads-up because you were meeting the next day.  The fact of
2  the matter is I learned nothing.  I wanted to try to put
3  Renaissance Man in a better position.  I did not understand
4  -- he is asking you all these questions about me, and they
5  range from asking you about Kathy's Korner (phonetic)
6  (indiscernible) to expense reports.  I just never understood
7  that.  I've never stolen a dime on expense reports.  Never
8  would think about it.  I guess what pains me is that I
9  believe a hundred percent certainty that I'm the best
10 thing -- I'm not talking about you.  It's your company, but
11 I'm the best thing going for Renaissance Man, and I wanted
12 to continue the track -- the role I take, the position I
13 take, that is all irrelevant.  I mean, I had a
14 recommendation as to how to handle that.
15     MR. WALKER:  You have and this is what I told -- I'm
16 not sure I told.  I said I have learned so much from John
17 when we first started like with the brokers and how the
18 brokers work and how you do the brokers, and I said when we
19 got into the broker thing, everything that you were teaching
20 me went away from what I thought we were supposed to be
21 doing.  That's why I said I'm not sure what was happening
22 and maybe it put a lot of pressure on you to try to do both
23 things.  I can understand that.  It put a lot of pressure on
24 you to try to do DSM and Renaissance Man because then you
25 are trying to make sure this one is done right and this over

1  here is done right, and it may have put a lot of pressure on
2  you.  That's where I may have saw and felt that Renaissance
3  Man is losing its general manager now because the focus now
4  is going somewhere else.  That's not from David Jackson or
5  Randy or any of these people, but it was just from what --
6  and, you know, whenever we had meetings, I would say let's
7  do this here, let's do this, and I think that's it.  So that
8  is the reason I say I wanted to give you time with, like,
9  being a consultant to me in a sense.  Then thinking clearly,
10 just what you want to do.  That's the reason I said not to
11 let you lose yourself.  Just be a consultant and figure out
12 and see what you want to do because I said you've done --
13 we've grown Renaissance Man.  You have been a big part in
14 growing Renaissance Man.  I think Renaissance Man has so
15 much potential out there, and that's why I'm like, guys, we
16 almost have to strike when the iron is hot and it is hot
17 right now because we have another bid coming up in another
18 year.  There is another bid coming up in another year.  So
19 that is what is so crazy about this whole thing.
20     MR. STAPLES:  Yeah, I know you have been searching
21 Herschel, and you know it is what it is.  I can tell you
22 with a hundred percent certainty my focus has never left
23 Renaissance Man.  We talked a lot, Ron, every meeting we
24 had, and he said you have this stuff in your head but you
25 don't share it with others.  Well, you know, I think I have

1  shared it with others.  It was very strategic what I do with
2  Renaissance Man.  So Herschel, it's like I keep trying and
3  maybe I don't communicate as well, but you're exactly right,
4  when I came on board with Renaissance Man, I saw no value in
5  a program.  I saw no value, and I got rid of all of them
6  because they weren't doing anything, and part of that was
7  because they were not being paid anything.  So I get rid of
8  all of them without even notifying Cisco.  Kristy and Kathy
9  found out about it because Seattle was complaining, and I
10 sold her on it.  She was in a position of authority.  I
11 said, look Kristin, I hired somebody here to do what the
12 brokers are supposed to do, which that was not true.  We
13 already had Clint on board, but then when we got the award.
14 It wasn't any preplanning on my part.  I had no idea they
15 were going to align us with a national broker.  I said, I'm
16 not sure I want that model.  I'm not sure I want that.  I'm
17 not sure we need that.  I had no idea it would become what
18 it became, and in fairness to you, I came to you, and I
19 said, look, I would like an opportunity (brief skip in
20 audio) wanting to go out and learn just the best potential
21 of anybody on your team.  She really does.  Kim never wanted
22 the role that I put her in.  She does not want that role.
23 Kim wants to be creative.  Kim could be very good at
24 marketing.
25     Kim could be very good -- Kim looks good.  She does

1　well with the books.  She is paying bills.  She is doing
2　those things, but I too, Ron, felt like, collectively, Kim
3　and I are receiving $325,000 a year.  That is what we are
4　receiving collectively, and I think, collectively, we have
5　more than earned that amount of compensation.  I never asked
6　for more, but I think, collectively, that's a hell of a
7　deal.  I do think that.  But Kim's part of that is $85,000,
8　but the role that Kim plays, the role that Kim wants to
9　play, it is not an $85,000 role.  Barbara Humphry, I found
10　her.  I said, you know, for a larger company, if we get to
11　the point that somebody can develop her and somebody can --
12　there is something there especially for a minority business
13　enterprise.  There is something there.  But is she -- I
14　don't know if I am making any sense.
15　　　　　I want to remain as a consultant.  I don't need another
16　year to decide what I want to do.  What I want to do,
17　Herschel, is -- I thought about this a lot coming up here.
18　Several years ago, Herschel, you gave me the biggest
19　compliment that I have received in business in my career.
20　You said something to the effect of you trust me like a
21　brother.  At the end of the day that was a heck of a
22　compliment coming from Herschel Walker and the amount of
23　respect I have for you.  I will own my mistakes, okay.  I
24　will own my mistakes.  My mistake started because when I
25　first asked you about DSM I said I would like an opportunity

1　for Kim.  I would like an opportunity for Blair.  You said
2　fine.  You didn't even tell me -- and I go and I find a
3　retail broker Bit and Bill (phonetic), and I knew a little
4　bit about, and then they got this Gary Brown thing who used
5　to work for OK Foods, and he is now available because Brooks
6　Food Group is out of business.  So there's four of them and
7　one for me.  I remember when we would go to the meeting, and
8　I did not want to be involved in it, Herschel, because I
9　felt like they would be a conflict of interest.  So we go to
10　the meeting and there is five people sitting at the table,
11　and they hand me the initial documents, and they said we
12　would like 5 percent each, which would then leave you with 8
13　percent.  Four times five.  It's 24 of them.  I said,
14　huh-uh.  There is five of us.  Everybody gets a 20 percent
15　because 20 percent of something is better than a hundred
16　percent of nothing, and there was nothing.  From day one I
17　said, guys, you have to grow this.  It's got to be
18　legitimate.  It's got to be more than Renaissance Man.
19　That's what I promised Herschel.  That's what we owe it to,
20　but I'm going to stay away from it.  Of course, they did
21　nothing.  That all ended when Gary Brown dog-curses [sic] my
22　daughter with my wife in the next office.  He had done
23　nothing.  So I am like I got to get out of this.  This is
24　ridiculous.
25　　　　　Randy Sanders, he was my broker at Tyson.  He had been

1　retired.  He said his noncompete had ended.  Hey, Randy, you
2　want to take this?  He took it.  My mistake there.  I own
3　it.  We weren't involved.  We did not keep the books.  We
4　did not see how the money was being spent because again,
5　Herschel, I thought it would be a conflict of interest.  I
6　don't want to look at it -- I don't want to be involved.
7　Randy, you need to run this thing and Herschel.  It's when I
8　finally put the foot down with Randy, he quit.  I put the
9　foot down.  I said this new award is for the process base.
10　Your plan is not going to work.  The intent of this was not
11　to create a bunch of extra money for me or for you or for
12　Ren.  Man.  You've got to hire more people.  Randy says,
13　huh-uh.  I think Christopher can handle the new CatMan
14　(phonetic) board.  I would like Marvin (phonetic) and all
15　these other people to do these other things.  I'm telling
16　you the facts, Herschel.  Well, I'm not going to do that.
17　Yes, you are.  Yes, you are.  Well, you don't own the
18　company.  I said, no, I don't, but Kim does.  Well, she's
19　not here.  Okay, then she'll send you an email, which she
20　did.  It was the Friday before Labor Day weekend.  The
21　Monday after Labor Day she does not call or whatever.  He
22　sends me an email: I resign.  Now, what he was resigning
23　from was his salary, but he still felt he owned 40 percent
24　of something.  He owns 40 percent of nothing.  Robert had
25　talked to him in the past because Robert thought he could

1　trust him about purchasing his 40 percent to create
2　something for Kristin.  I said, Robert -- when this all came
3　to light, I said, Robert, you are not purchasing anything
4　from Randy Sanders (phonetic).  Oh, I'll do it.  I'll do it.
5　I said, no, you're not.  So then Randy Sanders gets mad at
6　me.  Sends a lawyer.  I'm not a lawyer.  He sends me this
7　stuff like they're going to do this, that, and the other.  I
8　had no right.  Okay, whatever.  Then Randy Sanders gets mad.
9　I'm not making excuses.  Hell, I own this stuff.  I made
10　mistakes.  It's been a cancer from day one.  I appreciate
11　that.  But my focus has been Ren. Man. from day one.  It's
12　been stressful, Herschel, because I can't rely on anybody
13　other than myself.  That's the bottom line.  You said that
14　to me a number of times.  I don't have a second-in-command.
15　I never have had one.  As much as I've tried to be
16　optimistic and develop and to get that second-in-command, to
17　get that somebody that I do not have to tell every single
18　day -- I talk to our people every single day, and most days
19　it's repetitive.  It's the same daggum thing.  So whether
20　I'm a consultant, whether I'm -- I don't care what the title
21　is.  I think you do need -- and if it's Julie, whoever it
22　is, somebody -- our people need, maybe, a little harder
23　hand.  I don't know if any of this is making any sense, but
24　I don't need to think about what I want to do.  I appreciate
25　that opportunity.  What I would like to do is what I am

1  doing. If that is in a different role, that's fine if you

2  are wanting a divorce. I'm not wanting a divorce, but you

3  know, it's your company.

4      MR. WALKER: Well, that's the reason I said do a

5  consultant. You help us to determine just what direction we

6  are going in, and maybe it could give us time to think about

7  it and give you time to think about all this because I said

8  -- and one of the things I think I told someone -- I said,

9  guys, no matter what, Renaissance Man is still going. This

10  is a company that is running, and we are waiting to hear

11  from this person and waiting to hear from that person. I'm

12  like, well, what are we doing with Renaissance Man. It's

13  still running.

14      MR. STAPLES: I understand that, but the other thing,

15  Herschel, is I don't take vacations. I haven't been waiting

16  to hear from nobody.

17      MR. WALKER: All right.

18      MR. STAPLES: Now, I have people that they are still

19  waiting today doing nothing.

20      MR. WALKER: Right.

21      MR. STAPLES: Okay, but Blair ain't one of them. She's

22  working. I haven't been waiting on anybody to do anything.

23  I can promise you that. I wake up every day thinking about

24  Renaissance Man. I wake up every day, in my soul and

25  the idea -- I would still do this in a consulting role,

1  Herschel. I don't care what my title is.

2      MR. WALKER: Yes.

3      MR. STAPLES: I think I know what Renaissance Man

4  needs. If you can forget about what I did, we are in a

5  different place with respect to brokers. We are in a

6  different place. If you would just trust me. We are in a

7  different place than we were when we got the first CatMan

8  award, which I never expected the brokerage to become what

9  it's become. I never intended for the brokerage to be a

10  profit center for me or for anybody else. If you look back

11  at history, that's why I put the brakes on Randy Sanders.

12  That's why, Ron, I mentioned it to you several times this

13  year, there is too much brokerage coming in, and we need to

14  make changes. We've done the things, Herschel, that I hoped

15  we would do. The strategy for this year was to become a

16  UniPro corporate-approved supplier. We are that. Remember

17  Mark Hayes (phonetic)? That was one of their big things

18  they were going to do for us, but they wanted more to help

19  us do that. They didn't know enough about us. They weren't

20  willing to make that call on our behalf. Well, we did that

21  without them. We are a UniPro corporate-approved supplier.

22  We are going to the UniPro conference in a few months.

23  They've got members all across this country. We are a U.S.

24  Foods corporate-approved supplier. One of the issues they

25  have with us, one of the issues they said to us why they

1  weren't going to include us in the bid upcoming is that you

2  do not have coverage. You do not have representation. So

3  in other words, they are not buying into our model. They

4  are not buying into the model, but we are a U.S. Foods

5  corporate-approved supplier. We are a PFG

6  corporate-approved supplier. They have members all across

7  the country. What I've learned about that is getting slots,

8  Herschel. Getting slots is difficult. It's difficult

9  for our people because I can assure you there has not been

10  one negotiation whether it's PFG, Hale, whether it's PFG,

11  Lester, whether it's PFG, Jackson, Mississippi. There is

12  not one piece of new business that anybody other than me has

13  negotiated, and you don't want nobody other than me

14  negotiating it. They miss things. I look at every bill

15  from a vendor. I look at every bill from Foodbuy. I look

16  at every -- I have other people that is supposed to be doing

17  that, and it is not because they are not hard workers. They

18  miss things. It's a complicated business, but back to what

19  the strategy was. We now should be selling our products

20  across the country. Getting the products into distribution,

21  that's not a big deal. Our issue from day one has been,

22  what do you with it after they are in distribution. We

23  don't have any assistance from PFG, Lester. We had a little

24  bit with Christopher. We had a little bit with Barbara, but

25  they do not know end users. They don't have anybody to pull

1  the product through. That's what a big broker does. That's

2  what a big broker does. In other words, big broker, I could

3  hand them all these lists we get now from Sysco and all

4  these operators. Big broker -- you know, here you go big

5  broker. You need to reach out to these operators. Oh, by

6  the way, they are already calling all these operators. Oh,

7  by the way -- because they are selling 15 other items. Oh,

8  by the way, they are already there. They are already aware

9  of them. So, now I take my chicken. If you believe what

10  I'm saying, which I'm telling you whether it's right or

11  wrong or indifferent, the idea for DSM is no different than

12  what I was going to recommend today, if you want to take a

13  few more -- the idea was, provide the support necessary for

14  CatMan, which we've done that. I still say that we've done

15  that, but now CatMan has evolved. You've got one more year.

16  We have to grow it. We have to get a base of business with

17  all these other distributors. You have to have that. It

18  feels like I've been chasing -- I don't know what I've been

19  chasing. It's just been this cloud for months, and to be

20  honest with you, I didn't know where it was coming from

21  because I know I had not done anything. The mistake I made,

22  Kim is my rock, okay. Kim aggravates me sometimes when it

23  comes to DSM. She won't let me look in the daggum books.

24  She doesn't let me get involved. It frustrates the heck out

25  of me. I can understand how it may frustrate Julie. I

1  understand that.  So putting the two of them together, that
2  did not work out.  I love Kim and you love Julie.  I think
3  they're both fine women, okay.  But putting the two of them
4  together, that did not work out, and it caused me a bunch of
5  crap.  It caused me a bunch of stress.  I mean, I don't
6  know.  It hasn't distracted me.  My focus has remained on
7  Renaissance Man.  The issue has been, Herschel, and not
8  against our people, but having a team to run the play.
9          MR. WALKER:  I think that's one of the things, and I
10  think I mentioned this a long time ago, and maybe I didn't
11  ask the question right when I said, let's put the people
12  where they are being (indiscernible), and I said let's keep
13  everybody but let's go get people to do the fieldwork, but
14  maybe we have our people to overlook them and teach them how
15  to look at numbers or teach them how to work with the
16  (indiscernible), and it is sort of like what I was saying
17  wasn't being heard.  I said, you taught me, and I remember
18  when Bill (phonetic) and Jeryl (phonetic) when I wasn't
19  there, you said, the reason you guys can't do this over here
20  is you don't have bodies over there.  You don't have bodies
21  there, so you are not going to get that account.  Well,
22  that's what I was saying.  I'm not going to get that account
23  because I do not have people there or I said that list, and
24  I was looking at it yesterday.  All the customers we lost
25  and the people, and it had all the numbers right there why

1  we lost, and I am, like, guys, why don't we call those
2  people and just see what do we do because I always wondered
3  we had lost almost 1,500 cases.  I said, we never even
4  called and said are we doing something wrong.  What do we
5  do.  Why are we not here, and I think we lost to Purdue.
6  That's why I was totally just lost.  I said, John taught me
7  that is what we are supposed to do.  Have a buyer there.
8  Have someone going to see that person.  Right now, food
9  shows are not what they used to be because they do not do
10  food shows that much anymore.  Everything is totally changed
11  from what they used to do, but having people in the face of
12  the people, I always thought was the way we used to do it.
13          MR. STAPLES:  I think that's right.
14          MR. WALKER:  So let me ask you something because, like
15  I said, I thought about, and Ron said it too -- because like
16  I said, you have done a lot for this company.  I told you
17  this is very difficult when I was thinking of this, and I
18  told you I will fire my (indiscernible) because they are
19  material.  They are not food people.  They don't know
20  anything about food, but I said you are.  You've been there.
21  We have worked this here, and that's the reason I said, I'm
22  not going to take any of your salary away.  I am going to
23  give you your salary and you be consultant and then you
24  figure out -- like with DSM, we give up DSM.  We have to
25  turn DSM over.  Like I said, we started DSM, but we keep

1  people -- almost what I am talking about -- where people are
2  overlooking brokers.  Like this company, they are coming
3  today because I talked to them for a little bit, and I have
4  talked to some other people for a little bit and stuff and
5  trying to figure out who could do the selling.  I told
6  someone, I said, guys, for me getting a national brokerage
7  may still not be a way for me because national program
8  already has a food chain company.  So they still are not
9  going to look at Renaissance Man.  They never looked at me
10  before, but these little jokers here will look at me because
11  they are a little hungrier and today --
12          MR. STAPLES:  But Core (phonetic) might.  Now, who is
13  John Goodman (phonetic)?
14          MR. WALKER:  John Goodman.  Now, doesn't he have a
15  chicken company?
16          MR. STAPLES:  (Inaudible response)
17          MR. WALKER:  See, that is somebody who may look at me,
18  but see, this is what got me with Core because Robert said
19  -- and this is Robert.  I can tell you what Robert said.
20  Robert said, John Goodman said come see me at the beginning
21  of the year.  I'm like, dude, I'm a business.  I remember
22  telling someone else you may be a big elephant there, but
23  I'm the big elephant for me.  So if you do not want me, I do
24  not need you.  That's what I'm saying.  If you don't have
25  time to see me --

1          MR. STAPLES:  I feel that same way.
2          MR. WALKER:  And that is what I'm saying.  I'm trying
3  to do business with you, and if you are just saying, put me
4  over here, I don't need you either.  That's why I said I'm
5  going to people that want to go out and do it because
6  sometimes people get fat and happy and they do not want to
7  work.  Well, I want people that's hungry.  That's what I
8  tell people.  You have to be hungry, then you have to go out
9  and do it.  That's what I said I am looking for now.  People
10  that are hungry that want to go and do it.  I talked to Gary
11  Collins (phonetic) out in California.  The funniest thing
12  about Gary Collins is every time I've called somebody at
13  Sysco about Gary Collins, if I mention Gary Collins, they
14  go, oh, God.  It's like what is he doing up there to make
15  everybody mad.  I don't know what he is doing up there, but
16  then the homeboy went and brought, and I even mentioned it
17  to you.  I said, let's not get him pissed off.  He brought a
18  10 million --
19          MR. STAPLES:  But understand, he's done that before and
20  nothing ever came of it.
21          MR. WALKER:  Now see, that's something I never knew.  I
22  have never known that.
23          MR. STAPLES:  He's a nice guy, but he's done nothing.
24          MR. WALKER:  But see, that's what I'm saying.  I never
25  knew it, but I just said if something comes of that and it

1  simply may not, but see, still, I'm not saying we keep Gary
2  Collins because no one out there really likes Gary Collins.
3  So I've been talking to people up there, but every time I
4  mention CPR or whatever is his company, they go, oh, God.
5  That's the first thing they say, oh, God, and I am like,
6  what is he doing that pisses everybody off.  Then my next
7  thing was Gary Collins has Soel (phonetic).  Soel is in
8  direct competition to what I do.  They are in direct
9  competition of selling that -- my thing is I don't know what
10 they pay Gary Collins.  That's beside the point, but that's
11 the reason I came to this decision.  I'm like, guys,
12 Renaissance Man has got to go.  We can't stay where we have
13 been at because we have to.  It has nothing to do with
14 David Jackson.  My meeting with David Jackson -- this is the
15 honest truth, I'm going to tell you -- it came down to what
16 does he want.  He really did not want anything.
17        MR. EISENMAN:  He didn't want anything.
18        MR. WALKER:  He really did not want anything.
19        MR. EISENMAN:  The same message that Gary Murphy had
20 said.
21        MR. WALKER:  What's weird about him.  I've called him
22 more, but I have called him since he is left here, and I
23 have not talked to him yet.  I've called David Jackson five
24 times.  He texted me back once and said that they were busy
25 doing something --

1  want you to do.  I think this is new for all of us right
2  now.  I think one of the things that --
3        MR. STAPLES:  If you want me to do something for 15
4  hours a week, what am I going to do the other 45 hours a
5  week or whatever?
6        MR. WALKER:  I think being a consultant, and what I was
7  looking at 100 percent being a consultant, is right now, I'm
8  not sure what I want you to do, but I know one of the things
9  is when it comes to certain things, I may have to call you
10 and ask you about something.  How do you do this or who are
11 you talking to here and what are you doing right here.  To
12 be honest, this is a new territory for me as well.  It's a
13 totally new territory for me, but I know that as much as you
14 have done for Renaissance Man, I don't want to do that
15 severance thing that somebody was telling me about.  That's
16 not even fair to do severance.  I don't know how they told
17 me that.  I said I'm willing for it to be like this here
18 because I said, I don't want to do a two months' severance
19 and all of that.  I want to do this, and if I need him for
20 something, I know John will help me with it, and then at the
21 turn of the year, we may go back and do another year.
22        It's a new order.  We may even just do the business all
23 over.  This was a chance for me to feel, like I said, we can
24 get back on page like we were before, and I thought, if you
25 wanted to do something over there, do it.  I'm all for you.

1        MR. STAPLES:  Do you see how that causes -- I can deal
2  with the stress, but don't you see how -- I mean, he's
3  talking to me like -- he's putting me in some situations
4  that he wants this, this this, and this done, and then he
5  won't look you in the eye and tell you those things.  That's
6  kind of the gist of the deal.  You know, well, how is this
7  and how is that.  I'm like, why are you asking me.  This
8  happens throughout the course of the year.  The only thing I
9  try to tell Gary Collins or David Jackson, you are putting
10 your people -- because I get asked a lot of questions by
11 Carmen Seal (phonetic) about the people.  That's why you put
12 your people in this position.  Why don't you meet with your
13 people.  If you have these issues, why don't you direct them
14 to Herschel face to face.  That was that whole deal and I
15 get it.  I did not go in and blow up a meeting with David
16 Jackson.  Whether anybody wants to believe it or not, the
17 truth of the matter is Herschel, as I'm walking out of his
18 office on Monday -- first of all, I did not learn anything.
19 So there was no earth-shattering news to get to you.  I did
20 not even learn what my options were with respect to the
21 insurance other than (skip in audio).
22        MR. WALKER:  -- start at the low end.
23        MR. STAPLES:  If you wanted me to negotiate -- I don't
24 know what you wanted me to do.
25        MR. WALKER:  To be honest, I don't even know what I

1  If you want something better, I want you to do it because
2  that's what you do with a company.  I don't want to hold
3  anyone to a company.  If you have something better, do that.
4  I want you to do that.
5        MR. STAPLES:  I feel like I've done a hell of a job
6  this year.
7        MR. WALKER:  You've done a great job every year.
8  You've done a good job.  I think this year has been a tough
9  year.  I think that DSM -- Gary Collins.  Whatever that Gary
10 guy's name is.  Gary Brown and Randy Sanders and DSM, I
11 think it tainted our relationship and what we were focusing
12 on.
13        MR. STAPLES:  It definitely did.
14        MR. WALKER:  I think that tainted our relationship.
15        MR. STAPLES:  Whatever that is.  I don't know.  If
16 that's my decision, Herschel, then I own that.  I do
17 consider you to be a friend and a good man, and what you
18 stand for and all that is legitimate.  That's not made up.
19        MR. EISENMAN:  And you have a lot of institutional
20 knowledge.  You're the one who knows everything about what's
21 been going on.  There is no one else in the company that
22 knows --
23        MR. STAPLES:  This year was a good year, and I was
24 going to ask for a 5 percent.  So it is not even halfway
25 between my ask and your ask, but a 5 percent over what I

1 made this past year is two fifty-two. Would you consider
2 that one-year deal to do my job and make it a hell of a year
3 for you? You pay half of my --
4     MR. EISENMAN: In essence, the last was two forty plus
5 half of the Cobra up to $1,000.
6     MR. STAPLES: Right.
7     MR. STAPLES: That's --
8     MR. STAPLES: What I am asking him for is 5 percent.
9 This is taking Kim out. Last year, I made two forty. You
10 paid all of my benefits. There's a 5-percent match on the
11 Simmons benefit program that I'm losing on the 401(k). Do
12 you want to put some more teeth in the deal? Will you
13 consider that, Herschel?
14     MR. WALKER: 2018? What is this? 2018?
15     MR. STAPLES: 2018.
16     MR. WALKER: Wait. Two thousand who?
17     MR. STAPLES: This is 2018. So, 2017.
18     MR. WALKER: So you're talking about during the
19 consultant time. it would become a good year?
20     MR. STAPLES: I'm talking about I felt like we finished
21 a good year.
22     MR. WALKER: Oh, this year.
23     MR. STAPLES: I feel like not knowing this was going
24 on, I was going to ask -- I was ready to talk to you about
25 DSM, but I was not ready to take that much of a hit. I'd

1 rather a two-year deal, but would you meet me between my
2 asking of two seventy-five and two forty? Would you meet me
3 at two fifty-two? That's 5 percent above what I earned in
4 2017.
5     MR. EISENMAN: But when you throw in Cobra, you're
6 probably going to be close to two fifty-two.
7     MR. STAPLES: Ron, I had my insurance pay for me
8 wholeheartedly this year.
9     MR. EISENMAN: I understand.
10     MR. STAPLES: I have benefits. So if this is about me,
11 I performed well in 2017.
12     MR. WALKER: Now, what are we going to close in at the
13 end of the year?
14     MR. STAPLES: About 2.75 million in profit is my
15 estimation.
16     MR. WALKER: Well, not profit. See, I think, that may
17 have slurred a lot of the things is profit. It's pounds.
18 What are we closing in at pounds this year?
19     MR. STAPLES: Pounds are --
20     MR. WALKER: And CatMan is closing in at what? 14
21 million pounds?
22     MR. STAPLES: In 11 months, the pounds are 17.3
23 million.
24     MR. WALKER: That's overall?
25     MR. STAPLES: That's a total.

1     MR. WALKER: What is the CatMan?
2     MR. STAPLES: CatMan is going to be around 14 in total.
3 So at the end of the year, you are going to be around 19 and
4 a half. Depending on what December is. CatMan is going to
5 be 14 of that. If you want to put a few more teeth in it
6 and if you would consider that, Herschel, I would appreciate
7 it.
8     MR. WALKER: Two fifty?
9     MR. STAPLES: Two fifty-two. That's a 5-percent
10 increase over two, four.
11     MR. WALKER: And you paid the whole Cobra?
12     MR. STAPLES: Well, that takes away -- right now, I'm
13 not paying anything for Cobra. I'm not paying anything. I
14 guess what I'm asking for -- I don't feel like I should take
15 a haircut. I don't feel like I should --
16     MR. EISENMAN: At the end of the day, we don't even
17 know how much the work is going to require, if it's going to
18 be a full-time basis or part-time basis. We have no way of
19 saying. Maybe almost full-time at the beginning and then
20 dwindle down. We don't know. We don't know. I know you
21 want a lot down, but Herschel doesn't know what is going to
22 be involved.
23     MR. WALKER: What it entails. What are you entailing
24 to do?
25     MR. STAPLES: I will do whatever.

1     MR. EISENMAN: If you get another job, I mean, then
2 Herschel is paying you --
3     MR. STAPLES: What other type of job am I getting?
4     MR. EISENMAN: I have no idea. I have no idea.
5     MR. WALKER: That's a football contract you just wrote
6 up.
7     MR. STAPLES: How about this, Herschel, how about I ask
8 for two seventy-five. You came back with two forty and half
9 of Cobra. Why don't you meet me halfway and that's all in.
10 I pay for Cobra.
11     MR. STAPLES: At two fifty?
12     MR. STAPLES: Whatever halfway between -- that would be
13 two fifty-seven five. I'm all in.
14     MR. WALKER: Two fifty-seven five?
15     MR. EISENMAN: Well, we started at two and now we are
16 at two seventy-five. So two forty --
17     MR. STAPLES: You were willing to pay me a thousand
18 dollars plus two forty. That is two fifty-two. I'm asking
19 for another three, four, five hundred dollars.
20     MR. STAPLES: We started at two. You had two
21 seventy-five. So half of that would be two thirty-seven.
22 We've already gone above that because it is two forty plus
23 --
24     MR. STAPLES: Ron, I started at what I was earning.
25 I'm earning two forty. That's what I'm earning. You don't

1  want to add the two together. That's what I'm earning. If
2  you want to throw the Cobra thing out, that's two fifty-two
3  up to a thousand dollars, right? Would you agree with that?
4  How about two fifty-five, and we're all in, and I have no
5  idea what Cobra costs. What insurance costs. We don't have
6  any other insurance, but if you are willing to go two
7  fifty-five all in --
8       MR. WALKER: I will tell you what, be a consultant and
9  whatever we need you to do, and we will do it -- I don't
10 know how we will pay it, but you can't say anything bad
11 about Renaissance Man.
12      MR. STAPLES: I'm not going to say anything bad about
13 it.
14      MR. WALKER: Help us within whatever we are going to
15 ask. I will go for two fifty-five, Ron. What do you think?
16 We will go with two fifty-five, and he is going to help us
17 with whatever we are going to need for the year. So it will
18 be -- what is the date? December 27th until December 2018
19 -- December 27th, 2018. I don't know what that entails, and
20 I have not even thought about this here. I have not even
21 put that in my head yet about all of what it is going to
22 entail.
23      MR. EISENMAN: He's probably already getting paid from
24 Simmons. I don't know how they would work that so I don't
25 know if you are willing to --

1       MR. STAPLES: They pay you after you earn the money.
2  So you tell them my last day is January 31st and then --
3       MR. WALKER: And then we will give you the two
4  fifty-five at the end --
5       MR. EISENMAN: There will probably be 1/2 until 12/31,
6  I would think.
7       MR. WALKER: 1/1 until 12/31. That's fine. However
8  you want to do the date.
9       MR. EISENMAN: Or we can do 12/27 until 12/27.
10      MR. WALKER: That's fine. However you want to do it.
11 How will you pay? Bi-weekly? How will you pay that? How
12 does he get paid?
13      MR. EISENMAN: This would come from Renaissance Man.
14 So it would be monthly.
15      MR. WALKER: Monthly.
16      MR. EISENMAN: It would be a monthly thing. So you
17 would get a check from Simmons for December and then the end
18 of January --
19      MR. WALKER: Why can't you do it like we do, two week?
20 You get paid every two weeks, don't you? Why can't we do it
21 like that? I'm asking you. I don't know.
22      MR. EISENMAN: You can do whatever you want.
23      MR. STAPLES: I currently get paid every two weeks --
24 no, I get paid every week.
25      MR. EISENMAN: Through Simmons.

1       MR. WALKER: You can do every two weeks, quarterly, or
2  every month or however.
3       MR. EISENMAN: You can't do quarterly.
4       MR. WALKER: Okay. We can't do quarterly, okay.
5  However you would like to get paid. Every two weeks?
6       MR. STAPLES: I would like to ask my accountant because
7  I don't know what the answer to that is.
8       MR. WALKER: You might want to talk to us about that.
9       MR. EISENMAN: If we do every week, that becomes very
10 burdensome. You probably want to do, like I get it, the
11 15th and the 30th or something.
12      MR. STAPLES: Typically, you do it after the work. So
13 it's either every two weeks or every month. I made one at
14 the end of every month. They'll get it to me by the end of
15 the month, if that's okay?
16      MR. WALKER: We can do that.
17      MR. STAPLES: So, Blair keeps her role.
18      MR. WALKER: Now, one of the things --
19      MR. STAPLES: She has to perform. I understand that,
20 but if she's not performing then this --
21      MR. WALKER: And you can sign DSM over to Julie?
22      MR. EISENMAN: You're going to have brokers on there.
23 It's just going to be the name on the Sysco because Julie
24 will own. It's just the Sysco brokers. I assume most of
25 the money is going to go to the brokers.

1       MR. WALKER: The broker. The brokerage account.
2       MR. EISENMAN: Right.
3       MR. WALKER: And we pay the employees.
4       MR. EISENMAN: Instead of telling Sysco and Simmons
5  that they get five different brokers. There is one broker
6  which I'm assuming isn't anything other than DSM. I assume
7  you're going to want John's participation in that.
8       MR. WALKER: Yes. However, I was talking about
9  setting that up. We need to talk about that. So what about
10 that? What did we just agree on? Two fifty-two?
11      MR. STAPLES: Two fifty-five. Two fifty-five. All in.
12      MR. WALKER: All in. Two fifty-five. All right. All
13 in two fifty-five.
14      John, this is hard. This has been so hard because you
15 know this business way better that I do and stuff and that's
16 what's so difficult for me.
17      MR. STAPLES: I mean, I understand what you're saying,
18 but it does not have to be difficult. We can move forward,
19 and we can get back to -- it has been a stressful year. I
20 made some mistakes.
21      MR. WALKER: Yeah, I made a bunch.
22      MR. STAPLES: I suspect if we have success this year,
23 you will want me next year, and quite frankly, part of the
24 relief for me is that everybody on both payrolls is either a
25 friend of mine or family. They have kind of grown

1   accustomed -- they need new leadership. When I sent you the

2   strengths and weaknesses of everybody, I mean, I do not have

3   the patience to train. I need you to see for yourself what

4   everybody's strengths and weaknesses are. I certainly, once

5   we get beyond that, have some ideas as to what I would do.

6        MR. WALKER: And that is one of the things because like

7   I said, I am thinking about hiring a business guy that is

8   going to do that. That can overlook everybody and see what

9   they are wanting to do, but I do not want to give them jobs

10   that they are not accustomed to doing. That's why I say

11   what are their strengths and weaknesses and put them where

12   they can succeed at. That is where I want to put them, is

13   where they can succeed.

14        MR. STAPLES: Part of the problem is that they are

15   accustomed to working for big corporations and it's hard,

16   and for me, it took me a couple of years to realize that I'm

17   not working for a big corporation. With big corporations,

18   there is always somebody to do the little things. You don't

19   have to worry about the little things. In this company,

20   just like I tell Blaine, and I am repetitive, you know, if

21   you are not looking at it, it's not being looked at. If

22   you're not auditing the billback, they are going to be

23   inspecting, and part of my frustration is I find mistakes

24   month after month after month, and it's obvious that people

25   aren't --

1        MR. WALKER: As concerned.

2        MR. STAPLES: Well, I don't know if they're not

3   concerned. It's just that in Clint's case I don't know that

4   after all this year -- I mean, Clint is an HR guy. Clint is

5   a Clients HR guy. He's a great relationship. Everybody

6   likes him. He's good to have out in front. You know,

7   customers like him, but in terms of analyzing the billbacks,

8   that is not Clint.

9        MR. WALKER: Right.

10        MR. STAPLES: Blaine should be able to -- Blaine

11   understands the industry to a certain extent. He is not a

12   numbers guy. He does not understand how to make money. He

13   doesn't understand all the different hands in the pot.

14   Blaine is good with products. He is good at understanding

15   especially pork. He spent a lot of time in the pork

16   business, but Blaine needs daily motivation. Blaine does

17   not want to travel. When he does travel, he likes to travel

18   the morning of and fly home the night of. You know, his

19   wife has health issues. Blaine has health issues. I

20   understand that, but to your point -- you know, I've been

21   struggling with that for two years, that Blaine is not, in

22   fairness to you, you need a go-getter as your

23   (indiscernible). You need somebody that's willing to and

24   able to travel all week if necessary. You need somebody

25   looking for different avenues. I have always felt like my

1   job was to set it up, which I've set up a number of things

2   for a number of people whether it's because they are not

3   motivated to do it or they do not know how to do it. We

4   haven't hit a lot of -- we don't have a lot of hits unless I

5   hit. I don't mean that -- it's like it's hard for me to

6   talk about people, but I think we have good people. I think

7   I just sent an email to you, Herschel. We all have good

8   character. We all have good people. They are all good

9   people.

10        MR. WALKER: Right.

11        MR. STAPLES: But for various reasons, you do not have

12   a lot to show for it other than what I've negotiated. Can

13   somebody else manage them better, lead them better? I don't

14   know. I guess we will see.

15        MR. WALKER: Who would be the most difficult person to

16   manage, you feel?

17        MR. STAPLES: It will probably be Blaine because he so

18   set in his ways. Blaine is a lot like Peyton (phonetic) in

19   that they both know the industry a lot. They know the

20   industry a lot. They know people and people like them. The

21   difference between Blaine and Peyton is, Peyton is willing

22   to drive every day of the week. He likes traveling. He

23   doesn't have children. He's able to get out and hobnob and

24   do all of that. Blaine is not that way. He does not like

25   to hobnob. He's not as good with the customers, but Blaine

1   understands the industry, but it's been difficult to

2   motivate Blaine to go out and create something.

3        Herschel, I believe I was told a long time ago, you

4   make yourself indispensable, and I appreciate that we have a

5   friendship-thing of that nature, but I also think I've made

6   myself somewhat indispensable. I think Ren Man needs me in

7   some role moving forward. Regardless of who you have at Ren

8   Man. I don't know if anybody else has made themselves

9   indispensable.

10        Christopher is hard to manage. I like Christopher. He

11   is responsive. I have not been able to train Christopher,

12   but it's like the sales meeting we had in Florida that year,

13   Christopher was late every day. It's not that I did not

14   speak to him. I spoke to him every night. Chris, you can't

15   be late tomorrow. The next day he was late. He skipped the

16   first dinner. I didn't think he was asleep anymore. I woke

17   him up. Christopher, it's a team event. You need to be

18   here. So he came late. I will be glad to share that with

19   about any of our people. You definitely need -- Blaine is

20   comfortable. He doesn't like managing others. He doesn't

21   like having difficult conversations with others. Okay,

22   well, in that role you have to have difficult conversations.

23   I appreciate the fact that, you know, you said this is

24   difficult for you. Whatever this is. It's a different

25   arrangement, and I appreciate the opportunity. I think we

1  can make this work. I suspect if we have a successful year
2  we will make something work next year.
3      MR. EISENMAN: It also depends on -- we have no way of
4  knowing what's going to happen with Robert or if someone
5  else is going to approach you, and you will want to deal
6  with them. We just have no way of knowing. We have no way
7  of knowing that this could start, and you could be working
8  essentially full time at the start. I guess I'll have to
9  pick some kind of something to put in as guidelines for
10  hours, but that doesn't mean that --
11      MR. WALKER: No, you don't because then we have John
12  Chico (phonetic) right now.
13      MR. STAPLES: I don't care how you do it. It's still a
14  trusting thing.
15      MR. WALKER: No, it is.
16      MR. STAPLES: You have to trust me, guys. It's a
17  different arrangement, but if I look you in the eye and say,
18  you know, I'm committed, and the other side of that is, if
19  I'm not, then you have me for a year, and I'm not real
20  smart, but it is not in my DNA that if we have an
21  arrangement, even if I have something else, it's not in my
22  DNA not to give you what you need.
23      MR. EISENMAN: So, basically, it's a one-year, two
24  fifty-five all in. We will have the usual nondisparagement.
25  No "this is your exclusive protein." Kim will turn over DSM

1  to Julie.
2      MR. STAPLES: You have to put some teeth in the
3  protein, in that, if it's not something that you currently
4  carry, I would like there to be some kind of consideration.
5  We can talk about that, if somebody is selling entrée
6  noodles, ground beef or something I don't know. I don't
7  even know who that would be.
8      MR. EISENMAN: So you can't sell any or no product that
9  competes with Renaissance Man. No creating anything from
10  DSM or Renaissance Man. Kim and Julie will settle out 2017
11  on DSM. Whatever the final profit is, they'll split per the
12  agreement, and again, Kim will not work for DSM after that.
13  Blair will continue but obviously has to do the work with
14  full commitment. Whoever is running DSM has to -- if she
15  does her job fine. No reason to make a change.
16      MR. WALKER: But DSM wants to send Gary Collins that
17  30-day thing. It is a Gary Collins?
18      MR. EISENMAN: Gary Collins is in California.
19      MR. WALKER: CPR. So, I want to send in his
20  (indiscernible). So we will figure out when we want to do
21  that. But DSM has sent -- I don't send it through.
22      MR. EISENMAN: Gary Collins deals with the DSM, I
23  assume, or is it Renaissance Man?
24      MR. STAPLES: No, it's with DSM. I mean, I would
25  recommend to Julie that she send him his 30-day termination

1  notification.
2      MR. EISENMAN: And the others just stay as-is.
3      MR. WALKER: Just move to another position.
4      MR. EISENMAN: Blaine is Renaissance Man. Clinton is,
5  technically, Simmons. So there is no change there. Blaine
6  is Renaissance Man. I guess that's no change. Robert is
7  trying DSM, so that's a change, and Christopher is DSM. So
8  that's a no change. At this point I don't know --
9      MR. WALKER: Everything stays as it is right now.
10      MR. EISENMAN: Obviously, you know that if Robert ever
11  does setup anything, Christopher will leave. Who knows what
12  Christopher's story is. Who knows if he's any good.
13      MR. WALKER: I mentioned to you I offered Robert, and I
14  don't think he heard it and stuff, but he if you were
15  (indiscernible), that's when I felt that Robert may not be
16  serious and stuff.
17      MR. EISENMAN: What?
18      MR. WALKER: I said, Robert and he was talking so fast.
19  You keep saying you prefer to have something, if you go to
20  Tyson because Tyson lost that Hispanic minority arm and let
21  Renaissance Man become that minority arm for Tyson, I will
22  offer Christopher a small percentage of Renaissance Man. He
23  blew right by it. So I said he couldn't be too serious
24  about Christopher because if Christopher wanted to make any
25  money, he can make it right there quick as anything. I

1  said, well, he blew right by it and went back to the
2  brokerage thing, and I was like, well, that's kind of funny
3  there now because all you have to do since he is on the
4  board at Tyson is talk to Tyson about Renaissance Man being
5  their minority arm.
6      MR. EISENMAN: So, if you want to do today, you have to
7  let Simmons know when the final day is so they can do it.
8      MR. WALKER: Let Simmons know what?
9      MR. STAPLES: (Indiscernible) you can do it December
10  31st.
11      MR. WALKER: Okay. So, December 31st. I'll call David
12  Jackson, and he doesn't answer the phone because he don't
13  want to be told a lot of the stuff.
14      MR. STAPLES: Can we say five months? So twenty-four
15  by the 15th and whatever the last day of the month is. So
16  that's ten, two, six, two, five, every two weeks. Not every
17  two weeks --
18      MR. EISENMAN: Twice a month. Would it be 24? Who is
19  going to be doing it? Who's going to write checks?
20      MR. WALKER: We can get Carol to write it if you can
21  just put it in --
22      MR. EISENMAN: Taxes don't come out because he will be
23  a consultant. He'll just be a flat amount.
24      MR. WALKER: Flat amount.
25      MR. EISENMAN: John will pay his own -- because it will

1    be a 1099.

2        MR. STAPLES:  Would that come from Simmons?

3        MR. WALKER:  It will probably come from Carol.

4        MR. EISENMAN:  Renaissance Man.

5        MR. WALKER:  Come from Renaissance Man.

6        MR. STAPLES:  Does she do direct deposit?

7        MR. WALKER:  She could do direct deposit if you get her

8    all the info.  But then if she is going to do direct

9    deposit, why don't we get Carmen to do direct deposit.

10       MR. STAPLES:  Yes, Carmen can do it easy.

11       MR. WALKER:  Yes, we can get Carmen to do it, and then

12   you won't have to send it to -- it may have to come from

13   Carol.  It has to come from Carol.  So Carol has to do

14   direct deposit.

15       MR. EISENMAN:  It's coming out of Renaissance Man, so.

16       MR. WALKER:  Yes.  So, Carol has to do it.

17       MR. EISENMAN:  It is not coming out of Simmons.

18       MR. WALKER:  It's not coming out of Simmons.  It's

19   coming out of Renaissance Man, so Carol will have to do it.

20   Okay.

21       MR. EISENMAN:  You can treat it as an expense of

22   Renaissance Man.

23       MR. WALKER:  Right.

24       MR. STAPLES:  Yeah, we can do that.  Just set it up

25   with Katie and direct deposit it every two weeks or twice a

1    month?

2        MR. WALKER:  Yes.  What we could do is --

3        MR. STAPLES:  She will bill it back to Renaissance Man.

4        MR. EISENMAN:  The first thing we have to make sure

5    that Simmons understands that this is a shared expense and

6    not coming out of your pocket.

7        MR. WALKER:  Yes.

8        MR. EISENMAN:  If we are going to have a fight with

9    them, then that would mean back here redoing this.

10       MR. STAPLES:  That's why we might want to -- I mean, I

11   would prefer we just direct deposit it because Simmons is

12   doing that now.  So they have the bank and it's just a lot

13   easier.

14       MR. EISENMAN:  We could be back discussing this if

15   Simmons puts up an issue of this being a shared expense of

16   Renaissance Man and trying to take this to Herschel, then we

17   are going to be back and this is going to be a problem.  So

18   I just want you to know that.

19       MR. WALKER:  I have to call Brooke (phonetic).

20       MR. EISENMAN:  And I will see whatever forms they need.

21   They may need a W9.

22       MR. WALKER:  Okay.  We can do that.

23       MR. EISENMAN:  So we just need to make sure that they

24   understand that this is a Renaissance Man expense and not a

25   Herschel expense.

1        MR. WALKER:  No, I can tell David Jackson.  He will

2    know that (indiscernible) normally don't know.

3        MR. STAPLES:  So, you will send me something, Ron?

4        MR. EISENMAN:  I will.  I will send you something in

5    the next day or so.

6        MR. WALKER:  All right.  John, thank you so much and

7    sorry about all this, but it may be better than you think.

8        MR. STAPLES:  It's a change.  I appreciate the

9    opportunity.  Let's move forward.  I appreciate Blair -- I

10   think Blair, under the right direction, I think she will be

11   an outstanding salesperson.  Blair needs to learn to go on

12   her own.  She's got to get her an opportunity.  I appreciate

13   that.

14       MR. WALKER:  Wait a minute.  How do you sign that DSM

15   thing over?

16       MR. EISENMAN:  I'll just have to assign Kim's units to

17   Julie, and it will be effective January 1st on that or

18   displaying that.  Whatever is still in there as of 12/31

19   will get displayed.

20       MR. STAPLES:  Okay.

21       MR. STAPLES:  I know I get paid one more December

22   commission.  And they will write the books up?  Do you want

23   the CPA who did the books last year to do the books this

24   year?  Kim is going to need their information.

25       MR. EISENMAN:  That might make the most sense.

1        MR. STAPLES:  And we might want to use the same payroll

2    company, but that's up to you.

3        MR. EISENMAN:  They'll just have to get that

4    information to Julie, and she will reach out to them.

5        MR. WALKER:  Yeah.

6        MR. STAPLES:  You want to know anything about these

7    guys before they show up?

8        MR. WALKER:  No.  What I'm going to ask --

9        MR. EISENMAN:  It's almost 3 o'clock.  Are they coming

10   today?

11       MR. WALKER:  Yeah.  They are supposed to be here.  Are

12   they here?  They are supposed to be here.

13       MR. STAPLES:  You told me to text at 3:30.

14       MR. WALKER:  I said 3:30?  So they ought to be here at

15   3:30 then.

16       MR. EISENMAN:  Okay.

17       MR. WALKER:  Because what I'm thinking about doing with

18   the brokers is not just doing CatMan.  I am going to do

19   everything, but then they have to do everything.  Now, they

20   have to go out and sell, and normally, a broker for existing

21   businesses get anywhere from 3.5 to 4 percent.  Is that

22   right?

23       MR. STAPLES:  No.

24       MR. WALKER:  What do they get for existing business?

25       MR. STAPLES:  For cent or cents.

1  MR. WALKER: No. For existing business, what do you
2  give them per --
3  MR. STAPLES: Total brokerage is anywhere from -- like,
4  Tyson pays 2 percent.
5  MR. WALKER: 2 percent on total brokerage. But I'm
6  saying on existing business -- if you bring in a new broker?
7  MR. STAPLES: The average for the process chicken is
8  right around $3 a pound. So basically, Tyson would pay $.06
9  a pound.
10  MR. WALKER: Right. $.06 a pound. Now, I am saying 2
11  percent. I don't mean 2 percent.
12  MR. STAPLES: You mean cents.
13  MR. WALKER: Cents. Right. I'm saying cents per pound
14  for existing business. Does Tyson not pay if you have an
15  existing business on a broker?
16  MR. STAPLES: Tyson doesn't separate it, but that does
17  not mean that's what you have to do.
18  MR. WALKER: Yeah, because that's what I was thinking
19  about is separating it --
20  MR. STAPLES: So, I would give them a base. You get
21  paid $.03 a pound on the first 15 million pounds at
22  year-end. If the business has grown, we will pay you $.05 a
23  pound on the gross pound.
24  MR. WALKER: On the gross?
25  MR. STAPLES: Right.

1  MR. WALKER: That's what I was thinking.
2  MR. STAPLES: Then we will pay you $.05 a pound on
3  everything else.
4  MR. WALKER: Right. On the gross pound and everything
5  else you --
6  MR. STAPLES: So, you have to exclude the food by --
7  MR. WALKER: Right. Management.
8  MR. STAPLES: You have to exclude that because you did
9  not do anything for that.
10  MR. WALKER: For the contract management business.
11  MR. STAPLES: That's right.
12  MR. WALKER: And Ron said 2 percent. It's 2 percent.
13  MR. STAPLES: There's a lot of math that goes into
14  that, you know, after the fact because you don't know what
15  your contract management business is until the contract
16  management sends you the bill. So they don't get the
17  contract. You see what I'm saying?
18  MR. WALKER: Right.
19  MR. STAPLES: There is math in that. In other words,
20  we will pay you $.03 a pound on the 15 million pounds from
21  pound one, and that's pretty much the standard because the
22  other business you have is significantly contract
23  management. So we'll pay you $.15 a pound or we will pay
24  you $.03 a pound on the Con (indiscernible) business. So
25  how much is that? Well, that's $450,000 because it's about

1  15 hundred pounds. That is what you get from us, and
2  because what I was going to recommend, Herschel, is for
3  $450,000, you might want to consider Christopher, Barbara,
4  Blair, because collectively they do not pay $450,000. This
5  happens all the time in business. You tell a broker you
6  have to employ those three people. Okay, to employ those
7  three people, you have Blair that is making $48,000. You
8  have Christopher who is making 65. So that's 50. That's
9  150. That's 115 if Blair is making 55. That's 170 and their
10  benefits are not going to be 25 percent because Barbara does
11  not need benefits, so. You know, you are talking about
12  $225,000. You take these three people. I am going to pay
13  you 450 for doing nothing. You're only going to have an
14  expense of 225. That is what I was going to recommend
15  because that not only helps you, Herschel, it helps those
16  three individuals. Barbara needs to be working representing
17  more than Ren Man. Christopher needs to be developed.
18  Blair needs to be developed.
19  If my consulting started today, I would strongly
20  consider, and I know that they would be willing to consider
21  that. John Goodman's group would be willing to consider
22  that. Look, I'm going to give you $450,000. It's actually
23  going to be much more than that because they will grow the
24  business. So you're probably talking about 600-, $700,000.
25  So y'all would be willing to take these three people, that

1  washes your hands of those people.
2  MR. EISENMAN: Are those folks national?
3  MR. WALKER: No.
4  MR. STAPLES: John Goodman's group is -- now, they have
5  a national arm through a third party. In other words, this
6  is a regional broker. They call it "sales one." These
7  regional brokers recognize that I have to have national
8  coverage so they form alliances. So this alliance is a
9  sales one alliance.
10  The other consulting I would give you, Herschel, is
11  that I understand what you mean about feet on the ground,
12  but feet on the ground gets very expensive. You don't need
13  feet on the ground to be doing anything other than attending
14  food shows of which they all attend every month because they
15  represent 25 other manufacturers. So they are going to have
16  a booth. John Goodman's company is. This company most
17  likely will be. You also don't need employees in all these
18  markets, and I talked to Jeff Pierce (phonetic) about this
19  on Friday. He called me on Friday. He says he doesn't get
20  any complaints about DSM and their responsiveness. They are
21  very responsive. The concern is, okay, I need somebody to
22  take this sample to this operator in Seattle, Washington.
23  Well, the dilemma we have with DSM is we don't want to fly
24  somebody up there to deliver but either of these brokers.
25  If you want a sample taken to that restaurant, they take the

1  sample because they are going into the restaurant already
2  because they represent 20 other manufacturers.
3      I would strongly -- I get it about when Robert kept
4  talking about John Goodman and all this stuff, and I'm like,
5  well, if he don't want to be with us, I can't -- you know,
6  this is just. He can't meet with us until January. So it
7  really is not at the top of his list. But he could do it
8  and there are other brokers that could do it. What these
9  guys are going to have to convince you of is, okay, I get it
10 that you got it covered in the sound booth. They got it
11 covered in the southeast, but what I will ask them a lot of
12 questions about -- and I will do it if you want me to -- is
13 tell me how this sales one thing works because I would
14 strongly consider whoever you hire, they need to take
15 Barbara and Blair and Christopher. Barbara needs to be
16 working for a bigger organization. One that represents --
17 because Barbara is fantastic in front of customers, but
18 Barbara needs to be developed. Renaissance Man may want to
19 Barbara. I'm not saying that. Barbara does not need to be
20 at DSM. She either needs to go to big broker or Renaissance
21 Man needs to figure out a way to put her in front of your
22 big-time customers. Barbara could help you and Sysco and
23 (indiscernible). She could help you in contract, but
24 Barbara needs to be developed and led. Blair is a
25 salesperson. Blair wants to travel. Blair likes making

1  cold calls. Blair likes talking. Blair knows people at
2  Walmart that could help. Again, Christopher is used to
3  setting up the food shows, attending the food shows. He's a
4  hard-worker in that he'll do the dirty work. He was a
5  trained -- he's not lazy but he is not -- like I mentioned
6  to you, if you want to become a leader, Christopher, you
7  have to set an example. He currently does not set an
8  example. I don't know what else you guys want.
9      MR. WALKER: Thank you.
10     MR. STAPLES: So you will try to reach out to Simmons
11 and see if they can make the direct deposit in the same
12 account that they've been making. Because it's an Arkansas
13 account that I will keep if they would just pay me and not
14 withhold anything. It's all in, and Herschel, I will shake
15 your hand and let the rest go.
16     MR. WALKER: You are still family to me. You are still
17 family to me.
18     MR. STAPLES: I will get two more autographs off of
19 you. I do appreciate it. I'm not selling them.
20     (Whereupon the audio concluded)

1              C E R T I F I C A T E
2
   STATE OF GEORGIA
3
   COUNTY OF DEKALB
4
5
6      I, LATASHA BETHEL, HEREBY CERTIFY THAT THE FOREGOING
7  TRANSCRIPT WAS TRANSCRIBED BY ME AS STATED IN THE CAPTION, AND
8  THE COLLOQUIES, QUESTIONS AND ANSWERS WERE REDUCED TO PRINT BY
9  ME; THAT THE FOREGOING PAGES REPRESENT A TRUE, COMPLETE RECORD OF
10 THE AUDIO GIVEN TO ME BY MR. WALKER; THAT IN ACCORDANCE WITH
11 O.C.G.A 9-11-28(a), I AM NOT A RELATIVE, EMPLOYEE, ATTORNEY, OR
12 COUNSEL OF ANY PARTY, I WAS NOT PRESENT WHEN SAID ACTION OCCURED;
13 NOR AM I FINANCIALLY INTERESTED IN THE ACTION AND HAVE
14 TRANSCRIBED THE AUDIO TO THE BEST OF MY SKILL AND ABILITY.
15     THE ABOVE CERTIFICATION IS EXPRESSLY WITHDRAWN AND DENIED
16 UPON THE DISASSEMBLY AND/OR PHOTOCOPYING OF THE FOREGOING
17 TRANSCRIPT OR ANY PART THEREOF, UNLESS SAID DISASSEMBLY AND/OR
18 PHOTOCOPYING IS DONE UNDER THE AUSPICES OF THE UNDERSIGNED AND
19 THE SIGNATURE AND ORIGINAL SEAL ATTACHED
20 THERETO.
21     THIS, THE 16TH DAY OF FEBRUARY, 2018
22
23
24 _____
   Latasha D. Bethel
   Certified Court Reporter, 2660
25

**- 1 -**

**1,500** [1] 18:3
**1,000** [1] 25:5
**1099** [1] 41:1
**15th** [2] 31:11; 40:15
**16TH** [1] 51:21
**17.3** [1] 26:22

**- 2 -**

**2.75** [1] 26:14
**2017** [4] 25:17; 26:4, 11; 38:10
**2018** [8] 1:9; 25:14, 15, 17; 29:18, 19; 51:21
**225,000** [1] 47:12
**2660** [2] 1:20; 51:25
**27th** [3] 1:9; 29:18, 19

**- 3 -**

**30-day** [2] 38:17, 25
**30th** [1] 31:11
**31st** [3] 30:2; 40:10, 11
**325,000** [1] 9:3

**- 4 -**

**450,000** [4] 46:25; 47:3, 4, 22
**48,000** [1] 47:7

**- 5 -**

**5-percent** [2] 25:10; 27:9

**- 7 -**

**700,000** [1] 47:24
**771-8454** [1] 1:22

**- 8 -**

**85,000** [2] 9:7, 9

**- 9 -**

**9-11-28** [1] 51:11

**- A -**

**ABILITY** [1] 51:14
**able** [4] 34:10, 24; 35:23; 36:11
**About** [1] 26:14
**about** [69] 2:1, 18, 22, 25; 3:18; 4:21; 5:12; 6:4, 5, 8, 10; 7:19; 8:9; 9:17, 25; 10:4; 12:1, 24; 13:6, 7, 23; 14:4, 19; 15:7; 18:15, 20; 19:1; 20:12, 13; 21:21; 22:11; 23:10, 15; 24:20; 25:18, 20, 24; 26:10; 28:7; 29:4, 11, 12, 20, 21; 31:8; 32:8, 9; 33:7, 19; 35:6; 36:19; 38:5; 39:24; 40:4; 43:7; 44:6, 17; 45:19; 46:25; 47:11, 24; 48:11, 18, 20; 49:3, 4, 12
**ABOVE** [1] 51:15
**above** [2] 26:3; 28:22
**ACCORDANCE** [1] 51:10
**account** [5] 17:21, 22; 32:1; 50:12, 13
**accountant** [1] 31:6
**accustomed** [3] 33:1, 10, 15
**across** [3] 14:23; 15:6, 20
**ACTION** [2] 51:12, 13
**actually** [1] 47:22
**advice** [1] 4:2
**advocate** [1] 5:7
**after** [9] 11:21; 15:22; 30:1; 31:12; 33:24; 34:4; 38:12; 46:14
**Again** [1] 50:2
**again** [3] 4:18; 11:4; 38:12
**against** [1] 17:8
**aggravates** [1] 16:22
**agonized** [1] 2:3
**agree** [4] 4:1, 7; 29:3; 32:10
**agreement** [1] 38:12
**ain't** [1] 13:21
**align** [1] 8:15
**alliance** [2] 48:8, 9
**alliances** [1] 48:8
**almost** [5] 7:16; 18:3; 19:1; 27:19; 44:9
**along** [1] 4:4
**already** [8] 8:13; 16:6, 8; 19:8; 28:22; 29:23; 49:1
**also** [4] 4:10; 36:5; 37:3; 48:17
**always** [9] 3:24, 25; 5:5, 23;
**18:2, 12; 33:18; 34:25
**amount** [4] 9:5, 22; 40:23, 24
**analyzing** [1] 34:7
**another** [9] 7:17, 18; 9:15; 23:21; 28:1, 19; 39:3
**answer** [2] 31:7; 40:12
**ANSWERS** [1] 51:8
**anybody** [8] 8:21; 12:12; 13:22; 14:10; 15:12, 25; 22:16; 36:8
**anymore** [2] 18:10; 36:16
**anyone** [2] 3:15; 24:3
**anything** [25] 2:2; 3:14, 15; 8:6, 7; 12:3; 13:22; 16:21; 18:20; 21:16, 17, 18; 22:18; 27:13; 29:10, 12; 32:6; 38:9; 39:11, 25; 44:6; 46:9; 48:13; 50:14
**anywhere** [2] 44:21; 45:3
**appreciate** [10] 12:10, 24; 27:6; 36:4, 23, 25; 43:8, 9, 12; 50:19
**approach** [1] 37:5
**aren't** [1] 33:25
**Arkansas** [1] 50:12
**around** [3] 27:2, 3; 45:8
**arrangement** [3] 36:25; 37:17, 21
**as-is** [1] 39:2

asked [5] 4:3; 5:22; 9:5, 25; 22:10

asking [9] 4:5; 6:4, 5; 22:7; 25:8; 26:2; 27:14; 28:18; 30:21

asleep [1] 36:16

assign [1] 43:16

assistance [1] 15:23

assume [3] 31:24; 32:6; 38:23

assuming [1] 32:6

assure [1] 15:9

ATTACHED [1] 51:19

attend [1] 48:14

attending [2] 48:13; 50:3

ATTORNEY [1] 51:11

AUDIO [3] 1:1; 51:10, 14

audio [4] 1:8; 8:20; 22:21; 50:20

auditing [1] 33:22

AUSPICES [1] 51:18

authority [1] 8:10

autographs [1] 50:18

available [1] 10:5

avenues [1] 34:25

average [1] 45:7

award [3] 8:13; 11:9; 14:8

away [4] 6:20; 10:20; 18:22; 27:12

- B -

back [16] 2:4, 6, 25; 3:21; 14:10; 15:18; 21:24; 23:21, 24; 28:8; 32:19; 40:1; 42:3, 9, 14, 17

Bake [1] 3:19

bank [1] 42:12

Barbara [13] 9:9; 15:24; 47:3, 10, 16; 49:15, 17, 18, 19, 22, 24

base [3] 11:9; 16:16; 45:20

basically [2] 37:23; 45:8

basis [2] 27:18

became [5] 4:10, 18, 20; 5:2; 8:18

Because [2] 44:17; 50:12

because [72] 2:6, 10; 3:1, 3; 4:21; 5:4; 6:1, 24; 7:3, 12, 17; 8:6, 7, 9; 9:24; 10:5, 8, 15; 11:4, 25; 12:12; 13:7; 15:9, 17; 16:7, 21; 17:23; 18:2, 9, 14, 15, 18; 19:3, 7, 10, 18; 20:5; 21:2, 13; 22:10; 23:18; 24:1; 28:22; 31:6, 23; 32:14; 33:6; 35:2, 17; 37:11; 39:20, 24; 40:3, 12, 22, 25; 42:11; 45:18; 46:8, 14, 21, 25; 47:2, 4, 10, 15, 23; 48:14; 49:1, 2, 13, 17

become [7] 8:17; 14:8, 9, 15; 25:19; 39:21; 50:6

becomes [1] 31:9

beef [1] 38:6

before [5] 11:20; 19:10; 20:19; 23:24; 44:7

beginning [2] 19:20; 27:19

behalf [1] 14:20

being [11] 4:23; 7:9; 8:7; 11:4; 17:12, 17; 23:6, 7; 33:21; 40:4; 42:15

believe [4] 6:9; 16:9; 22:16; 36:3

benefit [1] 25:11

benefits [4] 25:10; 26:10; 47:10, 11

beside [1] 21:10

BEST [1] 51:14

best [4] 5:15; 6:9, 11; 8:20

bethelreporting [1] 1:22

better [8] 6:3; 10:15; 24:1, 3; 32:15; 35:13; 43:7

between [4] 24:25; 26:1; 28:12; 35:21

beyond [1] 33:5

Bi-weekly [1] 30:11

big-time [1] 49:22

bigger [1] 49:16

biggest [1] 9:18

Bill [2] 10:3; 17:18

bill [4] 15:14, 15; 42:3; 46:16

billback [1] 33:22

billbacks [1] 34:7

bills [1] 9:1

Blaine [17] 33:20; 34:10, 14, 16, 19, 21; 35:17, 18, 21, 24, 25; 36:2, 19; 39:4, 5

Blair [20] 3:22; 4:12; 5:1; 10:1; 13:21; 31:17; 38:13; 43:9, 10, 11; 47:4, 7, 9, 18; 49:15, 24, 25; 50:1

blew [2] 39:23; 40:1

blow [1] 22:15

board [4] 8:4, 13; 11:14; 40:4

bodies [2] 17:20

books [6] 9:1; 11:3; 16:23; 43:22, 23

booth [2] 48:16; 49:10

both [4] 6:22; 17:3; 32:24; 35:19

bottom [2] 4:3; 12:13

brakes [1] 14:11

brief [1] 8:19

bring [1] 45:6

broker [18] 2:12; 6:19; 8:15; 10:3, 25; 16:1, 2, 4, 5; 32:1, 5; 44:20; 45:6, 15; 47:5; 48:6; 49:20

brokerage [9] 2:22; 14:8, 9, 13; 19:6; 32:1; 40:2; 45:3, 5

brokers [14] 6:17, 18; 8:12; 14:5; 19:2; 31:22, 24, 25; 32:5; 44:18; 48:7, 24; 49:8

Brooke [1] 42:19

Brooks [1] 10:5

brother [1] 9:21
brought [2] 20:16, 17
Brown [3] 10:4, 21; 24:10
bunch [4] 11:11; 17:4, 5; 32:21
burdensome [1] 31:10
business [24] 9:12, 19; 10:6; 15:12, 18; 16:16; 19:21; 20:3; 23:22; 32:15; 33:7; 34:16; 44:24; 45:1, 6, 14, 15, 22; 46:10, 15, 22, 24; 47:5, 24
businesses [1] 44:21
busy [1] 21:24
buyer [1] 18:7
buying [2] 15:3, 4

- C -

California [2] 20:11; 38:18
call [7] 11:21; 14:20; 18:1; 23:9; 40:11; 42:19; 48:6
called [6] 18:4; 20:12; 21:21, 22, 23; 48:19
calling [1] 16:6
calls [1] 50:1
can't [12] 12:12; 17:19; 21:12; 29:10; 30:19, 20; 31:3, 4; 36:14; 38:8; 49:5, 6
cancer [2] 4:7; 12:10
CAPTION [1] 51:7
care [3] 12:20; 14:1; 37:13

career [1] 9:19
Carmen [4] 22:11; 41:9, 10, 11
Carol [7] 40:20; 41:3, 13, 16, 19
carry [1] 38:4
case [1] 34:3
cases [1] 18:3
CatMan [9] 11:13; 14:7; 16:14, 15; 26:20; 27:1, 2, 4; 44:18
caused [2] 17:4, 5
causes [1] 22:1
cent [1] 44:25
center [1] 14:10
Cents [1] 45:13
cents [3] 44:25; 45:12, 13
certain [2] 23:9; 34:11
certainly [2] 5:7; 33:4
certainty [2] 6:9; 7:22
CERTIFICATION [1] 51:15
Certified [2] 1:21; 51:25
CERTIFY [1] 51:6
chain [1] 19:8
chance [1] 23:23
change [7] 2:8; 38:15; 39:5, 6, 7, 8; 43:8
changed [1] 18:10
changes [1] 14:14
character [1] 35:8
chasing [2] 16:18, 19
check [1] 30:17
checks [1] 40:19
chicken [3] 16:9; 19:15; 45:7
Chico [1] 37:12

children [1] 35:23
Chris [1] 36:14
Christopher [19] 5:13; 11:13; 15:24; 36:10, 11, 13, 17; 39:7, 11, 22, 24; 47:3, 8, 17; 49:15; 50:2, 6
Christopher's [1] 39:12
Cisco [1] 8:8
clearly [1] 7:9
Clients [1] 34:5
Clint [4] 8:13; 34:4, 8
Clint's [1] 34:3
Clinton [1] 39:4
close [2] 26:6, 12
closing [2] 26:18, 20
cloud [1] 16:19
Cobra [8] 25:5; 26:5; 27:11, 13; 28:9, 10; 29:2, 5
coexist [1] 2:17
cold [1] 50:1
collection [1] 4:8
collectively [5] 9:2, 4, 6; 47:4
Collins [14] 20:11, 12, 13; 21:2, 7, 10; 22:9; 24:9; 38:16, 17, 18, 22
COLLOQUIES [1] 51:8
Come [1] 41:5
come [12] 2:7, 13, 15, 25; 19:20; 30:13; 40:22; 41:2, 3, 12, 13
comes [3] 16:23; 20:25; 23:9
comfortable [1] 36:20

coming [15] 5:17, 18; 7:17, 18; 9:17, 22; 14:13; 16:20; 19:2; 41:15, 17, 18, 19; 42:6; 44:9
commission [1] 43:22
commitment [1] 38:14
committed [1] 37:18
communicate [1] 8:3
company [22] 4:15, 17; 5:1, 3, 19; 6:10; 9:10; 11:18; 13:3, 10; 18:16; 19:2, 8, 15; 21:4; 24:2, 3, 21; 33:19; 44:2; 48:16
compensation [1] 9:5
competes [1] 38:9
competition [2] 21:8, 9
complaining [1] 8:9
complaints [1] 48:20
COMPLETE [1] 51:9
complicated [1] 15:18
compliment [2] 9:19, 22
concern [1] 48:21
concerned [2] 34:1, 3
concerns [1] 5:6
concluded [1] 50:20
conference [1] 14:22
conflict [2] 10:9; 11:5

consider [9] 24:17; 25:1, 13; 27:6; 47:3, 20, 21; 49:14
consideration [1] 38:4
consultant [12] 2:20; 7:9, 11; 9:15; 12:20; 13:5; 18:23; 23:6, 7; 25:19; 29:8; 40:23
consulting [3] 13:25; 47:19; 48:10
continue [2] 6:12; 38:13
contract [7] 28:5; 46:10, 15, 17, 22; 49:23
conversations [3] 3:16; 36:21, 22
convince [1] 49:9
Core [2] 19:12, 18
corporate-approv ed [5] 14:16, 21, 24; 15:5, 6
corporation [1] 33:17
corporations [2] 33:15, 17
costs [2] 29:5
could [23] 2:5, 6; 3:13, 21; 5:12, 25; 8:23, 25; 11:25; 13:6; 16:2; 19:5; 37:7; 41:7; 42:2, 14; 49:7, 8, 22, 23; 50:2
couldn't [1] 39:23
COUNSEL [1] 51:12
country [3] 14:23; 15:7, 20
COUNTY [1] 51:3

couple [4] 2:2, 4; 3:11; 33:16
course [3] 3:23; 10:20; 22:8
coverage [2] 15:2; 48:8
covered [2] 49:10, 11
crap [1] 17:5
crazy [1] 7:19
create [3] 11:11; 12:1; 36:2
creating [1] 38:9
creative [1] 8:23
currently [3] 30:23; 38:3; 50:7
customers [5] 17:24; 34:7; 35:25; 49:17, 22

- D -

daggum [2] 12:19; 16:23
daily [1] 34:16
date [2] 29:18; 30:8
daughter [1] 10:22
David [10] 3:9; 5:22; 7:4; 21:14, 23; 22:9, 15; 40:11; 43:1
days [1] 12:18
deal [9] 9:7; 15:21; 22:1, 6, 14; 25:2, 12; 26:1; 37:5
deals [1] 38:22
December [9] 1:9; 27:4; 29:18, 19; 30:17; 40:9, 11; 43:21
decide [1] 9:16
decision [2] 21:11; 24:16
definitely [2] 24:13; 36:19
DEKALB [1] 51:3

deliver [1] 48:24
DENIED [1] 51:15
Depending [1] 27:4
depends [1] 37:3
deposit [8] 41:6, 7, 9, 14, 25; 42:11; 50:11
determine [1] 13:5
develop [2] 9:11; 12:16
developed [4] 47:17, 18; 49:18, 24
didn't [6] 10:2; 14:19; 16:20; 17:10; 21:17; 36:16
difference [1] 35:21
different [11] 5:8; 13:1; 14:5, 6, 7; 16:11; 32:5; 34:13, 25; 36:24; 37:17
difficult [10] 15:8; 18:17; 32:16, 18; 35:15; 36:1, 21, 22, 24
dilemma [1] 48:23
dime [2] 3:15; 6:7
dinner [1] 36:16
direct [11] 21:8; 22:13; 41:6, 7, 8, 9, 14, 25; 42:11; 50:11
direction [2] 13:5; 43:10
dirty [1] 50:4
disagree [1] 4:13
disappointing [2] 5:4
DISASSEMBLY [2] 51:16, 17
discussing [1] 42:14

displayed [1] 43:19
displaying [1] 43:18
distracted [1] 17:6
distribution [2] 15:20, 22
distributors [1] 16:17
distrustful [2] 3:14, 16
divorce [2] 13:2
documents [1] 10:11
Does [2] 41:6; 45:14
does [20] 8:21, 22, 25; 11:18, 21; 16:1, 2; 21:16; 30:12; 32:18; 34:12, 16, 17; 35:24; 38:15; 39:11; 45:16; 47:10; 49:19; 50:7
doesn't [13] 3:8, 9; 16:24; 19:14; 27:21; 34:13; 35:23; 36:20; 37:10; 40:12; 45:16; 48:19
dog-curses [1] 10:21
doing [21] 2:25; 6:21; 8:6; 9:1; 13:1, 12, 19; 15:16; 18:4; 20:14, 15; 21:6, 25; 23:11; 33:10; 40:19; 42:12; 44:17, 18; 47:13; 48:13
dollars [3] 28:18, 19; 29:3
DONE [1] 51:18
done [20] 2:17, 18; 3:3, 14; 6:25; 7:1; 10:22; 14:14; 16:14, 21;

18:16;  20:19, 23;
22:4;      23:14;
24:5, 7, 8
**down** [5]  11:8, 9;
21:15; 27:20, 21
**drive** [1]  35:22
**dude** [1]  19:21
**during** [1]  25:18
**dwindle**    [1]
27:20

- E -

**each** [1]  10:12
**earn** [1]  30:1
**earned** [2]   9:5;
26:3
**earning**     [4]
28:24, 25; 29:1
**earth-shattering**
[1]  22:19
**easier** [1]  42:13
**easy** [1]  41:10
**effect** [1]  9:20
**effective**    [1]
43:17
**EISENMAN**   [58]
4:8, 15, 17;  5:1;
21:17, 19;  24:19;
25:4, 7, 17;  26:5,
9;  27:16;  28:1,
4, 15, 20;  29:23;
30:5, 9, 13, 16,
22, 25;  31:3, 9,
22;     32:2,  4;
37:3, 23;     38:8,
18, 22;  39:2, 4,
10, 17;  40:6, 18,
22, 25;  41:4, 15,
17, 21;  42:4, 8,
14, 20, 23;  43:4,
16, 25;  44:3, 9,
16; 48:2
**Eisenman** [1]  1:9
**either** [5]  20:4;
31:13;   32:24;
48:24; 49:20
**elephant**    [2]
19:22, 23

**else** [11]    7:4;
14:10;    19:22;
24:21;    35:13;
36:8;   37:5, 21;
46:3, 5; 50:8
**email** [3]  11:19,
22; 35:7
**employ** [2] 47:6
**EMPLOYEE**   [1]
51:11
**employees**   [2]
32:3; 48:17
**ended** [2]  10:21;
11:1
**enough** [1] 14:19
**entail** [1] 29:22
**entailing**    [1]
27:23
**entails**      [2]
27:23; 29:19
**enterprise**   [1]
9:13
**entre** [1] 38:5
**especially**   [2]
9:12; 34:15
**essence** [1] 25:4
**essentially**   [1]
37:8
**estimation**   [1]
26:15
**even** [16]   4:6;
5:14;  8:8;  10:2;
18:3;     20:16;
22:20, 25;  23:16,
22;     24:24;
27:16;    29:20;
37:21; 38:7
**event** [1] 36:17
**ever**  [3]     2:5;
20:20; 39:10
**Every** [1] 31:5
**every** [28]    4:1;
7:23;  12:17, 18;
13:23, 24;  15:14,
15, 16;    20:12;
21:3;       24:7;
30:20, 23,   24;
31:1, 2, 9, 13, 14;
35:22;  36:13, 14;

40:16;    41:25;
48:14
**Everybody**   [2]
10:14; 34:5
**everybody**   [6]
17:13;    20:15;
21:6;     32:24;
33:2, 8
**everybody's**  [1]
33:4
**Everything**   [2]
18:10;  39:9
**everything**   [7]
2:13;       6:19;
24:20;    44:19;
46:3, 4
**evolved**     [1]
16:15
**exactly** [1]  8:3
**example**     [2]
50:7, 8
**exclude** [2] 46:6,
8
**exclusive**    [1]
37:25
**excuses** [1] 12:9
**existing**     [6]
44:20, 24;   45:1,
6, 14, 15
**expected**    [1]
14:8
**expense** [8]  6:6,
7;  41:21;  42:5,
15, 24, 25; 47:14
**expensive**    [1]
48:12
**EXPRESSLY**   [1]
51:15
**extent** [1] 34:11
**extra** [1] 11:11

- F -

**face** [3]    18:11;
22:14
**fact**  [3]      6:1;
36:23; 46:14
**facts** [1] 11:16
**fair** [1] 23:16

**fairness**     [2]
8:18; 34:22
**family** [3] 32:25;
50:16, 17
**fantastic**     [1]
49:17
**fast** [1] 39:18
**FEBRUARY**   [1]
51:21
**feel**  [7]     20:1;
23:23;     24:5;
25:23;  27:14, 15;
35:16
**feels** [1] 16:18
**feet**  [3]    48:11,
12, 13
**felt**  [10]     4:19,
20;   5:5;    7:2;
9:2; 10:9;  11:23;
25:20;    34:25;
39:15
**fieldwork**    [1]
17:13
**fifty**  [2]    27:8;
28:11
**fifty-five**   [10]
29:4, 7, 15, 16;
30:4;  32:11, 12,
13; 37:24
**fifty-seven**   [2]
28:13, 14
**fifty-two**     [7]
25:1;    26:3,  6;
27:9;     28:18;
29:2; 32:10
**fight** [1] 42:8
**figure** [6]  2:17;
7:11;     18:24;
19:5;     38:20;
49:21
**final**  [2]    38:11;
40:7
**finally** [1] 11:8
**financial**     [1]
3:18
**FINANCIALLY** [1]
51:13
**find**  [2]      10:2;
33:23

**fine** [7]     5:13; 10:2; 13:1; 17:3; 30:7, 10; 38:15
**finished**     [1] 25:20
**fire** [1] 18:18
**first** [9]     5:5; 6:17; 9:25; 14:7; 21:5;     22:18; 36:16;     42:4; 45:21
**five** [10]   10:10, 13, 14;   21:23; 28:13, 14, 19; 32:5; 40:14, 16
**Flat** [1] 40:24
**flat** [1] 40:23
**Florida** [1] 36:12
**focus** [11] 2:14, 21;   4:10, 14; 5:5, 20;   7:3, 22; 12:11; 17:6
**focusing**     [1] 24:11
**folks** [1] 48:2
**Food** [1] 10:6
**food** [9]     18:8, 10, 19, 20;  19:8; 46:6;     48:14; 50:3
**Foodbuy**     [1] 15:15
**Foods** [3]   10:5; 14:24; 15:4
**foot** [2] 11:8, 9
**football** [1] 28:5
**FOREGOING**   [3] 51:6, 9, 16
**forget** [1] 14:4
**forgot** [1] 2:22
**form** [1] 48:8
**forms** [1] 42:20
**forth** [1] 3:21
**forty** [8] 25:4, 9; 26:2;     28:8, 16, 18, 22, 25
**forward**     [3] 32:18;     36:7; 43:9

**found** [2]     8:9; 9:9
**Four** [1] 10:13
**four** [3]   10:6; 27:10;  28:19
**frankly** [1] 32:23
**free** [1] 5:23
**Friday** [3] 11:20; 48:19
**friend** [2] 24:17; 32:25
**friendship-thing** [1] 36:5
**From** [1] 10:16
**from** [37]   3:15, 18, 23;  6:5, 16, 20;  7:4, 5; 9:22; 10:20;     11:23; 12:4, 10, 11; 13:11, 16; 15:15, 21, 23; 16:3, 20; 18:11;   29:23; 30:13, 17;  38:9; 41:2, 5, 12, 13; 44:21;     45:3; 46:20; 47:1
**front** [3]     34:6; 49:17, 21
**frustrate**     [1] 16:25
**frustrates**     [1] 16:24
**frustration**     [1] 33:23
**full** [2]     37:8; 38:14
**full-time**     [2] 27:18, 19
**funniest**     [1] 20:11
**funny** [1] 40:2
**further** [1] 3:5

─── - G - ───

**Gary** [19]   10:4, 21;   20:10, 12, 13;   21:1, 2, 7, 10, 19;   22:9;

24:9, 10;   38:16, 17, 18, 22
**gave** [1] 9:18
**general** [1] 7:3
**GEORGIA**     [1] 51:2
**Georgia** [1] 1:21
**gets** [4]   10:14; 12:5, 8; 48:12
**Getting** [2] 15:8, 20
**getting** [4] 15:7; 19:6;     28:3; 29:23
**gist** [1] 22:6
**give** [13]   5:25; 7:8;     13:6, 7; 18:23, 24; 30:3; 33:9;   37:22; 45:2, 20;  47:22; 48:10
**GIVEN** [1] 51:10
**gives** [1] 4:2
**glad** [1] 36:18
**go-getter**   [1] 34:22
**goes** [1] 46:13
**going** [68] 2:16; 5:24;  6:11;  7:4; 8:15;     10:20; 11:10, 16;  12:7; 13:6, 9;  14:18, 22; 15:1; 16:12; 17:21, 22;  18:8, 22;  19:9; 20:5; 21:15;     23:4; 24:21, 24;  25:23, 24;    26:6, 12; 27:2, 3, 4, 17, 21; 29:12, 14, 16, 17, 21;   31:22, 23, 25;   32:7; 33:8, 22;     37:4, 5; 40:19;    41:8; 42:8, 17; 43:24; 44:8, 18;   47:2, 10, 12, 13, 14, 22, 23;   48:15; 49:1, 9

**gone** [2]     4:4; 28:22
**good** [21]     3:3, 24, 25;   4:2; 8:23, 25;   24:8, 17, 23;   25:19, 21;   34:6, 14; 35:6, 7, 8, 25; 39:12
**Goodman**   [4] 19:13, 14, 20; 49:4
**Goodman's**   [3] 47:21; 48:4, 16
**great** [6]   2:11, 19; 24:7; 34:5
**gross** [3]   45:23, 24; 46:4
**ground** [4] 38:6; 48:11, 12, 13
**Group** [1] 10:6
**group** [2] 47:21; 48:4
**grow** [3]   10:17; 16:16; 47:23
**growing** [1] 7:14
**grown** [3]   7:13; 32:25; 45:22
**guess** [7]   3:5, 13;   6:8; 27:14; 35:14;     37:8; 39:6
**guidelines**   [1] 37:9
**guy's** [1] 24:10
**guys** [11]   7:15; 10:17;     13:9; 17:19;    18:1; 19:6;     21:11; 37:16;     44:7; 49:9; 50:8

─── - H - ───

**haircut** [1] 27:15
**Hale** [1] 15:10
**half** [5]   25:3, 5; 27:4; 28:8, 21
**halfway**     [3] 24:24;  28:9, 12

hand [5]    4:6; 10:11;    12:23; 16:3; 50:15
handle [3]   4:9; 6:14;  11:13
hands [2] 34:13; 48:1
happen [3]  5:12, 13;  37:4
happened    [3] 3:20, 21;  4:16
happening   [2] 5:15;  6:21
happens    [2] 22:8;  47:5
happy [1] 20:6
hard [6]   15:17; 32:14;   33:15; 35:5;  36:10
hard-worker  [1] 50:4
harder [1] 12:22
hasn't [1] 17:6
haven't     [3] 13:15, 22;  35:4
having [6]   3:18; 4:21;  5:1;  17:8; 18:11;  36:21
Hayes [1] 14:17
He'll [1] 40:23
he'll [1] 50:4
He's [8]    5:24; 20:23;   29:23; 34:5, 6;   35:23, 25;  50:3
he's [6]   20:19, 23;    22:2,  3; 39:12;  50:5
head [2]    7:24; 29:21
heads-up [1] 6:1
health [2] 34:19
hear [3]    13:10, 11, 16
heard [2]   17:17; 39:14
hearing [1]  3:2
Hearty [1]  3:18
heck [2]    9:21; 16:24

Hell [1] 12:9
hell [3]     9:6; 24:5;  25:2
Help [1] 29:14
help [7]    13:5; 14:18;    23:20; 29:16;  49:22, 23; 50:2
helps [2] 47:15
here [24]   3:11; 5:8;    7:1,  7; 8:11;     9:17; 11:19;    16:4; 17:19;   18:5, 21; 19:10;     20:4; 21:22;  23:11, 17; 29:20;    36:18; 42:9;   44:11, 12, 14
HEREBY [1] 51:6
Herschel  [42] 1:8;   3:7, 17, 25; 4:3, 9, 19, 20, 22; 5:4;   7:21;   8:2; 9:17,  18,  22; 10:8, 19;  11:5, 7, 16;       12:12; 13:15;  14:1, 14, 15:8;       17:7; 22:14, 17;  24:16; 25:13;  27:6, 21; 28:2,  7;   35:7; 36:3;  42:16, 25; 47:2, 15;  48:10; 50:14
Herschel's   [1] 5:3
hidden [1]  3:15
hire [2]    11:12; 49:14
hired [1]  8:11
hiring [1] 33:7
Hispanic    [1] 39:20
history [1] 14:11
hits [1] 35:4
hobnob      [2] 35:23, 25
hold [1] 24:2
home [1] 34:18

homeboy    [1] 20:16
honest [6]   3:6; 5:15;    16:20; 21:15;    22:25; 23:12
hope [1] 3:8
hoped [1] 14:14
hours [3]   23:4; 37:10
However    [3] 30:7, 10;  31:5
however [1] 31:2
huh-uh     [2] 10:14;  11:13
Humphry [1] 9:9
hundred [5]  6:9; 7:22;    10:15; 28:19;  47:1
hungrier    [1] 19:11
hungry [3]   20:7, 8, 10

—————————

- I -

I'll [5]    12:4; 37:8;    40:11; 43:16
I've [15]    4:3; 6:7;  12:15;  15:7; 16:18;    20:12; 21:3,  21,  23; 24:5;     34:20; 35:1, 12;  36:5
idea [8]  8:14, 17; 13:25;  16:11, 13; 28:4;  29:5
ideas [1] 33:5
important    [3] 3:1;  4:11, 18
Inaudible    [1] 19:16
include [1] 15:1
increase    [1] 27:10
indifferent    [1] 16:11
Indiscernible [1] 40:9

indiscernible    [11]  5:24;   6:6; 17:12, 16;  18:18; 34:23;    38:20; 39:15;    43:2; 46:24; 49:23
indispensable [3] 36:4, 6, 9
individuals    [1] 47:16
industry    [4] 34:11;  35:19, 20; 36:1
info [1] 41:8
information    [2] 43:24;  44:4
initial [1] 10:11
inspecting    [1] 33:23
Instead [1] 32:4
instead [1] 3:20
institutional   [1] 24:19
insurance    [4] 22:21;     26:7; 29:5/ 6
intended    [1] 14:9
intent [1] 11:10
interest [2] 10:9; 11:5
INTERESTED  [1] 51:13
into [7]    5:24; 6:19;  15:3, 4, 20; 46:13; 49:1
involved    [5] 10:8;    11:3,  6; 16:24; 27:22
iron [1] 7:16
irrelevant    [1] 6:13
isn't [1] 32:6
issue [3] 15:21; 17:7; 42:15
issues [5] 14:24, 25;  22:13; 34:19
It's [35]   4:4, 7; 5:3,  4;    6:10; 10:13,  17,  18;

11:7;   12:10, 11,
19;  13:12;  15:8,
18;        16:19;
20:14;  23:12, 22;
26:17;  31:23, 24;
34:3;  36:13, 24;
37:13, 16;  41:15,
18;  43:8;  44:9;
46:12;    47:22;
50:14
**it's** [30]  4:8, 21;
5:3;   8:2;  12:19,
21;  13:3;  14:9;
15:10, 11;  16:10;
27:17;    31:13;
33:15,  21,  24;
35:2, 5;  36:1, 12,
17;    37:21,  23;
38:3, 24;   42:12;
46:25;  50:12
**items** [1]  16:7

---

### - J -

**Jackson**   [11]
3:9;   5:22;   7:4;
15:11;  21:14, 23;
22:9, 16;  40:12;
43:1
**January** [4]  30:2,
18;  43:17;  49:6
**Jeff** [1]  48:18
**Jeryl** [1]  17:18
**jobs** [1]  33:9
**John** [16]   1:9;
2:2;   6:16;   18:6;
19:13,  14,  20;
23:20;    32:14;
37:11;    40:25;
43:6;     47:21;
48:4, 16;  49:4
**John's** [1]  32:7
**jokers** [1]  19:10
**Julie** [10]  12:21;
16:25;     17:2;
31:21, 23;   38:1,
10,  25;   43:17;
44:4

---

### - K -

**Kathy** [1]  8:8
**Kathy's** [1]  6:5
**Katie** [1]  41:25
**keep**  [9]   2:16;
3:2;   8:2;   11:3;
17:12;    18:25;
21:1;     39:19;
50:13
**keeps** [1]  31:17
**kept** [1]  49:3
**Kim's**   [2]   9:7;
43:16
**kind**  [5]   22:6;
32:25;     37:9;
38:4;  40:2
**knew**  [4]   3:20;
10:3;  20:21, 25
**know** [79]  3:2, 6,
25;   5:3,  11,  20,
23;   7:6,  20,  21,
25;   9:10,  14;
12:23;    13:3;
14:3, 19;  15:25;
16:4, 18, 20, 21;
17:6;      18:19;
20:15;    21:9;
22:6,  24,  25;
23:8, 13, 16, 20;
24:15;  27:17, 20,
21;   29:10,  19,
24,  25;   30:21;
31:7;   32:8,  15;
33:20;  34:2, 3, 6,
18, 20;  35:3, 14,
19, 20;  36:8, 23;
37:18;   38:6, 7;
39:8, 10;  40:7, 8;
42:18;   43:2, 21;
44:6;      46:14;
47:11, 20;   49:5;
50:8
**knowing**    [4]
25:23; 37:4, 6, 7
**knowledge**   [1]
24:20
**known** [1]  20:22

---

**knows**  [5]  24:20,
22;   39:11,  12;
50:1
**Korner** [1]  6:5
**Kristin**  [2]  8:11;
12:2
**Kristy** [1]  8:8

---

### - L -

**Labor**  [2]   11:20,
21
**lack** [1]  3:12
**larger** [1]  9:10
**Last** [1]  25:9
**last** [6]  2:4;  3:9;
25:4;       30:2;
40:15;  43:23
**late**  [4]    36:13,
15, 18
**lawyer** [2]  12:6
**lazy** [1]  50:5
**lead** [1]  35:13
**leader** [1]  50:6
**leadership**   [1]
33:1
**learn**  [5]    5:25;
8:20;  22:18, 20;
43:11
**learned**  [3]  6:2,
16;  15:7
**leave**  [2]  10:12;
39:11
**left**   [2]    7:22;
21:22
**legitimate**   [2]
10:18;  24:18
**Lester** [2]  15:11,
23
**Let's** [1]  43:9
**let's** [6]  7:6, 7;
17:11,  12,  13;
20:17
**light** [1]  12:3
**Like**  [3]    2:20;
18:25;  19:2
**like** [65]   2:10,
20;  3:10;  5:5, 7,
13,  21;    6:17;
7:8, 15;   8:2, 19;

---

9:2, 20, 25;  10:1,
9, 12, 23;  11:14;
12:7, 25;  13:12;
16:18;    17:16;
18:1, 14, 15, 24;
19:21;    20:14;
21:5, 11;  22:3, 7;
23:17,  23,  24;
24:5;  25:20, 23;
27:14, 15;  30:19,
21;  31:5, 6, 10;
33:6;   34:7, 25;
35:5, 18, 20, 24;
36:10, 12, 20, 21;
38:4;  40:2;  45:3;
49:4;  50:5
**likely** [1]  48:17
**likes**  [6]    21:2;
34:6, 17;  35:22;
49:25;  50:1
**line**   [2]      4:3;
12:13
**list**   [2]    17:23;
49:7
**lists** [1]  16:3
**little** [10]   10:3;
12:22;  15:23, 24;
19:3,  4,  10,  11;
33:18, 19
**live.com** [1]  1:22
**long**   [3]      2:3;
17:10;  36:3
**Look** [1]  47:22
**look** [15]   5:10;
8:11,  19;   11:6;
14:10;  15:14, 15;
16:23;    17:15;
19:9,  10,   17;
22:5;  37:17
**looked** [2]  19:9;
33:21
**looking**      [5]
17:24;     20:9;
23:7;    33:21;
34:25
**looks** [1]  8:25
**lose** [1]  7:11
**losing**  [2]   7:3;
25:11

**lost** [9]  4:10, 14;
5:19;       17:24;
18:1,  3,  5,  6;
39:20
**love** [3]      2:19;
17:2
**lying** [1]  3:22

- M -

**made** [12]    3:23;
4:23;        12:9;
16:21;    24:18;
25:1, 9;    31:13;
32:20, 21;  36:5,
8
**make** [16]   6:25;
14:14, 20;  20:14;
25:2;      34:12;
36:4;     37:1,  2;
38:15;  39:24, 25;
42:4, 23;  43:25;
50:11
**making** [8]  9:14;
12:9, 23;  47:7, 8,
9;  49:25;  50:12
**man-to-man**    [1]
5:11
**manage**       [3]
35:13, 16;  36:10
**Management** [1]
46:7
**management**  [4]
46:10, 15, 16, 23
**manager** [1]  7:3
**managing**     [1]
36:20
**manufacturers**
[2] 48:15; 49:2
**many** [2]    2:18;
4:22
**Mark** [1]  14:17
**marketing**    [1]
8:24
**markets**      [1]
48:18
**Marvin** [1]  11:14
**match** [1]  25:10
**material**     [1]
18:19

**math** [2]    46:13,
19
**matter** [3]    6:2;
13:9; 22:17
**matters** [1] 3:7
**Maybe** [1]  27:19
**maybe** [7]   5:25;
6:22; 8:3; 12:22;
13:6; 17:10, 14
**mean** [19]   3:16;
4:22;  5:19;  6:13;
17:5;  22:2;  28:1;
32:17;      33:2;
34:4;        35:5;
37:10;      38:24;
42:9, 10;  45:11,
12, 17; 48:11
**meet** [5]   22:12;
26:1, 2;    28:9;
49:6
**meeting** [8]   1:8;
6:1;  7:23;  10:7,
10;        21:14;
22:15; 36:12
**meetings** [1]  7:6
**members**      [2]
14:23; 15:6
**mention**      [2]
20:13; 21:4
**mentioned**    [6]
3:11;      14:12;
17:10;      20:16;
39:13; 50:5
**message**      [1]
21:19
**might** [6]   19:12;
31:8;      42:10;
43:25;      44:1;
47:3
**million**      [6]
20:18; 26:14, 21,
23; 45:21; 46:20
**mine** [1] 32:25
**minority**     [4]
9:12;  39:20, 21;
40:5
**minute** [1]  43:14
**miss** [2]   15:14,
18

**Mississippi**   [1]
15:11
**mistake** [4] 3:23;
9:24;       11:2;
16:21
**mistakes**     [5]
9:23, 24;  12:10;
32:20; 33:23
**model** [3]    8:16;
15:3, 4
**Monday**       [2]
11:21; 22:18
**money** [8]   4:22,
23;    11:4,  11;
30:1;      31:25;
34:12; 39:25
**month** [11]  31:2,
13,   14,   15;
33:24;  40:15, 18;
42:1; 48:14
**Monthly**      [1]
30:15
**monthly**      [2]
30:14, 16
**months** [6]   3:9;
14:22;      16:19;
23:18;      26:22;
40:14
**more** [17]     2:2;
4:18, 20;  9:5, 6;
10:18;      11:12;
14:18;  16:13, 15;
21:22;      25:12;
27:5;      43:21;
47:17, 23;  50:18
**morning**      [1]
34:18
**most** [6]      4:4;
12:18;      31:24;
35:15;      43:25;
48:16
**motivate** [1]  36:2
**motivated**    [1]
35:3
**motivation**   [1]
34:16
**move** [3]   32:18;
39:3; 43:9
**moving** [1]  36:7

**much** [13]    2:12;
6:16;        7:15;
12:15;      14:13;
18:10;     23:13;
25:25;     27:17;
43:6;  46:21, 25;
47:23
**Murphy** [1]  21:19
**myself** [2]  12:13;
36:6

- N -

**name** [2]   24:10;
31:23
**names** [1]  2:23
**national**      [6]
8:15;    19:6,  7;
48:2, 5, 7
**nature** [1]  36:5
**necessary**    [2]
16:13; 34:24
**need** [33]     3:5;
8:17;  9:15;  11:7;
12:21,  22,   24;
14:13;      16:5;
19:24;       20:4;
23:19;  29:9, 17;
32:9;    33:1,  3;
34:22,  23,   24;
36:17, 19;  37:22;
42:20,  21,   23;
43:24;     47:11;
48:12,  17,   21;
49:14, 19
**needs** [12]   14:4;
34:16;       36:6;
43:11;  47:16, 17,
18;   49:15,  18,
20, 21, 24
**negotiate**     [1]
22:23
**negotiated**   [2]
15:13; 35:12
**negotiating**   [1]
15:14
**negotiation**   [1]
15:10
**Never** [1]  6:7

**never** [21] 3:14, 15, 20, 21; 4:14, 16; 5:19; 6:6, 7; 7:22; 8:21; 9:5; 12:15; 14:8, 9; 18:3; 19:9; 20:21, 22, 24
**news** [1] 22:19
**next** [7] 6:1; 10:22; 21:6; 32:23; 36:15; 37:2; 43:5
**nice** [1] 20:23
**night** [2] 34:18; 36:14
**nobody** [2] 13:16; 15:13
**noncompete** [1] 11:1
**nondisparageme nt** [1] 37:24
**noodles** [1] 38:6
**normally** [2] 43:2; 44:20
**nothing** [15] 5:9, 10, 11, 14; 6:2; 10:16, 21, 23; 11:24; 13:19; 20:20, 23; 21:13; 47:13
**notification** [1] 39:1
**notifying** [1] 8:8
**number** [3] 12:14; 35:1, 2
**numbers** [3] 17:15, 25; 34:12

- O -

**o'clock** [2] 5:16; 44:9
**O.C.G.A** [1] 51:11
**obvious** [1] 33:24
**Obviously** [1] 39:10
**obviously** [1] 38:13

**OCCURED** [1] 51:12
**offer** [1] 39:22
**offered** [1] 39:13
**office** [2] 10:22; 22:18
**Okay** [13] 3:5; 5:13; 11:19; 12:8; 13:21; 31:4; 36:21; 40:11; 41:20; 42:22; 43:20; 44:16; 47:6
**okay** [7] 9:23; 16:22; 17:3; 31:4, 15; 48:21; 49:9
**once** [2] 21:24; 33:4
**one-year** [2] 25:2; 37:23
**only** [3] 22:8; 47:13, 15
**operator** [1] 48:22
**operators** [3] 16:4, 5, 6
**opportunity** [7] 8:19; 9:25; 10:1; 12:25; 36:25; 43:9, 12
**optimistic** [1] 12:16
**options** [1] 22:20
**order** [1] 23:22
**organization** [1] 49:16
**ORIGINAL** [1] 51:19
**other** [31] 2:23; 4:5; 5:22; 11:15; 12:7, 13; 13:14; 15:3, 12, 13, 16; 16:2, 7, 17; 19:4; 22:21; 23:4; 28:3; 29:6; 32:6; 35:12; 37:18; 46:19, 22; 48:5,

10, 13, 15; 49:2, 8
**Others** [1] 3:15
**others** [6] 3:24; 7:25; 8:1; 36:20, 21; 39:2
**ought** [1] 44:14
**ourselves** [1] 2:4
**outstanding** [1] 43:11
**over** [13] 2:3; 6:25; 17:19, 20; 18:25; 20:4; 23:23, 25; 24:25; 27:10; 31:21; 37:25; 43:15
**overall** [1] 26:24
**overlook** [2] 17:14; 33:8
**overlooking** [1] 19:2
**owned** [1] 11:23
**owns** [3] 4:15, 17; 11:24

- P -

**page** [1] 23:24
**PAGES** [1] 51:9
**paid** [11] 8:7; 25:10; 27:11; 29:23; 30:12, 20, 23, 24; 31:5; 43:21; 45:21
**pains** [1] 6:8
**PART** [1] 51:17
**Part** [1] 33:14
**part** [10] 2:9; 3:1; 4:4, 23; 7:13; 8:6, 14; 9:7; 32:23; 33:23
**part-time** [1] 27:18
**participation** [1] 32:7
**partner** [1] 3:24
**PARTY** [1] 51:12
**party** [1] 48:5

**past** [2] 11:25; 25:1
**patience** [1] 33:3
**paying** [5] 3:19; 9:1; 27:13; 28:2
**payroll** [1] 44:1
**payrolls** [1] 32:24
**pays** [1] 45:4
**People** [1] 20:9
**people** [47] 4:5; 7:5; 10:10; 11:12, 15; 12:18, 22; 13:18; 15:9, 16; 17:8, 11, 13, 14, 23, 25; 18:2, 11, 12, 19; 19:1, 4; 20:5, 6, 7, 8; 21:3; 22:10, 11, 12, 13; 33:24; 35:2, 6, 8, 9, 20; 36:19; 47:6, 7, 12, 25; 48:1; 50:1
**percent** [23] 6:9; 7:22; 10:12, 13, 14, 15, 16; 11:23, 24; 12:1; 23:7; 24:24, 25; 25:8; 26:3; 44:21; 45:4, 5, 11; 46:12; 47:10
**percentage** [1] 39:22
**perform** [1] 31:19
**performed** [1] 26:11
**performing** [1] 31:20
**person** [4] 13:11; 18:8; 35:15
**Peyton** [3] 35:18, 21
**phone** [1] 40:12
**phonetic** [18] 3:19; 6:5; 10:3; 11:14; 12:4; 14:17; 17:18;

19:12, 13; 20:11;
21:7;      22:11;
35:18;      37:12;
42:19; 48:18
**PHOTOCOPYING**
[2] 51:16, 18
**pick** [1] 37:9
**piece** [1] 15:12
**Pierce** [1] 48:18
**pissed** [1] 20:17
**pisses** [1] 21:6
**place** [5]    4:11;
14:5, 6, 7
**plan** [1] 11:10
**play** [2]      9:9;
17:8
**plays** [1] 9:8
**plus** [3]     25:4;
28:18, 22
**pocket** [1] 42:6
**point** [8]    2:5, 7,
14, 15;    9:11;
21:10;      34:20;
39:8
**pork** [2] 34:15
**position**      [6]
5:21;    6:3, 12;
8:10;      22:12;
39:3
**potential**     [3]
2:12; 7:15; 8:20
**pound** [13] 45:8,
9, 10, 13, 21, 23;
46:2, 4, 20, 21,
23, 24
**Pounds** [1] 26:19
**pounds**      [7]
26:17, 18, 21, 22;
45:21;    46:20;
47:1
**prefer** [2] 39:19;
42:11
**preplanning** [1]
8:14
**PRESENT**     [1]
51:12
**pressure**     [3]
6:22, 23; 7:1
**pretty** [1] 46:21
**PRINT** [1] 51:8

**probably**      [7]
26:6;      29:23;
30:5;      31:10;
35:17;      41:3;
47:24
**problem**      [2]
33:14; 42:17
**process** [2] 11:9;
45:7
**product** [2] 16:1;
38:8
**products**      [3]
15:19, 20; 34:14
**profit** [5]    14:10;
26:14, 16, 17;
38:11
**program** [3] 8:5;
19:7; 25:11
**promise**      [1]
13:23
**promised**     [1]
10:19
**protein**      [2]
37:25; 38:3
**provide**      [1]
16:13
**pull** [1] 15:25
**purchasing**    [2]
12:1, 3
**Purdue** [1] 18:5
**puts** [1] 42:15
**putting** [4]  17:1,
3; 22:3, 9

- Q -

**quarterly**     [3]
31:1, 3, 4
**question**      [1]
17:11
**QUESTIONS**   [1]
51:8
**questions**     [3]
6:4;      22:10;
49:12
**quick** [1] 39:25
**quit** [1] 11:8
**quite** [1] 32:23

- R -

**Randy** [11]    7:5;
10:25;  11:1, 7, 8,
12;   12:4, 5, 8;
14:11;  24:10
**range** [1] 6:5
**rather** [1] 26:1
**reach** [3]    16:5;
44:4; 50:10
**ready** [2]   25:24,
25
**real** [1] 37:19
**realize** [1] 33:16
**really** [6]    3:17;
8:21;    21:2, 16,
18; 49:7
**reason** [7]    7:8,
10;  13:4; 17:19;
18:21;    21:11;
38:15
**reasons**      [1]
35:11
**received** [1] 9:19
**receiving**     [2]
9:3, 4
**recognize**    [1]
48:7
**recommend**    [4]
16:12;    38:25;
47:2, 14
**recommendation**
[1] 6:14
**RECORD** [1] 51:9
**recorded** [1] 1:8
**RECORDING**    [1]
1:1
**records** [1] 3:18
**redoing** [1] 42:9
**REDUCED**     [1]
51:8
**Regardless**    [1]
36:7
**regional**     [2]
48:6, 7
**relationship**   [3]
24:11, 14; 34:5
**RELATIVE**     [1]
51:11
**relief** [1] 32:24

**rely** [1] 12:12
**remain** [1] 9:15
**remained**     [1]
17:6
**Remember**    [1]
14:16
**remember**     [3]
10:7;      17:17;
19:21
**Renaissance** [48]
2:9, 14, 16, 19;
3:4;     4:10, 14;
5:6, 20;  6:3, 11,
24;   7:2, 13, 14,
23;      8:2, 4;
10:18;  13:9, 12,
24;  14:3;  17:7;
19:9;      21:12;
23:14;    29:11;
30:13;  38:9, 10,
23;   39:4, 6, 21,
22;  40:4;  41:4,
5, 15, 19, 22;
42:3, 16, 24;
49:18, 20
**repetitive**     [2]
12:19; 33:20
**Reporter**     [2]
1:21; 51:25
**reports** [2]    6:6,
7
**REPRESENT**   [1]
51:9
**represent**     [2]
48:15; 49:2
**representation**
[1] 15:2
**representing** [1]
47:16
**represents**    [1]
49:16
**require** [1] 27:17
**resign** [1] 11:22
**resigning**     [1]
11:22
**respect** [3]  9:23;
14:5; 22:20
**response**     [1]
19:16

responsive [2] 36:11; 48:21

responsiveness [1] 48:20

rest [1] 50:15

restaurant [2] 48:25; 49:1

retail [1] 10:3

retired [1] 11:1

ridiculous [1] 10:24

Right [12] 13:20; 18:8; 25:6; 32:2; 34:9; 35:10; 41:23; 45:10, 25; 46:4, 7, 18

right [27] 6:25; 7:1, 17; 8:3; 12:8; 13:17; 16:10; 17:11, 25; 18:13; 23:1, 7, 11; 27:12; 29:3; 32:12; 37:12; 39:9, 23, 25; 40:1; 43:6, 10; 44:22; 45:8; 46:11

Robert [21] 2:2, 21; 3:8; 4:1; 5:10, 12; 11:24, 25; 12:2, 3; 19:18, 19, 20; 37:4; 39:6, 10, 13, 15, 18; 49:3

rock [1] 16:22

role [12] 5:8; 6:12; 8:22; 9:8, 9; 13:1, 25; 31:17; 36:7, 22

running [3] 13:10, 13; 38:14

- S -

SAID [2] 51:12, 17

said [64] 3:6; 4:6; 6:16, 18, 21; 7:10, 12, 24; 8:11, 15, 19;

9:10, 20, 25; 10:1, 11, 13, 17; 11:1, 9, 18; 12:2, 3, 5, 13; 13:4, 7, 8; 14:25; 17:11, 12, 17, 19, 23; 18:3, 4, 6, 15, 16, 20, 21, 25; 19:6, 18, 19, 20; 20:4, 9, 17, 25; 21:20, 24; 23:17, 18, 23; 33:7; 36:23; 39:18, 23; 40:1; 44:14; 46:12

salary [4] 4:24; 11:23; 18:22, 23

sales [4] 36:12; 48:6, 9; 49:13

salesperson [2] 43:11; 49:25

same [5] 12:19; 20:1; 21:19; 44:1; 50:11

sample [3] 48:22, 25; 49:1

Sanders [6] 10:25; 12:4, 5, 8; 14:11; 24:10

saying [16] 16:10; 17:16, 22; 19:24; 20:2, 3, 24; 21:1; 27:19; 32:17; 39:19; 45:6, 10, 13; 46:17; 49:19

says [2] 11:12; 48:19

scenario [1] 5:15

SEAL [1] 51:19

Seal [1] 22:11

searching [1] 7:20

Seattle [2] 8:9; 48:22

second-in-command [2] 12:14, 16

seems [2] 3:10, 12

sell [2] 38:8; 44:20

selling [6] 15:19; 16:7; 19:5; 21:9; 38:5; 50:19

send [8] 11:19; 38:16, 19, 21, 25; 41:12; 43:3, 4

Sends [1] 12:6

sends [3] 11:22; 12:6; 46:16

sense [4] 7:9; 9:14; 12:23; 43:25

sent [3] 33:1; 35:7; 38:21

separate [1] 45:16

separating [1] 45:19

serious [2] 39:16, 23

sets [1] 5:23

setting [2] 32:9; 50:3

settle [1] 38:10

setup [1] 39:11

seventy-five [4] 26:2; 28:8, 16, 21

Several [1] 9:18

several [2] 3:9; 14:12

severance [3] 23:15, 16, 18

shake [1] 50:14

share [2] 7:25; 36:18

shared [3] 8:1; 42:5, 15

she'll [1] 11:19

She's [2] 13:21; 43:12

she's [2] 11:18; 31:20

shouldn't [1] 3:13

show [2] 35:12; 44:7

showing [1] 5:16

shows [5] 18:9, 10; 48:14; 50:3

side [1] 37:18

sign [2] 31:21; 43:14

SIGNATURE [1] 51:19

significantly [1] 46:22

Simmons [16] 5:24; 25:11; 29:24; 30:17, 25; 32:4; 39:5; 40:7, 8; 41:2, 17, 18; 42:5, 11, 15; 50:10

simply [1] 21:1

since [2] 21:22; 40:3

single [2] 12:17, 18

sitting [1] 10:10

situations [1] 22:3

SKILL [1] 51:14

skip [2] 8:19; 22:21

skipped [1] 36:15

slots [2] 15:7, 8

slurred [1] 26:17

small [1] 39:22

smart [1] 37:20

Soel [2] 21:7

sold [1] 8:10

some [13] 2:22; 4:1, 2, 9; 19:4; 22:3; 25:12; 32:20; 33:5; 36:7; 37:9; 38:2, 4

somebody [15] 8:11; 9:11; 12:17, 22; 19:17; 20:12; 23:15; 33:18; 34:23, 24; 35:13; 38:5; 48:21, 24

someone [6]
3:19; 13:8; 18:8;
19:6, 22; 37:4
Something [1]
5:6
something [30]
4:3, 21; 5:25;
9:12, 13, 20;
10:15; 11:24;
12:2; 18:4, 14;
20:21, 25; 21:25;
23:3, 10, 20, 25;
24:1, 3; 31:11;
36:2; 37:2, 9, 21;
38:3, 6; 39:19;
43:3, 4
sometimes [3]
5:21; 16:22;
20:6
somewhat [1]
36:6
somewhere [1]
7:4
sorry [1] 43:7
sort [1] 17:16
soul [1] 13:24
sound [1] 49:10
southeast [1]
49:11
speak [4] 3:8, 9;
5:22; 36:14
spent [2] 11:4;
34:15
split [1] 38:11
spoke [2] 2:2;
36:14
stand [1] 24:18
standard [1]
46:21
STAPLES [95]
3:5; 4:13, 16, 25;
5:3, 19; 7:20;
13:14, 18, 21;
14:3; 18:13;
19:12, 16; 20:1,
19, 23; 22:1, 23;
23:3; 24:5, 13,
15, 23; 25:6, 8,
15, 20, 23; 26:7,
10, 14, 19, 22,

25; 27:2, 9, 12,
25; 28:3, 7, 11,
12, 17, 24;
29:12; 30:1, 23;
31:6, 12, 17, 19;
32:11, 17, 22;
33:14; 34:2, 10;
35:11, 17; 37:13,
16; 38:2, 24;
40:9, 14; 41:2, 6,
10, 24; 42:3, 10;
43:3, 8, 21; 44:1,
6, 13, 23, 25;
45:3, 7, 12, 16,
20, 25; 46:2, 6,
8, 11, 13, 19;
48:4; 50:10, 18
Staples [1] 1:9
start [3] 22:22;
37:7, 8
started [10]
3:17; 4:4; 6:17;
9:24; 18:25;
28:15, 20, 24;
47:19
STATE [1] 51:2
State [1] 1:21
STATED [1] 51:7
stay [3] 10:20;
21:12; 39:2
stays [1] 39:9
still [16] 2:9, 14,
17; 11:23; 13:9,
13, 18, 25;
16:14; 19:7, 8;
21:1; 37:13;
43:18; 50:16
stolen [1] 6:7
story [1] 39:12
strategic [1] 8:1
strategy [2]
14:15; 15:19
strengths [3]
33:2, 4, 11
stress [2] 17:5;
22:2
stressful [3]
3:10; 12:12;
32:19
strike [1] 7:16

strongly [3]
47:19; 49:3, 14
struggling [1]
34:21
stuff [10] 2:21;
7:24; 12:7; 19:4;
32:15; 39:14, 16;
40:13; 49:4
succeed [2]
33:12, 13
success [1]
32:22
successful [1]
37:1
such [1] 2:10
suggestion [1]
5:8
supplier [5]
14:16, 21, 24;
15:5, 6
support [1]
16:13
supposed [6]
6:20; 8:12;
15:16; 18:7;
44:11, 12
sure [12] 2:6, 9,
13; 6:16, 21, 25;
8:16, 17; 23:8;
42:4, 23
suspect [2]
32:22; 37:1
Sysco [6] 16:3;
20:13; 31:23, 24;
32:4; 49:22

– T –

table [1] 10:10
tainted [2]
24:11, 14
take [16] 5:8;
6:12, 13; 11:2;
13:15; 16:9, 12;
18:22; 25:25;
27:14; 42:16;
47:12, 25; 48:22,
25; 49:14
taken [2] 3:14;
48:25

takes [1] 27:12
taking [1] 25:9
talk [8] 2:1;
12:18; 25:24;
31:8; 32:9; 35:6;
38:5; 40:4
talked [7] 7:23;
11:25; 19:3, 4;
20:10; 21:23;
48:18
talking [15]
2:21, 24; 6:10;
19:1; 21:3; 22:3;
23:11; 25:18, 20;
32:8; 39:18;
47:11, 24; 49:4;
50:1
talks [2] 4:1;
5:12
taught [2] 17:17;
18:6
Taxes [1] 40:22
Taylor [2] 2:23;
5:9
teach [2] 17:14,
15
teaching [1] 6:19
team [3] 8:21;
17:8; 36:17
technically [1]
39:5
teeth [3] 25:12;
27:5; 38:2
tell [15] 4:20;
7:21; 10:2;
12:17; 19:19;
20:8; 21:15;
22:5, 9; 29:8;
30:2; 33:20;
43:1; 47:5;
49:13
telling [5] 11:15;
16:10; 19:22;
23:15; 32:4
termination [1]
38:25
terms [1] 34:7
territory [2]
23:12, 13
text [1] 44:13

texted [1]  21:24
texting [2]  3:18,
20
than [16]    2:2;
9:5;   10:15, 18;
12:13;       14:7;
15:12, 13;  16:11;
22:21;       32:6;
35:12;       43:7;
47:17, 23;  48:13
Thank [1] 50:9
thank [1] 43:6
That's [39]  5:20;
6:21;  7:2, 4, 10;
10:19;      12:13;
14:12;       16:1;
18:6;       19:24;
20:4, 7, 9;   21:5,
10;    22:5,  11;
23:15;     24:18;
25:7;   26:3, 24,
25;   27:9;  28:5,
25;  29:1;  30:7,
10;         33:10;
42:10;  46:1, 11;
47:8, 9
that's [35]  5:13;
7:7,  15;    9:6;
13:1, 4;   14:11;
15:21;  17:9, 22;
18:13, 21;  20:7,
21, 24;     21:10;
24:2, 16;   28:9;
29:2;      31:15;
32:15;     34:23;
39:6, 7, 8, 15;
40:2, 16;   44:2;
45:17, 18;  46:21,
25; 47:8
their [6]   14:17;
33:11;      40:5;
43:24;      47:9;
48:20
them [29]  8:5, 8;
10:6, 13;   13:21;
14:21;   16:3, 9;
17:1, 3, 14, 15;
19:3;      22:13;
30:2;   33:9, 11,
12;   35:13, 20;

37:6;  42:9;  44:4;
45:2, 20;  49:11;
50:19
themselves   [1]
36:8
There [11]    5:9,
11;  7:18;  9:13;
10:14;     15:11;
24:21;       30:5;
32:5; 46:19
there [37]   3:12;
5:2,  24;   7:15;
9:12, 13;  10:10,
16;  11:2;  14:13;
15:9;       16:8;
17:19, 20, 21, 23,
25;    18:7,  20;
19:22; 20:14, 15;
21:2, 3;  22:19;
23:25;     31:22;
33:18;      38:4;
39:5, 25;  40:3;
43:18;     48:24;
49:8
There's      [2]
25:10;  46:13
there's [1]  10:6
THEREOF     [1]
51:17
THERETO     [1]
51:20
These [1]  48:6
these [17]   6:4;
7:5;  11:15;  16:3,
4,  5,  6,  17;
19:10;     22:13;
44:6;  47:12, 25;
48:17, 24;  49:8
They [23]   14:19;
15:3, 6, 14, 17,
25;  16:8;  18:19;
19:9;  21:8;  30:1;
32:25;  35:8, 19,
20;       42:21;
44:11, 12;   48:6,
20; 49:10
they [78]    3:19;
5:16;  6:4;   8:6,
7,  14;   10:4, 9,
11,  20;    13:18;

14:18,   24,   25;
15:3, 17, 22, 25;
16:6, 7, 8;  17:12;
18:9,  11,   18;
19:2, 8, 11;  20:6,
13;   21:4, 5, 10,
24;       23:16;
29:24;      32:5;
33:1, 9, 10, 12,
13, 14, 22;  35:2,
3,  19;    40:7;
42:12,  20,   23;
43:22;   44:7, 9,
12,  14,  19, 24;
46:16;  47:4, 20,
23;  48:4, 8, 14,
15, 25;  49:1, 2,
14;  50:11, 13
They'll [2]  31:14;
44:3
they'll [1]  38:11
they're [5]   3:22;
5:18;  12:7;  17:3;
34:2
They've       [1]
14:23
they've [1]  50:12
thing [24]   2:12;
4:6;  6:10, 11, 19;
7:19;  10:4;  11:7;
12:19;     13:14;
20:11;  21:5, 7, 9;
22:8;       23:15;
29:2;      30:16;
37:14;      38:17;
40:2;       42:4;
43:15; 49:13
things [31]   2:1,
17, 18, 19,  24;
3:4, 22;   4:1, 2,
5, 8, 19;   6:23;
9:2;  11:15;  13:8;
14:14, 17;  15:14,
18;  17:9;  22:5;
23:2, 8, 9;  26:17;
31:18;   33:6, 18,
19; 35:1
think [53]    2:7,
11, 12, 14, 15,
23, 25;   3:1, 2;

4:6, 9, 10;   5:21;
6:8;  7:7, 14, 25;
9:4, 6, 7;   11:13;
12:21, 24;   13:6,
7, 8;  14:3;  17:2,
9, 10;  18:5, 13;
23:1, 2, 6;  24:8,
9, 11, 14;  26:16;
29:15;      30:6;
35:6; 36:5, 6, 16,
25;  39:14;  43:7,
10
thinking [7]  7:9;
13:23;     18:17;
33:7;      44:17;
45:18; 46:1
thinks [1]  4:17
third [1]  48:5
thirty-seven   [1]
28:21
THIS [1]  51:21
This [11]   10:23;
13:9;      22:7;
23:23;     24:23;
25:9, 17;  30:13;
32:14;      47:4;
48:16
this [96]  2:3, 12;
4:5, 9, 18;  5:12,
13;     6:15,  25;
7:7, 19, 24;  9:17;
10:4,  17,  23;
11:2,  7,  9,  10;
12:2, 6, 7, 9, 23;
13:7,  11,  25;
14:12,  15,   23;
16:19;  17:10, 19;
18:16,  17,  21;
19:2,   18,   19;
21:11, 14;  22:4,
6, 12;  23:1, 10,
12, 17, 19;  24:6,
8;   25:1, 14, 22,
23;  26:8, 10, 18;
28:7;      29:20;
31:20;  32:14, 15,
22;  33:19;  34:4;
36:23, 24;  37:1,
7,  25;    39:8;
42:5, 9, 14, 15,

16, 17, 24; 43:7, 23; 48:5, 8, 18, 22; 49:4, 6, 13
**those** [10] 2:24; 3:22; 9:2; 18:1; 22:5; 47:6, 15; 48:1, 2
**thought** [11] 2:10, 18; 5:25; 6:20; 9:17; 11:5, 25; 18:12, 15; 23:24; 29:20
**thousand** [3] 25:16; 28:17; 29:3
**three** [6] 28:19; 47:6, 7, 12, 16, 25
**Through** [1] 30:25
**through** [3] 16:1; 38:21; 48:5
**throughout** [1] 22:8
**throw** [2] 26:5; 29:2
**time** [17] 2:3, 8, 16; 3:1; 7:8; 13:6, 7; 17:10; 19:25; 20:12; 21:3; 25:19; 34:15; 36:3; 37:8; 47:5
**times** [6] 2:3; 4:22; 10:13; 12:14; 14:12; 21:24
**title** [2] 12:20; 14:1
**today** [8] 3:7; 13:19; 16:12; 19:3, 11; 40:6; 44:10; 47:19
**together** [4] 2:24; 17:1, 4; 29:1
**told** [13] 3:22; 4:22, 23; 6:15, 16; 13:8; 18:16, 18; 19:5; 23:16;

36:3; 40:13; 44:13
**tomorrow** [1] 36:15
**took** [2] 11:2; 33:16
**Total** [1] 45:3
**total** [3] 26:25; 27:2; 45:5
**totally** [3] 18:6, 10; 23:13
**tough** [1] 24:8
**track** [3] 2:4, 6; 6:12
**train** [2] 33:3; 36:11
**trained** [1] 50:5
**TRANSCRIBED** [2] 51:7, 14
**TRANSCRIPT** [3] 1:1; 51:7, 17
**Transcript** [1] 1:8
**travel** [5] 34:17, 24; 49:25
**traveling** [1] 35:22
**treat** [1] 41:21
**tried** [1] 12:15
**TRUE** [1] 51:9
**true** [1] 8:12
**trust** [6] 3:1, 12; 9:20; 12:1; 14:6; 37:16
**trusting** [2] 3:24; 37:14
**truth** [4] 5:23; 21:15; 22:17
**trying** [6] 6:25; 8:2; 19:5; 20:2; 39:7; 42:16
**turn** [3] 18:25; 23:21; 37:25
**twenty-four** [1] 40:14
**Twice** [1] 40:18
**twice** [1] 41:25
**two-year** [1] 26:1
**type** [1] 28:3

**Typically** [1] 31:12
**Tyson** [10] 10:25; 39:20, 21; 40:4; 45:4, 8, 14, 16

---

- U -

**U.S.** [2] 14:23; 15:4
**UNDER** [1] 51:18
**under** [1] 43:10
**UNDERSIGNED** [1] 51:18
**understand** [15] 3:13; 6:3, 23; 13:14; 16:25; 17:1; 20:19; 26:9; 31:19; 32:17; 34:12, 13, 20; 42:24; 48:11
**understanding** [1] 34:14
**understands** [3] 34:11; 36:1; 42:5
**understood** [1] 6:6
**UniPro** [3] 14:16, 21, 22
**units** [1] 43:16
**UNLESS** [1] 51:17
**unless** [2] 5:16; 35:4
**until** [6] 29:18; 30:5, 7, 9; 46:15; 49:6
**upcoming** [1] 15:1
**UPON** [1] 51:16
**used** [5] 10:4; 18:9, 11, 12; 50:2
**users** [1] 15:25
**usual** [1] 37:24

---

- V -

**vacations** [1] 13:15
**value** [2] 8:4
**various** [1] 35:11
**vendor** [1] 15:15
**very** [9] 3:10; 4:11; 8:1, 23, 25; 18:17; 31:9; 48:12, 21
**viewed** [1] 4:23

---

- W -

**Wait** [2] 25:16; 43:14
**waiting** [5] 13:10, 11, 15, 19, 22
**wake** [2] 13:23, 24
**WALKER** [107] 2:1; 5:18; 6:15; 13:4, 17, 20; 14:2; 17:9; 18:14; 19:14, 17; 20:2, 21, 24; 21:18, 21; 22:22, 25; 23:6; 24:7, 14; 25:14, 16, 18, 22; 26:12, 16, 20, 24; 27:1, 8, 11, 23; 28:5, 14; 29:8, 14; 30:3, 7, 10, 15, 19; 31:1, 4, 8, 16, 18, 21; 32:1, 3, 8, 12, 21; 33:6; 34:1, 9; 35:10, 15; 37:11, 15; 38:16, 19; 39:3, 9, 13, 18; 40:8, 11, 20, 24; 41:3, 7, 11, 16, 18, 23; 42:2, 7, 19, 22; 43:1, 6, 14, 20; 44:5, 11, 14, 17, 24; 45:1, 5, 10, 13, 18, 24; 46:1, 4, 7, 10, 12,

18; 48:3; 50:9,
16; 51:10
Walker [2] 1:8;
9:22
walking [1]
22:17
Walmart [1] 50:2
want [68] 2:1;
7:10, 12; 8:16,
22; 9:15, 16;
10:8; 11:2, 6;
12:24; 15:13;
16:12; 19:23;
20:5, 6, 7, 10;
21:16, 17, 18;
23:1, 3, 8, 14, 18,
19; 24:1, 2, 4;
25:12; 27:5, 21;
29:1, 2; 30:8, 10,
22; 31:8, 10;
32:7, 23; 33:9,
12; 34:17; 37:5;
38:19, 20; 40:6,
13; 42:10, 18;
43:22; 44:1, 6;
47:3; 48:23, 25;
49:5, 12, 18;
50:6, 8
wanted [10] 4:9;
6:2, 11; 7:8;
8:21; 14:18;
22:23, 24; 23:25;
39:24
wanting [4] 8:20;
13:2; 33:9
wants [6] 8:23;
9:8; 22:4, 16;
38:16; 49:25
washes [1] 48:1
Washington [1]
48:22
wasn't [3] 8:14;
17:17, 18
ways [2] 2:9;
35:18
we'll [1] 46:23
we're [1] 29:4
We've [2] 14:14;
28:22

we've [3] 7:13;
16:14
weaknesses [3]
33:2, 4, 11
week [7] 23:4, 5;
30:19, 24; 31:9;
34:24; 35:22
weekend [1]
11:20
weeks [11] 2:4;
3:11, 12; 30:20,
23; 31:1, 5, 13;
40:16, 17; 41:25
weird [1] 21:21
Well [16] 3:6;
4:8; 7:25; 11:16,
17, 18; 13:4;
14:20; 17:21;
20:7; 26:16;
27:12; 28:15;
34:2; 46:25;
48:23
well [10] 8:3;
9:1; 13:12; 22:6;
23:12; 26:11;
36:22; 40:1, 2;
49:5
went [3] 6:20;
20:16; 40:1
WERE [1] 51:8
were [14] 2:24;
6:1, 19, 20; 8:7,
15; 14:7, 18;
21:24; 22:20;
23:24; 24:11;
28:17; 39:14
weren't [4] 8:6;
11:3; 14:19;
15:1
What's [1] 21:21
what's [3] 24:20;
32:16; 37:4
Whatever [6]
24:9, 15; 28:12;
36:24; 38:11;
43:18
whatever [11]
11:21; 12:8;
21:4; 23:5;
27:25; 29:9, 14,

17; 30:22;
40:15; 42:20
whenever [1] 7:6
where [10] 2:6;
3:2; 7:2; 16:20;
17:12; 19:1;
21:12; 33:11, 12,
13
Whereupon [1]
50:20
Whether [1]
22:16
whether [7]
12:19, 20; 15:10,
11; 16:10; 35:2
which [10] 2:10;
8:12; 10:12;
11:19; 14:8;
16:10, 14; 32:6;
35:1; 48:14
Who's [1] 40:19
Whoever [2]
3:22; 38:14
whoever [2]
12:21; 49:14
whole [3] 7:19;
22:14; 27:11
wholeheartedly
[2] 4:13; 26:8
wife [2] 10:22;
34:19
Will [1] 25:12
will [59] 9:23,
24; 18:18;
19:10; 23:20;
27:25; 29:8, 9,
10, 15, 16, 17;
30:3, 5, 11;
31:24; 32:23;
35:14, 17; 36:18;
37:2, 5, 24, 25;
38:10, 12, 13, 20;
39:11, 21; 40:22,
25; 41:3, 19;
42:3, 20; 43:1, 3,
4, 10, 17, 19, 22;
44:4; 45:22;
46:2, 20, 23;
47:23; 48:17;

49:11, 12; 50:10,
13, 14, 18
willing [11] 5:7;
14:20; 23:17;
28:17; 29:6, 25;
34:23; 35:21;
47:20, 21, 25
wish [1] 3:20
WITHDRAWN [1]
51:15
withhold [1]
50:14
within [1] 29:14
without [2] 8:8;
14:21
woke [1] 36:16
women [1] 17:3
won't [3] 16:23;
22:5; 41:12
wondered [1]
18:2
word [1] 3:3
words [4] 15:3;
16:2; 46:19;
48:5
work [15] 6:18;
10:5; 11:10;
17:2, 4, 15; 20:7;
27:17; 29:24;
31:12; 37:1, 2;
38:12, 13; 50:4
worked [1] 18:21
workers [1]
15:17
working [6]
13:22; 33:15, 17;
37:7; 47:16;
49:16
works [5] 5:9,
10, 11, 14; 49:13
worry [1] 33:19
Would [5] 25:1;
26:2; 29:3;
40:18; 41:2
would [51] 2:19;
3:8; 5:13; 6:8;
7:6; 8:17, 19;
9:25; 10:1, 7, 9,
12; 11:5, 14;
12:25; 13:25;

14:6, 15;  25:19;
26:1;      27:6;
28:12, 21; 29:24;
30:6, 13, 14, 16,
17;    31:5,  6;
33:5;      35:15;
38:4, 7, 24; 42:9,
11;   45:8,  20;
47:19, 20, 21, 25;
48:10;  49:3, 13;
50:13
**write** [3]  40:19,
20; 43:22
**wrong** [3]  4:20;
16:11; 18:4
**wrote** [1] 28:5

---

**- Y -**

**y'all** [1] 47:25
**year** [38]  7:18;
9:3,  16;   14:13,
15;     16:15;
19:21;     22:8;
23:21; 24:6, 7, 8,
9, 23;  25:1, 2, 9,
19, 21, 22;  26:8,
13, 18;    27:3;
29:17; 32:19, 22,
23;  34:4;  36:12;
37:1,  2,   19;
43:23, 24
**year's** [1] 2:20
**year-end**    [1]
45:22
**years** [4]   2:20;
9:18;     33:16;
34:21
**yesterday**   [1]
17:24
**You're** [3]  24:20;
31:22; 47:13
**you're** [8]   8:3;
12:5;     25:18;
26:5;  32:7, 17;
33:22; 47:24
**You've** [5] 11:12;
16:15;    18:20;
24:7, 8

**you've** [4]  2:18;
3:3, 24;  7:12
**you-all** [1]  2:24
**Your** [1] 11:10
**your** [20]   4:24;
5:19;  6:10;  7:24;
8:21;      13:3;
18:22, 23;  22:10,
12;      24:25;
34:20, 22;  37:25;
42:6;     46:15;
48:1;     49:21;
50:15
**yourself**    [3]
7:11;  33:3;  36:4

## Re: Hartybake and RMFS

**John Staples** <john.staples@simfoods.com>
09/21/2015 at 10:43 PM

| | |
|---|---|
| **From:** | **John Staples** <john.staples@simfoods.com> |
| **Sent:** | 09/21/2015 at 10:43 PM |
| **To:** | **Kane M. Kulas** <kane.kulas@Hartybake.onmicrosoft.com> |
| **Cc:** | **Randy Sanders** <randys@thedsmsales.net>,   **Mike Gerhard** <mike.gerhard@hartybake.com>, |

**Andreas Zeissner** <andreas.zeissner@hartybake.com>

Good morning Kane.

In short, "YES"!

Randy & I believe that DSM is a perfect fit for Hartybake and that we can form the partnership quickly. He & I spoke about your company on Friday and then again this morning.

Are you available to meet with us Thursday afternoon at 2:00 in Birmingham? That's really the only chance for us to meet with you over the next 2 weeks and we'd like to start the representation effective 10/1. If we can agree on retainer of $3,500/month for initial 6 months, we will put together a plan that I'm sure you will be pleased with. The retainer will also cover the design work associated with the retail brand for RMFS since Randy can get it done "in house".

The Delta meeting went well and presents opportunities for baked goods. Additionally, Sysco's Diversity Supplier Showcase has been rescheduled for 11/13 and we would love to show your products.

Thanks.

Sent from my iPhone



DEFENDANT'S
EXHIBIT
64
K. Staples

On Sep 21, 2015, at 9:28 AM, Kane M. Kulas < kane.kulas@Hartybake.onmicrosoft.com> wrote:

John, Randy,

We are definitely interested and again believe there is great benefit in working together.

Based on your email I would like to schedule a time to meet in Birmingham or Atlanta, to iron out the details. Either area is of course acceptable, I mentioned Atlanta so Randy could see the facility and know what he is working with along with meeting the Hartybake team.

If you or Randy could provide a couple of dates for a meeting, I will get with Mike and firm up a date and time. Would not be bad to meet at Jim and Nick's and then the hotel lobby right behind it.

Hartybake is not a large company but we are fully capable of handling the needs of any customers. As you saw we have great manufacturing, flexibility and R&D that can devote great resources to any type project with the opportunity for growth. We are willing to work with RMFS and Diversified Sales and Marketing on the retainer piece. This is unusual but definitely see the value in the unique opportunities RMFS and DSM bring to the table. HB realizes there are expenses associated with pioneering a line, lines, or a company of products. I know the number that was discussed during our meeting was $4-5,000.00 a month to get us started immediately. Is this number negotiable to $3-$3500.00 a month? Like you, we operate on a tight budget and plan to grow with your help. Our goal is for our products, programs and new business to quickly generate enough revenue to quickly pass that number and generate more than enough brokerage that the retainer will not be an issue. Again I only ask that you consider this figure as we are anxious to get past this piece and move on to developing sales for both our businesses.

We are anxious to begin the development of branded items under Herschel's Momma's Cooking or any brand that makes the best sense for RMFS and HB. We will definitely require your guidance and direction with both the design of the packaging and the products. HB does not have a marketing person on staff so will have to rely on outside resources to work with us to develop the packaging and design. This would of course be after we determine what items we intend to develop and brand.

I believe all of this can get started very quickly and move forward in a positive manner quite fast.

We hope that you and Kym enjoyed the product we sent home with you. They really are delicious especially if you have a  sweet tooth.

I am anxious to hear how well your meeting with Delta went on Thursday afternoon. HB could certainly produce almost any bread type item they require and we are very close. Would be great if that could be a good fit.

Look forward to hearing back from you and we are ready to move forward.

Thanks,


Kane Kulas – Director of Sales

Hartybake – Baking with Heart

6160 Boat Rock Blvd SW – Atlanta, GA 30336, USA

Mobile: (678) 488-6458 - Office: (678) 933-0986

kane.kulas@hartybake.com

www.hartybake.com


**From:** John Staples [mailto:john.staples@simfoods.com]
**Sent:** Friday, September 18, 2015 12:11 PM
**To:** Kane M. Kulas <kane.kulas@Hartybake.onmicrosoft.com>
**Cc:** Mike Gerhard <mike.gerhard@hartybake.com>; Andreas Zeissner
<andreas.zeissner@hartybake.com>; Dan Laurie <dan.laurie@hartybake.com>; Randy Sanders
<randys@thedsmsales.net>
**Subject:** Re: Hartybake and RMFS


Thanks to everyone for taking the time to meet with Kym & I yesterday. We believe that a partnership between HB & DSM/RMFS would be beneficial for all involved.


I spoke with Randy this morning and here are our proposed "next steps"..................

1. Kane & Randy meet soon (Birmingham) to discuss "specifics" of DSM beginning immediate representation of HB. As we discussed yesterday, we believe a $5,000/month retainer is a good place to start. DSM would then begin to "learn your capabilities" and begin presenting your products in all customer forums/meetings/conferences.

2. RMFS & HB begin a joint partnership to develop a retail brand and applicable retail products. This partnership will include shared cost responsibilities but will not require compensation to RMFS or "margin discussion" until brand/logo/products/strategy is

completed.

If either/both are agreeable to HB, let's meet again soon to iron out the details.

Have a great weekend!

On Fri, Sep 18, 2015 at 10:02 AM, Kane M. Kulas <kane.kulas@hartybake.onmicrosoft.com> wrote:

> John,
>
> It was a pleasure seeing you and Kim yesterday and thank you for the time to discuss the many opportunities for our companies to work together.
>
> Hartybake is interested in working with RMFS to develop the product and whichever brand RMFS considers our best opportunity for success. There were several discussed and we will need to focus on one and determine the product(s) we will move forward with together. Who would be the point person HB would work with from RMFS to develop these items?
>
> As for representation, HB is again very interested in moving forward with the next phase of our working together selling product through RMFS utilizing your contacts, relationships, and as we called it yesterday….leverage. We recognize the benefits RMFS has to offer and the opportunity to open doors quickly for both companies to start realizing sales.
>
> John,
>
> HB is a great company as I believe you and Kim both viewed yesterday from a "total package" stand point. We are the type of company that can and has a strong desire to meet the needs of RMFS and your customers. I do know there is a next steps meeting or conversation that needs to take place for us to move forward following our very positive meeting.
>
> Definitely need your direction on how we would proceed from here both from a product/brand development standpoint and also RMFS representing HB.

We touched on existing business that Diversified Sales and Marketing currently represents. We would like to continue discussions on this business also if it is an area we can produce and sell product through your resources. In speaking with Randy before I started at HB there was a definite interest in at least one large volume bread or roll item and also a biscuit. What I don't have are the details needed to evaluate the product and opportunity. In our discussion yesterday I am sure you understood that even if HB is not currently able to produce the item we are very willing to evaluate the product and opportunity to do so, i.e. Biscuits.

It's going to be an exciting weekend of football and THE TIDE will be tested! I am glad we are playing our first SEC opponent at home and will be looking for a Big W!

ROLL TIDE!!!!

Kane Kulas – Director of Sales

Hartybake – Baking with Heart

6160 Boat Rock Blvd SW – Atlanta, GA 30336, USA

Mobile: (678) 488-6458 - Office: (678) 933-0986

kane.kulas@hartybake.com

www.hartybake.com

--

_____

*JOHN F. STAPLES*

  *GENERAL MANAGER*

  *RENAISSANCE MAN FOOD SERVICES*

E john.staples@simfoods.com

C 479.899.2733

O 479.215.2581

F 479.215.2774

*SIMMONS PREPARED FOODS*

*601 NORTH HICO*

*SILOAM SPRINGS AR 72761*

*simfoods.simmonsglobal.com*

---

*This email & any files transmitted with it are confidential and*

*intended solely for the entity to whom they are addressed.*

*If you have received this email in error destroy it immediately.*

*Trees grow slowly, think before you print this email.*

**From:** Kym Staples <kyms@dsmsalesmarketing.com>
**Date:** Tuesday, November 14, 2017 at 10:58 AM
**To:** Blaine Walker <bw@renmanfoods.com>
**Subject:** RE: Need Answers - Input needed

Blaine,

You're going to hate me but I honestly have no answer for these questions.  I can tell you what was clicking a year ago but have no idea what's not working now other than ZERO response from the OPCO after they settled into CATMAN.  Not even from the President, VP or Director at the top.  It's almost as if they have been directed not to respond to us.

*Thank you,*

*Kym Staples*

DSM Sales and Marketing, LLC
kyms@dsmsalesmarketing.com
(479) 409-0175 (cell)

**From:** Blaine Walker [mailto:bw@renmanfoods.com]
**Sent:** Tuesday, November 7, 2017 5:43 PM
**To:** 'John Staples' <jstaples@simfoods.com>; Blair Staples <BlairS@dsmsalesmarketing.com>; 'Jennifer Dawson' <jd@renmanfoods.com>; 'Clinton Sledge' <cs@renmanfoods.com>; 'Gary Collins' <garycollins101@hotmail.com>; Barbara Humphreys <barbaraH@dsmsalesmarketing.com>; Kym Staples <kyms@dsmsalesmarketing.com>; Christopher Thurber <christopherT@dsmsalesmarketing.com>
**Subject:** Need Answers - Input needed

Herschel, John and myself have a quarterly business review with Sysco Corporate on November 15th.  Part of the review give us an opportunity for feedback from YOU!  I have attached the slide that we will present to Sysco during our review.  What I need from you is information pertaining to the questions on the presentation.  I.E.  What's working?  What's Not?  What can we improve on? Ect.  We need to also include success stories and any obstacles you may have.

Please take time this week and send me some feedback pertaining to YOU and your area.  Please send me your information by end of the day this coming Friday.

Blaine Walker
Vice President, Sales

1



DEFENDANT'S EXHIBIT 65
K. Staples
PENGAD 800-631-6989

Renaissance Man Food Service
615-604-3295

