FILED
2019 Mar-04 PM 07:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY and JOHN STAPLES,** )<br> )<br>**Plaintiffs,** )<br> )<br> )<br>v. )<br> )<br>**H. WALKER ENTERPRISES, LLC;** )<br>**RENAISSANCE MAN FOOD** )<br>**SERVICES, LLC; and SIMMONS** )<br>**PREPARED FOODS, INC.,** )<br> )<br>**Defendants.** ) | **Civil Action No.:**<br>**7:18-cv-00160-LSC** |

**DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR EVIDENTIARY SUBMISSION IN RESPONSE TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT**

Defendants H. Walker Enterprises, LLC ("HWE") and Renaissance Man Food Services, LLC ("RMFS"), pursuant to the Agreed Protective Order entered on December 20, 2018 (Dkt. 65) and the Court's Civil Administrative Procedures, respectfully move the Court to enter an Order allowing them to file certain portions of their Evidentiary Submission in response to Plaintiffs Motions for Summary Judgment under seal.

The aforementioned Evidentiary Submission includes the deposition exhibits of Herschel Walker, which contain confidential business and personal information.

*ACTIVE 41946427v1*

HWE and RMFS thus seek to maintain the confidentiality of said information by requesting that said documents be sealed.

For the foregoing reasons, HWE and RMFS respectfully move the Court to enter an order allowing to file certain portions of their Evidentiary Submission in Response to Plaintiffs' Motions for Summary Judgment under seal.

This 4th day of March, 2019.

/s/ Michael J. King
Michael J. King (Pro Hac Vice)
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
T:  (678) 553-2100
F:  (678) 553 2212
kingm@gtlaw.com
**Counsel for Defendants**
**H. Walker Enterprises, LLC**
**Renaissance Man Food Services, LLC**

George Walton Walker, III (WAL097)
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, AL 36830
T:  (334) 209-6371
F:  (334) 209-6373
gwwalker@thefinleyfirm.com

ACTIVE 41946427v1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY and MR. STAPLES,**     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | Civil Action No.: |
| v.     ) | 7:18-cv-00160-LSC |
| ) | |
| **H. WALKER ENTERPRISES, LLC;**     ) | |
| **RENAISSANCE MAN FOOD**     ) | |
| **SERVICES, LLC; and SIMMONS**     ) | |
| **PREPARED FOODS, INC.,**     ) | |
| ) | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANTS' MOTION TO FILE UNDER SEAL CERTAIN PORTIONS OF THEIR EVIDENTIARY SUBMISSION IN RESPONSE TO PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT** was filed by CM/ECF and served upon counsel of record by electronic notification:

Keri Donald Simms
WEBSTER HENRY FIRM, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
Ksimms@websterhenry.com

Talley R. Parker
JACKSON LEWIS P.C.

ACTIVE 41946427v1

500 N. Akard
Suite 2500
Dallas, TX 75201
talley.parker@jacksonlewis.com

Thomas A. Davis
**JACKSON LEWIS P.C.**
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
DavisT@jacksonlewis.com

This 4th day of March, 2019.

         /s/ Michael J. King
         Michael J. King (Pro Hac Vice)
         **GREENBERG TRAURIG, LLP**
         3333 Piedmont Road NE
         Terminus 200, Suite 2500
         Atlanta, Georgia 30305
         T:  (678) 553-2100
         F:  (678) 553 2212
         kingm@gtlaw.com
         **Counsel for Defendants**
         **H. Walker Enterprises, LLC &**
         **Renaissance Man Food Services, LLC**

George Walton Walker, III (WAL097)
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, AL 36830
T:  (334) 209-6371
F:  (334) 209-6373
gwwalker@thefinleyfirm.com

ACTIVE 41946427v1