IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| KIMBERLY and JOHN STAPLES, | § | |
|---|---|---|
| Plaintiffs, | § § § | |
| v. | § § | Case No: 7:18-cv-00160-LSC |
| H. WALKER ENTERPRISES, LLC, RENAISSANCE MAN FOOD SERVICES, LLC, and SIMMONS | § § § § § | |
| Defendants. | § | |

**DEFENDANT SIMMONS PREPARED FOODS, INC.'S**
<u>**EXHIBIT LIST**</u>

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 1 | | | | Limited Liability Company Agreement of Walker Foods, LLC (RMFS 369-417) |
| | 2 | | | | Simmons' offer of employment to John Staples, dated June 12, 2008 (Simmons 65) |
| | 3 | | | | Chip Miller email to Linda Ross re: update to offer to John Staples (Simmons 96-97) |
| | 4 | | | | Simmons' offer of employment to John Staples, dated February 20, 2009 (Simmons 98) |
| | 5 | | | | John Staples' executed offer letter, dated March 6, 2009 (Simmons 80) |
| | 6 | | | | Consent Resolutions of the Board of Managers of Walker Foods, LLC (Simmons 555-57) |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 7 | | | | Redline draft MOU between Herschel Walker and Simmons Prepared Food[s], Inc. (Simmons 251-57) |
| | 8 | | | | Simmons' Performance Management for John Staples (Simmons 68) |
| | 9 | | | | Execution copy of MOU between H. Walker Enterprises, LLC and Simmons Prepared Food[s], Inc. (Simmons 244-50) |
| | 10 | | | | John Staples email to Herschel Walker re: brokerage, structure, and compensation (Staples 4733) |
| | 11 | | | | John Staples email to Daniel Houston re: Alabama residency (RMFS 251-54) |
| | 12 | | | | Gary Murphy email to John Staples re: account management (John Staples Deposition Exhibit No. 57) |
| | 13 | | | | Operating Agreement of Diversified Food Solutions LLC (Staples 26-39) |
| | 14 | | | | Executed Renaissance Man Food Services, LLC Broker Agreement (John Staples' Deposition Exhibit No. 13) |
| | 15 | | | | Executed Operating Agreement of Diversified Sales and Marketing LLC (Staples 44-57) |
| | 16 | | | | Simmons' Disciplinary Actions Policy (rev. 01-01-15) (Simmons 201-02) |
| | 17 | | | | Letter from Randy Sanders re: Kim Staples' relocation (Staples 731) |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 18 | | | | Executed Inventory Agreement between Simmons Prepared Foods, Inc. and Renaissance Man Food Services, LLC (Simmons 258-60) |
| | 19 | | | | John Staples' 2015 W-2 (Simmons 1-2, 5,6) |
| | 20 | | | | John Staples email to Clinton Sledge re: change of address (John Staples' Deposition Exhibit No. 61) |
| | 21 | | | | Executed Limited Liability Company Agreement of DSM Sales and Marketing, LLC (Staples 542-96) |
| | 22 | | | | John Staples' email to Simmons' employees re: old broker, new broker (Staples 729) |
| | 23 | | | | John Staples' email to Randy Sanders re: RMFS w/ attachment (John Staples' Deposition Exhibit No. 12) |
| | 24 | | | | Ron Eisenman email to John Staples re: draft of the LLC Agreement for new DSM Sales and Marketing (RMFS 34-93) |
| | 25 | | | | Executed Broker Agreement between RMFS and DSM Sales & Marketing, LLC, dated October 1, 2016 (Staples 2138-43) |
| | 26 | | | | Chris Drazan email to John Staples re: opportunities (RADIAN-GT 19) |
| | 27 | | | | John Staples email to Katie Redmond re: DSM authorization (John Staples Deposition Exhibit No. 7) |
| | 28 | | | | David Jackson email to John Staples re: administrative fee (Staples 737-39) |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 29 | | | | Ron Eisenman email to John Staples re: administrative fee (Staples 805-08) |
| | 30 | | | | Herschel Walker email to David Jackson re: Simmons' administrative fee (Simmons 137-39) |
| | 31 | | | | John Staples' 2016 W-2 (Simmons 7-8) |
| | 32 | | | | John Staples email to Ron Eisenman re: February brokerage (John Staples Deposition Exhibit No. 9) |
| | 33 | | | | David Jackson email to Herschel Walker and Ron Eisenman re: expense reimbursement issue (John Staples Deposition Exhibit No. 43) |
| | 34 | | | | Todd Simmons email to David Jackson re: expense reimbursement issue (Simmons 153-56) |
| | 35 | | | | Consultant Agreement between DSM Sales and Marketing, LLC and Momentum Sales and Marketing (Staples 2020-29) |
| | 36 | | | | John Staples email to Ron Eisenman re: Waffles - first order pending (Staples 4814-817) |
| | 37 | | | | Herschel Walker email to John Staples re: preparation for Simmons meeting (Staples 791-93) |
| | 38 | | | | John Staples email to Randy Sanders re: response re DSM bank account (John Staples Deposition Exhibit No. 4) |
| | 39 | | | | Text messages re: MSM (RT-043) |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 40 | | | | John Staples email to Tyson and Sysco employees re: RMFS & DSM (Staples 757) |
| | 41 | | | | John Staples email to Brooke Fowler re: DSM (John Staples Deposition Exhibit No. 28) |
| | 42 | | | | Chris Drazan email to John Staples re: our call (with attachment) (RADIAN-GT 108-10) |
| | 43 | | | | Endorsed RMFS check to DSM Sales & Marketing for $78,006.55 (Simmons 224) |
| | 44 | | | | John Staples email to Keri Simms re: potential case (John Staples Deposition Exhibit No. 44) |
| | 45 | | | | Calendar invitation from Chip Miller for call to discuss RMFS concerns at 10-24-2017, 8:30 am (Simmons 123) |
| | 46 | | | | John Staples acceptance of Chip Miller's calendar invitation for call to discuss RMFS concerns at 10-24-2017, 8:30 am (John Staples Deposition Exhibit No. 45) |
| | 47 | | | | Matt Free email to Chip Miller, David Rose, and David Jackson re: updated RMSF pricing (Simmons 124-25) |
| | 48 | | | | David Jackson email to Herschel Walker and Ron Eisenman re: RMFS Board Meeting (Simmons 157-61) |
| | 49 | | | | John Staples email to Chip Miller re: untrained telemarketers (Simmons 126-28) |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
|  | 50 |  |  |  | Julie Blanchard email to Carol Walker re: Peachtree Packaging PO error (RMFS 312) |
|  | 51 |  |  |  | John Staples email to David Jackson, Chip Miller, and Matt Free re: update on meeting with Herschel Walker, Julie Blanchard, and Ron Eisenman (Simmons 129) |
|  | 52 |  |  |  | Kim Staples email to Blaine Walker re: need answers – input needed (Kim Staples Deposition Exhibit No. 65) |
|  | 53 |  |  |  | Herschel Walker email to David Jackson re: RMFS board meeting (RMFS 257-60) |
|  | 54 |  |  |  | John Staples email to Herschel Walker, Julie Blanchard, Kim Staples, and Ron Eisenman re: SWOT analysis (Staples 3999-4001) |
|  | 55 |  |  |  | Text messages re: Goodman (RT-047-48) |
|  | 56 |  |  |  | David Jackson notification re: John Staples calendar invitation at 12-11-2017, 10:00 a.m. (Simmons 130) |
|  | 57 |  |  |  | John Staples email to Bud Taylor re: DSM (Robert Thurber Deposition Exhibit No. 31) |
|  | 58 |  |  |  | Julie Blanchard's handwritten notes of December 12, 2017 meeting (RMFS 114-17) |
|  | 59 |  |  |  | Text messages discussing NEWCO (RT-051) |
|  | 60 |  |  |  | Text messages re: meeting and structure of business (RT-050-51) |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 61 | | | | John Staples email to Robert Thurber re: 2018 (John Staples Deposition Exhibit No. 56) |
| | 62 | | | | Herschel Walker email to David Jackson re: John Staples' termination (RMFS 118-19) |
| | 63 | | | | Ron Eisenman email to Herschel Walker and David Jackson re: memorandum to Herschel Walker about John Staples (RMFS 106-08) |
| | 64 | | | | Transcript of December 27, 2018 meeting with Herschel Walker, Ron Eisenman, and John Staples (with audio recording) (RMFS 120-201, RMFS 452 (audio)) |
| | 65 | | | | David Jackson email to Linda Ross re: RMFS change (Simmons 131) |
| | 66 | | | | noreply@simfoods.com email to separation_team@sifoods.com re: John Staples (Simmons 033) |
| | 67 | | | | David Jackson email to Herschel Walker re: John Staples' termination (RMFS 111-13) |
| | 68 | | | | Ron Eisenman email to John Staples re: Purchase Agreement (DSM) (Staples 1-2, 5-21) |
| | 69 | | | | Ron Eisenman email to Herschel Walker, Julie Blanchard, Kim Staples, and John Staples re: broker agreement termination letter (RMFS to DSM) (Staples 3-4) |
| | 70 | | | | Personnel Action Form for John Staples' termination (Simmons 32) |
| | 71 | | | | John Staples' 2017 W-2 (Simmons 9-10) |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 72 | | | | John and Kim Staples' 2017 Tax return (John Staples Deposition Exhibit No. 62) |
| | 73 | | | | Ron Eisenman email to John Staples and Kim Staples re: withdrawal of offer (Staples 23-24) |
| | 74 | | | | Robert Thurber's text messages (RT-1-73) |
| | 75 | | | | Herschel Walker email to Kim Staples re: DSM's commission (John Staples Deposition Exhibit No. 10) |
| | 76 | | | | Herschel Walker email to David Jackson re: brokerage termination letter (RMFS to DSM) (Simmons 162-63) |
| | 77 | | | | Chip Miller email to David Jackson and Linda Ross re: Blair Staples (Simmons 168) |
| | 78 | | | | David Jackson email to Chip Miller re: termination of Blair Staples (Simmons 167) |
| | 79 | | | | Carol Walker email to Herschel Walker re: ACH (RMFS 304-06) |
| | 80 | | | | Mimecast forward of John Staples' email to Robert Thurber re "John forwarding confidential RMFS Trade info to R. Thurber" (Robert Thurber Deposition Exhibit No. 33) |
| | 81 | | | | Julie Blanchard email to Herschel Walker, Mike King, and Ron Eisenman re: Chris Drazan's October 19, 2017 email to John Staples and Robert Thurber (Robert Thurber Deposition Exhibit No. 26) |
| | 82 | | | | Defendants' Expert Report – Richard Neathammer, CPA |

| PLF. No. | DEF. No | Date offered | Marked: | Admitted: | Description of Exhibits |
|---|---|---|---|---|---|
| | 83 | | | | Plaintiffs' Third Amended Complaint |
| | 84 | | | | Plaintiffs' Responses to Simmons' First Set of Interrogatories |
| | 85 | | | | Plaintiffs' Responses to HWE and RMFS' Interrogatories |
| | 86 | | | | Plaintiffs' Supplemental Responses to HWE and RMFS' Interrogatories |
| | 87 | | | | Plaintiffs' Responses to HWE and RMFS' Second Interrogatories |
| | 88 | | | | Plaintiffs' Rule 26 Initial Disclosures |

**EXHIBIT LIST**                                                                                           **PAGE 9**

Respectfully submitted,

/s/ Talley R. Parker
Thomas A. Davis (ASB-5877-S56T)
JACKSON LEWIS P.C.
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone: 205-332-3101
Facsimile: 205-332-3131
DavisT@jacksonlewis.com

Talley R. Parker
Texas Bar No. 24065872
(Admitted Pro Hac Vice)
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: 214-520-2400
Facsimile: 214-520-2008
talley.parker@jacksonlewis.com

Ethan J. Davis
Texas Bar No. 24107748
(Admitted *Pro Hac Vice*)
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75024
Telephone: 214-520-2400
Facsimile: 214-520-2008
ethan.davis@jacksonlewis.com

**ATTORNEYS FOR DEFENDANT SIMMONS PREPARED FOODS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2020, a true and correct copy of the foregoing document has been served via the Court's CM/ECF filing system upon the following counsel of record:

Keri Donald Simms
Webster Henry Firm, P.C.
Suite 445 East
Two Perimeter Park South
Birmingham, Alabama 35243
ksimms@websterhenry.com

*Counsel for Plaintiffs*
*Kimberly Staples and John Staples*

George W. Walker, III
**THE FINLEY FIRM, P.C.**
P.O. Box 3596 (36831)
611 E Glenn Ave.
Auburn, Alabama 36830
gwwalker@thefinleyfirm.com

Michael J. King (Admitted *Pro Hac Vice*)
**GREENBERG TAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
kingm@gtlaw.com

*Counsel for Defendants*
*H. Walker Enterprises, LLC and*
*Renaissance Man Food Services, LLC*

/s/ Talley R. Parker
Talley R. Parker