# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **KIMBERLY and JOHN STAPLES,** | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) Civil Action No.: 7:18-cv-00160-LSC ) |
| **H. WALKER ENTERPRISES, LLC; RENAISSANCE MAN FOOD SERVICES, LLC; and SIMMONS** | ) ) ) ) ) |
| Defendants. | ) |

### PLAINTIFFS' OBJECTIONS TO DEFENDNATS' HEW AND RMFS TRIAL EXHIBITS

Mr. and Mrs. Staples, by and through their undersigned Counsel, hereby file their Objections to the trial exhibits of HWE and RMFS as follows:

Exhibit 57: Objection; Attorney-Client Privilege and Hearsay.

                              Respectfully submitted,

                              /S/K. Donald Simms (ASB-9801-M63K)(SIM042)
                              Attorney for
                              Webster Henry Firm, P.C.
                              Suite 445 East
                              Two Perimeter Park South
                              Birmingham, Alabama 35243
                              Direct Dial: (205) 518-8968
                              Phone: (205) 380-3480 ext. 351
                              Facsimile: (205) 380-3485
                              Email: Ksimms@websterhenry.com

## CERTIFICATE OF FILING AND SERVICE

  I hereby certify that on the date and time affixed to this document by the Court Electronic Filing System that I have caused to be filed the foregoing document which system will send a copy of and notification of this document to all counsel of record for all parties to these proceedings and that there are no pro se parties for which separate U.S. Mail notification is required.

            /S/K. Donald Simms (ASB-9801-M63K)(SIM042)
            OF COUNSEL