# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| KIMBERLY STAPLES, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) 7:18-cv-00160-LSC |
| H. WALKER ENTERPRISES, LLC, *et al.*, | ) |
| Defendants. | ) |

## ORDER

The parties have reported to the Court that a settlement has been reached in this matter and is being finalized. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. Because this action is hereby dismissed, Defendants' motions in limine (docs. 130, 134, 137, 146) are TERMINATED AS MOOT.

**DONE** and **ORDERED** on September 3, 2020.

L. Scott Coogler
United States District Judge

202892